AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| RUPA MAYRA, On Behalf of Herself and All Others Similiarly Situated, <br><br> *Plaintiff(s)* <br> v. <br> WARNER/CHAPPELL MUSIC, INC., <br><br> *Defendant(s)* | ) ) ) ) ) CV13- 4460 RSWL (FFMx) ) ) Civil Action No. ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WARNER/CHAPPELL MUSIC, INC.
10585 Santa Monica Boulevard
Los Angeles, CA 90025
Tel: 310/441-6840

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BETSY C. MANIFOLD (SBN182450)
manifold@whafh.com
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
T: 619/239-4599

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JU      13

Date: _____

CLERK OF COURT

JULIE PRADO

_____
*Signature of Clerk or Deputy Clerk*