1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  MARISA C. LIVESAY (223247)
   livesay@whafh.com
5  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
6  750 B Street, Suite 2770
7  San Diego, CA 92101
   Telephone: 619/239-4599
8  Facsimile: 619/234-4599

9  Attorneys for Plaintiffs

10 [Additional Counsel Appear On Signature Page]

11         UNITED STATES DISTRICT COURT
12         CENTRAL DISTRICT OF CALIFORNIA
13               WESTERN DIVISION

14 RUPA MARYA, On Behalf Of        )  Case No. CV13- 4460 PSW (FFMx)
15 Themselves And All Others Similarly )
   Situated,                       )  NOTICE OF RELATED CASE
16                                 )
17            Plaintiff,           )
                                   )
18                                 )
       v.                          )
19                                 )
                                   )
20 WARNER/CHAPPELL MUSIC, INC.,    )
                                   )
21                                 )
            Defendant.             )
22 _____  )

TO: THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Civil Local Rule 83-1.3, Plaintiff Marya hereby gives notice of the following related action now pending in the United States District Court for the Central District of California, Western Division:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Siegel v. Warner/Chappell Music Inc.* | CV 13-4418 GHK(MRWx) | 06/19/2013 |

The above action and the instant action both seek judicial determination on the same and substantively identical questions of law and fact which involve the same two copyrights for the world's most popular English song, *Happy Birthday To You,* against the same (and only) Defendant, Warner/Chappell Music, Inc., a division of the Warner Music Group.

## BRIEF FACTUAL STATEMENT

As with this instant action, the plaintiff in *Siegel v. Warner/Chappell Music Inc.* also seeks the following: 1) to declare invalid the copyright that defendant Warner/Chappell Music, Inc. ("defendant") claims to own to the world's most popular song, *Happy Birthday to You* (the "Song"); 2) to declare that *Happy Birthday to You* is dedicated to public use and in the public domain; and 3) to return millions of dollars of unlawful licensing fees collected by defendant pursuant to its wrongful assertion of copyright ownership of the Song.

WHEREFORE, Plaintiff Mayra respectfully requests:

1. That this action be assigned to the Honorable George H. King, the Judge assigned to the low-numbered action, CV 13-4418 GHK (MRWx); and

2. That all subsequent related actions be assigned to the Honorable George H. King.

Dated: June 19, 2013

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

_____
BETSY C. MANIFOLD

| | |
|---|---|
| 1 | FRANCIS M. GREGOREK |
| | gregorek@whafh.com |
| 2 | BETSY C. MANIFOLD |
| 3 | manifold@whafh.com |
| | RACHELE R. RICKERT |
| 4 | rickert@whafh.com |
| 5 | MARISA C. LIVESAY |
| | livesay@whafh.com |
| 6 | 750 B Street, Suite 2770 |
| 7 | San Diego, CA 92101 |
| 8 | Telephone: 619/239-4599 |
| | Facsimile: 619/234-4599 |
| 9 | |
| 10 | WOLF HALDENSTEIN ADLER |
| | FREEMAN & HERZ LLP |
| 11 | MARK C. RIFKIN |
| 12 | rifkin@whafh.com |
| | JANINE POLLACK |
| 13 | pollack@whafh.com |
| 14 | BETH A. LANDES |
| 15 | landes@whafh.com |
| | GITI BAGHBAN |
| 16 | baghban@whafh.com |
| 17 | 270 Madison Avenue |
| | New York, NY 10016 |
| 18 | Telephone: 212/545-4600 |
| 19 | Facsimile: 212-545-4753 |
| 20 | |
| | WILLIAM R. HILL (114954) |
| 21 | rock@donahue.com |
| 22 | ANDREW S. MACKAY (197074) |
| | andrew@donahue.com |
| 23 | DANIEL J. SCHACHT (259717) |
| | daniel@donahue.com |
| 24 | 1999 Harrison Street, 25th Floor |
| | Oakland, CA 94612-3520 |
| 25 | Telephone: 510/451-0544 |
| | Facsimile: 510/832-1486 |
| 26 | |
| 27 | |
| 28 | |

- 2 -