```
 1 | BETSY C. MANIFOLD (182450)
   | manifold@whafh.com
 2 | WOLF HALDENSTEIN ADLER
   |   FREEMAN & HERZ LLP
 3 | 750 B Street, Suite 2770
   | San Diego, CA 92101
 4 | Telephone: 619/239-4599
   | Facsimile:  619/234-4599
 5 |
 6 | WILLIAM R. HILL (114954)
   | rock@donahue.com
 7 | ANDREW S. MACKAY (197074)
   | andrew@donahue.com
 8 | DANIEL J. SCHACHT (259717)
   | daniel@donahue.com
 9 | DONAHUE GALLAGHER WOODS LLP
   | 1999 Harrison Street, 25th Floor
10 | Oakland, CA 94612-3520
   | Telephone: 510/451-0544
11 | Facsimile:  510/832-1486
12 | Attorneys for Plaintiff Rupa Marya
13 | [Additional counsel appear on signature page.]
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUPA MARYA On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC.,<br><br>Defendant. | Case No. CV13- 4460 PSWL (FFM x)<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO L.R. 83-1.4<br><br>CLASS ACTION |

1  TO   THE COURT AND ALL PARTIES OF RECORD

2      **PLEASE TAKE NOTICE** that another action is pending in the United States District for the Southern District of New York (the "Other Action.") Pursuant to Civil Local Rule (L.R.) 83-1.4, the following information on the Other Action is provided below:

| Case Name | Case Number | Filing Date |
|---|---|---|
| *Good Morning to You Productions Corp. v. Warner/Chappell Music, Inc.* | 13-cv-4040-LLS (S.D.N.Y.) | June 13, 2013 |

The parties to the Other Action are:

    Plaintiff:   Good Morning To You Productions Corp., on behalf of itself and all others similarly situated, and

    Defendant:   Warner/Chappell Music, Inc.

The names, addresses, and phone numbers of the attorneys in the Other Action are:

Plaintiff:  
RANDALL S. NEWMAN, P.C.  
Randall S. Newman, Esq.  
37 Wall Street, Penthouse D  
New York, NY 10005  
Tel. 212/797-3737  

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP  
Mark C. Rifkin, Esq.  
Janine L. Pollack, Esq.  
Beth A. Landes, Esq.  
Giti Baghban, Esq.  
270 Madison Avenue  
New York, NY 10016  
Tel: 212/545-4600  

Defendant:  At the time of submission of this notice, no attorney has appeared for the defense.

- 1 -

As with this instant action, the Other Action also seeks to declare invalid the copyright that defendant Warner/Chappell Music, Inc. ("defendant") claims to own to the world's most popular song, *Happy Birthday to You* (the "Song"), to declare that *Happy Birthday to You* is dedicated to public use and in the public domain; and to return millions of dollars of unlawful licensing fees collected by defendant pursuant to its wrongful assertion of copyright ownership of the Song. Therefore, under L.R. 83-1.4.2(e), this action involves all or a material part of the subject matter of the Other Action.

Dated: June 19, 2013

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

/s/ Betsy C. Manifold
BETSY C. MANIFOLD

FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
MARK C. RIFKIN
JANINE POLLACK
BETH A. LANDES
GITI BAGHBAN
270 Madison Avenue
New York, NY 10016

| | |
|---|---|
| 1 | Telephone: 212/545-4600 |
| 2 | Facsimile: 212-545-4753 |
|   | rifkin@whafh.com |
| 3 | pollack@whafh.com |
|   | landes@whafh.com |
| 4 | baghban@whafh.com |
| 5 | |
| 6 Dated: June 19, 2013 | DONAHUE GALLAGHER WOODS LLP |
| 7 | |
| 8 | *[signature]* |
|   | DANIEL J. SCHACHT |
| 9 | |
| 10 | WILLIAM R. HILL (114954) |
|    | rock@donahue.com |
| 11 | ANDREW S. MACKAY (197074) |
|    | andrew@donahue.com |
| 12 | DANIEL J. SCHACHT (259717) |
|    | daniel@donahue.com |
| 13 | DONAHUE GALLAGHER WOODS LLP |
|    | 1999 Harrison Street, 25th Floor |
| 14 | Oakland, CA 94612-3520 |
|    | Telephone: 510/451-0544 |
| 15 | Facsimile: 510/832-1486 |
| 16 | |
| 17 | |
| 18 | |
| 19 | RANDALL S. NEWMAN PC |
|    | RANDALL S. NEWMAN (SBN 190547) |
| 20 | 37 Wall Street, Penthouse D |
| 21 | New York, NY 10005 |
|    | Telephone: 212/797-3737 |
| 22 | Facsimile: 212/797-3172 |
| 23 | rsn@randallnewman.net |
| 24 | Attorneys for Plaintiff Rupa Marya |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

WARNER:19990.not.pcnd