Name and address:

**DENIED**


FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RUPA MARYA, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 13-04460-GHK (MRWx) |
| v. | |
| WARNER/CHAPPELL MUSIC, INC., | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rifkin, Mark C.          of   Wolf Haldenstein Adler Freeman & Herz LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   270 Madison Avenue
                                                              New York, NY 10016
212-545-4600     212-545-4653
*Telephone Number*   *Fax Number*

rifkin@whafh.com
*E-Mail Address*                              *Firm Name & Address*

for permission to appear and participate in this case on behalf of

Rupa Marya and Robert Siegel

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other:

and designating as Local Counsel

Manifold, Betsy C.          of   Wolf Haldenstein Adler Freeman & Herz LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   750 B Street, Suite 2770
                                                              San Diego, CA 92101
182450          619-239-4599
*Designee's Cal. Bar Number*   *Telephone Number*

619-234-4599
*Fax Number*                              *Firm Name & Address*

manifold@whafh.com
                              *E-Mail Address*

hereby ORDERS the Application be:

☐ GRANTED.
☒ DENIED. Fee shall be returned by the Clerk.   *Local counsel not in district*
☐ DENIED, for failure to pay the required fee.

Dated  7/29/13                              _____
                                            U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1