FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Tel.: 619/239-4599
Fax: 619/234-4599

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| RUPA MARYA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., <br><br> Defendant. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF MOTION FOR APPOINTMENT OF WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP AS INTERIM LEAD CLASS COUNSEL** <br><br> Date: September 9, 2013 <br> Time: 9:30 a.m. <br> Room: 650 <br> Judge: Hon. George H. King, Chief Judge |

I, Betsy C. Manifold, hereby declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California and before this court. I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein"), counsel of record for plaintiffs. I have personal knowledge of the following facts, and if called upon to do so, I could and would competently testify thereto.

2. Working with its co-counsel, Randall S. Newman, Wolf Haldenstein has dedicated considerable time and resources and performed exhaustive research to independently investigate the claims asserted in this litigation. I have been personally involved in the work that Wolf Haldenstein has performed to date, and I have worked with several partners and associates of the firm in doing so.

3. Wolf Haldenstein filed a highly-detailed complaint against Warner/Chappell after all the pertinent facts were uncovered. Among other things, Wolf Haldenstein met several times with a leading copyright scholar; parsed through scores of original copyright and assignment records; reviewed pleadings from decades-old, previously-filed actions; performed an exacting review of the Copyright Act of 1909 and its legislative history; visited the Library of Congress, the United States Copyright Office, as well as various university libraries to collect research; and reviewed hundreds of books and articles on the subject available in print and online. The original complaint that Wolf Haldenstein filed was meticulously researched and persuasively written.

4. Wolf Haldenstein has sought to coordinate the efforts of all plaintiffs' counsel in the prosecution of this litigation by moving to consolidate and coordinate these actions to reduce duplication of efforts and streamline the prosecution of the actions on behalf of Plaintiffs. Wolf Haldenstein has sought to include other counsel in the organization of the litigation, and thus far has obtained the support of Donohue Gallagher Woods, which had independently researched the validity of

Warner/Chappell's copyright to *Happy Birthday to You,* to lead the prosecution for Plaintiffs.

5. Attached hereto as Exhibit A, is a true and correct copy of Wolf Haldenstein's firm resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of August 2013, at San Diego, California.

_____
BETSY C. MANIFOLD

WARNER/CHAPPELL:20116.decl

-2-