NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Betsy C. Manifold (SBN182450)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Tel: (619) 239-4599
Fax: (619) 234-4599

ATTORNEY(S) FOR: Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2013

CENTRAL DISTRICT OF CALIFORNIA
BY: / DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., et al., <br><br> Plaintiff(s), <br> v. <br> WARNER/CHAPPELL MUSIC, INC., <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 13-04460-GHK (MRWx) <br><br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      GOOD MORNING TO YOU PRODUCTIONS CORP.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jennifer Nelson | 100% ownership and sole shareholder of Good Morning To You Productions Corp. |



RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
JUL 26 2013
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

July 24, 2013
Date

*Betsy C. Manifold* (signature)
Signature

Attorney of record for (or name of party appearing in pro per):

BETSY C. MANIFOLD

CV-30 (05/13)                                   NOTICE OF INTERESTED PARTIES