FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Tel.: 619/239-4599;
Fax: 619/234-4599

RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
RANDALL S. NEWMAN PC
37 Wall Street, Penthouse D
New York, NY 10005
Tel.: 212/797-3737;
Fax: 212/797-3172

WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
DONAHUE GALLAGHER
 WOODS LLP
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Tel.: 510/451-0544;
Fax: 510/832-1486

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; ROBERT SIEGEL; and RUPA MARYA,; On Behalf Of Themselves And All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., <br><br> Defendant. | Case No. CV 13-04460-GHK (MRWx) <br><br> **DECLARATION OF SERVICE** |

# DECLARATION OF SERVICE

I, Marianne Boyles, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on July 26, 2013 declarant served the following:

CONSOLIDATED FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT; INJUNCTIVE AND DECLARATORY RELIEF; AND DAMAGES FOR: (1) INVALIDITY OF COPYRIGHT (Copyright Act, 17 U.S.C. §§ 101 *et seq.*);and (2) UNFAIR COMPETITION LAWS (Cal. Bus. & Prof. Code §§ 17200 *et seq.*);

AMENDED SUMMONS IN A CIVIL ACTION;

CERTIFICATION AND NOTICE OF INTERESTED PARTIES;

ORDER RE: CASE MANAGEMENT (ECF NO. 14);

ORDER RE CONSOLIDATION AND FILING OF AMENDED COMPLAINT (ECF NO. 17);

NOTICE OF MANUAL FILING; and

DECLARATION OF SERVICE

via U.S. Mail and E-mail to all parties as designated on the attached service list.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of July 2013, at San Diego, California.

_____
MARIANNE BOYLES

WARNER:20094.POS

- 1 -

WARNER/CHAPPELL MUSIC, INC.
Service List – July 26, 2013
Page 1

COUNSEL FOR PLAINTIFFS:

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
    619/239-4599
    619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

Mark C. Rifkin *(pro hac vice)*
Janine Pollack *(pro hac vice)*
Beth A. Landes *(pro hac vice)*
Giti Baghban *(pro hac vice)*
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
    212/545-4600
    212/545-4753 (fax)
rifkin@whafh.com
pollack@whafh.com
landes@whafh.com
baghban@whafh.com

William R. Hill
Andrew S. MacKay
Daniel J. Schacht
DONAHUE GALLAGHER
  WOODS LLP
1999 Harrison St., 25th Floor
Oakland, CA 94612-3520
    510/451-0544
    510/832-1486 (fax)
rock@donahue.com
andrew@donahue.com
daniel@donahue.com

Randall Newman (SBN 190547)
RANDALL S. NEWMAN PC
37 Wall Street, Penthouse D
New York, NY 10005
    212/797-3737
    212/797-3172 (fax)
rsn@randallnewman.net

*Attorneys for Plaintiffs Good Morning To You Productions Corp., Robert Siegel and Rupa Marya*

COUNSEL FOR DEFENDANTS:

Glen Pomerantz
MUNGER TOLLES & OLSON LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
    213/683-9100
    213/687-3702 (fax)
glenn.pomerantz@mto.com

*Attorneys for Defendant Warner/Chappell Music, Inc.*

20095