FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiffs Good Morning to You Productions Corp., Robert Siegel, and Rupa Marya

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RUPA MARYA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC.,<br><br>　　　　　Defendant. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**STIPULATION CONSOLIDATING RELATED ACTIONS FOR ALL PURPOSES; AND COORDINATING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED SECOND AMENDED COMPLAINT; DECLARATION OF BETSY C. MANIFOLD IN SUPPORT THEREOF; AND [PROPOSED] ORDER THEREON**<br><br>Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |

[caption continued on following page]

| | | |
|---|---|---|
| MAJAR PRODUCTIONS, LLC, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | Case No. CV 13-05164-GJK (MRWx) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WARNER/CHAPPELL MUSIC, INC.; SUMMY-BIRCHARD, INC., | ) ) ) | |
| | ) ) | Room: 650 (Roybal) Judge: Hon. George H. King, Chief Judge |
| Defendants. | ) | |

1  WHEREAS, upon the stipulation of the parties to the following related actions, *Siegel v. Warner/Chappell Music, Inc.,* Case No. CV 13-04418-GHK (MRWx), filed June 19, 2013, and *Marya v. Warner/Chappell Music, Inc.*, Case No. CV 13-04460 GHK (MRW) (the "Lead Case"), filed June 20, 2013, these actions were consolidated by Order of the Court entered July 16, 2013 [ECF No. 17] (the "Consolidation Order") for all purposes (the "Consolidated Action"); and

WHEREAS pursuant to the Consolidation Order, Plaintiffs Good Morning To You Productions Corp. ("GMTY"), Robert Siegel ("Siegel"), and Rupa Marya ("Marya"), filed with the Court a Consolidated First Amended Class Action Complaint against Defendant Warner/Chappell Music, Inc. ("Warner/Chappell"), on or about July 26, 2013 [ECF No. 29]; and

WHEREAS, on July 17, 2013, Plaintiff Majar Productions, LLC ("Majar") commenced an action entitled *Majar Productions, LLC, v. Warner/Chappell Music, Inc., et al.*, Case No. CV 13-05164-GHK (MRWx) (the "*Majar* Action") against defendants Warner/Chappell and Summy-Birchard, Inc., ("Summy"), that has been deemed related to the Consolidated Actions and subsequently reassigned for all purposes to the Honorable George H. King, Chief Judge, as of July 22, 2013 [*Majar* Action ECF No. 5]; and

WHEREAS the Consolidated Action and the *Majar* Action (collectively referred to as the "Related Actions") involve substantially similar questions of law and allegations against defendant Warner/Chappell and/or Summy; and

WHEREAS, plaintiffs GMTY, Siegel, Marya, and Majar (collectively "Plaintiffs") and defendants Warner/Chappell and Summy (collectively "Defendants") have agreed that consolidation of the Related Actions is appropriate under Federal Rules of Civil Procedure 42(a) in that consolidation would save time and effort by avoiding unnecessary costs, inconvenience, and delay; provided that nothing in this stipulation or proposed order shall be construed to indicate Defendants' agreement that class certification is appropriate for either of the Related

1  Actions, for the proposed consolidated class action, or for any other subsequently
2  related action; and

3  WHEREAS, the Plaintiffs and Defendants have agreed that Plaintiff Majar
4  Productions, LLC shall be added as a named party plaintiff and Defendant Summy
5  shall be added as a named party defendant to the Consolidated Action; Plaintiffs
6  shall, within two (2) days of the filing of this stipulation, hand-serve or
7  electronically deliver to Defendants' counsel a Consolidated Second Amended Class
8  Action Complaint, solely to conform the allegations and claims in the Consolidated
9  First Amended Class Action Complaint and the complaint in the *Majar* Action to
10 each other, as provided by this stipulation ("Consolidated Second Amended Class
11 Action Complaint"); and Plaintiffs shall, within two (2) days of the entry of the
12 Order on this stipulation, file the Consolidated Second Amended Class Action
13 Complaint; and

14 WHEREAS, the parties have agreed that, because the Consolidated Second
15 Amended Class Action Complaint will not make any substantive changes to the
16 allegations or claims as previously filed in the Consolidated First Amended Class
17 Action Complaint or the complaint in the *Majar* Action, the schedule established by
18 the Court's Consolidation Order for Defendant Warner/Chappell's response to the
19 Consolidated Complaint shall remain unchanged, and that Defendants
20 Warner/Chappell and Summy shall respond to the Consolidated Second Amended
21 Class Action Complaint on or before August 30, 2013.  The parties shall follow all
22 additional briefing schedules pursuant to the applicable Local Rules and/or Orders
23 of the Court; and

24 **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**,
25 by and between the undersigned counsel, as follows:

26
27
28

## CONSOLIDATION OF RELATED ACTIONS

1. Pursuant to Federal Rules of Civil Procedure 42(a), the following cases shall be consolidated for all purposes to the Lead Case:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Good Morning to You Productions Corp., et al. v. Warner/Chappell Music, Inc.* | CV 13-04460 GHK (MRW) | July 26, 2013 |
| *Majar Productions, LLC. v. Warner/Chappell Music, Inc., et al.* | CV 13-05164 GHK (MRW) | July 17, 2013 |

2. That the docket and caption for the Consolidated Second Amended Class Action Complaint (and all further filings in this Docket) shall be:

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; ROBERT SIEGEL; RUPA MARYA; MAJAR PRODUCTIONS, LLC; On Behalf of Themselves and All Others Similarly Situated, <br><br>              Plaintiffs, <br><br>v. <br><br>WARNER/CHAPPELL MUSIC, INC., and SUMMY-BICHARD, INC., <br><br>              Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br>[DOCUMENT TITLE] <br><br>Room: 650 (Roybal) <br>Judge: Hon. George H. King, Chief Judge |

- 3 -

1       3.      Plaintiffs shall, within two (2) days of the filing of this stipulation, hand-serve or electronically deliver to Defendants' counsel a Consolidated Second Amended Class Action Complaint, solely to conform the allegations and claims in the Consolidated First Amended Class Action Complaint and the complaint in the *Majar* Action to each other, as provided by this stipulation; and Plaintiffs shall, within two (2) days of the entry of the Order on this stipulation, file the Consolidated Second Amended Class Action Complaint, unless otherwise ordered by the Court.

      4.      Provided that the Court enters the [Proposed] Order on this stipulation without change to the timing of the filing or content of the Consolidated Second Amended Class Action Complaint, Defendants will respond to the Consolidated Second Amended Class Action Complaint on or before August 30, 2013.

      5.      The parties shall follow the briefing schedule on any motion in response to the Consolidated Second Amended Class Action Complaint in accordance with the Local Rules and the Court's Consolidation Order.

      6.      Nothing in Defendant's agreement to consolidation under Fed. R. Civ. P. 42(a) shall be construed to indicate Defendant's agreement that class certification is appropriate for either of the Related Actions, for the proposed consolidated class action, or for any other related action.

Dated:  August 14, 2013                WOLF HALDENSTEIN ADLER
                                          FREEMAN & HERZ LLP
                                         FRANCIS M. GREGOREK
                                         BETSY C. MANIFOLD
                                         RACHELE R. RICKERT
                                         MARISA C. LIVESAY

                                  By:       /s/ Betsy C. Manifold
                                            BETSY C. MANIFOLD

| | |
|---|---|
| 1 | 750 B Street, Suite 2770 |
| 2 | San Diego, CA 92101 |
|   | Telephone:  619/239-4599 |
| 3 | Facsimile:   619/234-4599 |
| 4 | gregorek@whafh.com |
|   | manifold@whafh.com |
| 5 | rickert@whafh.com |
| 6 | livesay@whafh.com |
| 7 | |
|   | WOLF HALDENSTEIN ADLER |
| 8 |  FREEMAN & HERZ LLP |
| 9 | MARK C. RIFKIN |
|   | JANINE POLLACK |
| 10 | BETH A. LANDES |
| 11 | GITI BAGHBAN |
|    | 270 Madison Avenue |
| 12 | New York, NY  10016 |
| 13 | Telephone:   212/545-4600 |
|    | Facsimile:    212/545-4753 |
| 14 | rifkin@whafh.com |
| 15 | pollack@whafh.com |
|    | landes@whafh.com |
| 16 | baghban@whafh.com |
| 17 | |
| 18 | DONAHUE GALLAGHER |
|    |  WOODS LLP |
| 19 | WILLIAM R. HILL |
| 20 | ANDREW S. MACKAY |
|    | DANIEL J. SCHACHT |
| 21 | 1999 Harrison Street, 25th Floor |
| 22 | Oakland, CA 94612-3520 |
| 23 | Telephone:  510/451-0544 |
|    | Facsimile:  510/832-1486 |
| 24 | rock@donahue.com |
| 25 | andrew@donahue.com |
|    | daniel@donahue.com |
| 26 | |
| 27 | |
| 28 | |

- 5 -

|   |   |
|---|---|
| 1 | RANDALL S. NEWMAN PC |
| 2 | RANDALL S. NEWMAN (SBN 190547) |
| 3 | 37 Wall Street, Penthouse D |
| 4 | New York, NY 10005 |
|   | Telephone: 212/797-3737 |
| 5 | Facsimile: 212/797-3172 |
| 6 | rsn@randallnewman.net |

*Attorneys for Plaintiffs Good Morning To You Productions Corp., Robert Siegel, and Rupa Marya*

Dated: August 14, 2013         GLANCY BINKOW & GOLDBERG, LLP

By:   /s/ Lionel Z. Glancy
      LIONEL Z. GLANCY

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160
info@glancylaw.com

*Attorneys for Plaintiff Majar Productions, LLC*

Dated: August 14, 2013         MUNGER TOLLES & OLSON LLP

By:   /s/ Glenn D. Pomerantz
      GLENN D. POMERANTZ

355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213/683-9100
Facsimile: 213/687-3702
glenn.pomerantz@mto.com

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

Case 2:13-cv-04460-GHK-MRW   Document 34   Filed 08/14/13   Page 9 of 9   Page ID #:215

## DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this STIPULATION CONSOLIDATING CASES FOR ALL PURPOSES AND SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT. In compliance with L.R. 5-4.34, I hereby attest that Lionel Z. Glancy and Glenn D. Pomerantz have concurred in this filing.

DATED: August 14, 2013         WOLF HALDENSTEIN ADLER
                               FREEMAN & HERZ LLP


                               By:    /s/ Betsy C. Manifold
                                      BETSY C. MANIFOLD

- 7 -