FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiffs Good Morning to You Productions Corp., Robert Siegel, and Rupa Marya

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RUPA MARYA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC.,<br><br>Defendant. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING STIPULATION CONSOLIDATING RELATED ACTIONS FOR ALL PURPOSES AND COORDINATING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |

[caption continued on following page]

| | | |
|---|---|---|
| MAJAR PRODUCTIONS, LLC, On Behalf of Itself and All Others Similarly Situated, | ) ) ) ) | Case No. CV 13-05164-GJK (MRWx) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WARNER/CHAPPELL MUSIC, INC.; SUMMY-BIRCHARD, INC., | ) ) ) ) | Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |
| Defendants. | ) | |

1  **TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE
2  ATTORNEYS OF RECORD:**

3    **PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 5-4.4 of the
4  United States District Court for the Central District of California, counsel for
5  plaintiffs Good Morning To You Productions Corp., Marya Rupa, and Robert
6  Siegel, hereby respectfully lodge herewith as Exhibit A the corrected "[proposed]
7  Order Granting the 'Stipulation Consolidating Related Actions For All Purposes
8  And Coordinating Schedule For Filing Of And Response To Consolidated Second
9  Amended Complaint (the "Consolidation Stipulation")'" originally filed on August
10 14, 2013 [ECF No. 34]. The initial [proposed] order had been erroneously attached
11 to the Consolidation Stipulation without a proper caption.  *See* Not. to Filer of
12 Deficiencies [ECF No. 46].; *see also* ECF No. 34-2 ([proposed] order on
13 Consolidation Stipulation).

Respectfully Submitted,

Dated:  August 28, 2013

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY

By:     */s/ Betsy C. Manifold*
BETSY C. MANIFOLD

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

- 1 -

| | |
|---|---|
| 1 | WOLF HALDENSTEIN ADLER |
| 2 |   FREEMAN & HERZ LLP |
| | MARK C. RIFKIN (*pro hac vice*) |
| 3 | rifkin@whafh.com |
| 4 | JANINE POLLACK (*pro hac vice*) |
| | pollack@whafh.com |
| 5 | BETH A. LANDES (*pro hac vice*) |
| 6 | landes@whafh.com |
| | GITI BAGHBAN (284037) |
| 7 | baghban@whafh.com |
| 8 | 270 Madison Avenue |
| | New York, NY  10016 |
| 9 | Telephone:  212/545-4600 |
| 10 | Facsimile:   212/545-4753 |
| 11 | |
| | HUNT ORTMANN PALFFY NIEVES |
| 12 |   DARLING & MAH, INC. |
| 13 | KATHERINE J. ODENBREIT (184619) |
| | odenbreit@huntortmann.com |
| 14 | TINA B. NIEVES (134384) |
| 15 | tina@nieves-law.com |
| | 301 North Lake Avenue, 7th Floor |
| 16 | Pasadena, CA 91101 |
| 17 | Telephone 626/440-5200 |
| | Facsimile 626/796-0107 |
| 18 | Facsimile:   212/797-3172 |
| 19 | |
| 20 | DONAHUE GALLAGHER |
| |   WOODS LLP |
| 21 | WILLIAM R. HILL |
| 22 | rock@donahue.com |
| | ANDREW S. MACKAY |
| 23 | andrew@donahue.com |
| 24 | DANIEL J. SCHACHT |
| | daniel@donahue.com |
| 25 | 1999 Harrison Street, 25th Floor |
| 26 | Oakland, CA 94612-3520 |
| | Telephone:  510/451-0544 |
| 27 | Facsimile:  510/832-1486 |
| 28 | |

| | |
|---|---|
| 1 | RANDALL S. NEWMAN PC |
| 2 | RANDALL S. NEWMAN (190547) |
|  | rsn@randallnewman.net |
| 3 | 37 Wall Street, Penthouse D |
| 4 | New York, NY 10005 |
|  | Telephone:  212/797-3737 |
| 5 | Facsimile:   212/797-3172 |

*Attorneys for Plaintiffs Good Morning To You Productions Corp., Robert Siegel, and Rupa Marya*

WARNER/CHAPPELL:20164.not

- 3 -