```
 1 │ GLENN D. POMERANTZ (State Bar No. 112503)
   │ glenn.pomerantz@mto.com
 2 │ KELLY M. KLAUS (State Bar No. 161091)
   │ kelly.klaus@mto.com
 3 │ ADAM I. KAPLAN (State Bar No. 268182)
 4 │ adam.kaplan@mto.com
   │ MUNGER, TOLLES & OLSON LLP
 5 │ 355 South Grand Avenue
   │ Thirty-Fifth Floor
 6 │ Los Angeles, California 90071-1560
 7 │ Telephone:  (213) 683-9100
   │ Facsimile:   (213) 687-3702
 8 │
   │ Attorneys for Defendants
 9 │ Warner/Chappell Music, Inc. and
   │ Summy-Birchard, Inc.
10 │
11 │
12 │            UNITED STATES DISTRICT COURT
   │            CENTRAL DISTRICT OF CALIFORNIA
13 │                   WESTERN DIVISION
```

|  |  |
|---|---|
| RUPA MARYA, *et al.* | Lead Case No. CV 13-04460-GHK (MRWx) |
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| WARNER/CHAPPELL MUSIC, INC., | Date: September 30, 2013<br>Time: 9:30 a.m.<br>Courtroom: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |
| Defendant. | |
| MAJAR PRODUCTIONS, LLC, On Behalf of Itself and All Others Similarly Situated, | |
| Plaintiff, | Case No. CV 13-05164-GJK (MRWx) |
| v. | |
| WARNER/CHAPPELL MUSIC, INC., and SUMMY-BIRCHARD, INC., | |
| Defendants. | |

## DECLARATION OF SERVICE

I, Sandra Chao, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the City and County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 560 Mission Street, San Francisco, California 94105.

2. That on August 30, 2013, declarant served **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND/OR MOTION TO STRIKE PLAINTIFFS' PROPOSED CLASS DEFINITION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF KELLY M. KLAUS** via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August 2013, at San Francisco, California.



_____
SANDRA CHAO