**FILED: 9/3/13**
(nunc pro tunc 8/30/13)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC INC.,<br><br>    Defendant.<br><br>_____<br><br>MAJAR PRODUCTIONS, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>WARNER CHAPPELL MUSIC, INC.; SUMMY-BIRCHARD, INC.<br><br>    Defendants.<br><br>_____ | LEAD CASE NO. CV 13-04460-GHK (MRWx)<br><br>**ORDER GRANTING STIPULATION CONSOLIDATING RELATED ACTIONS FOR ALL PURPOSES AND COORDINATING SCHEDULE FOR FILING OF AND RESPONSE TO CONSOLIDATED SECOND AMENDED COMPLAINT**<br><br>Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge<br><br>CASE NO. CV 13-05164-GHK (MRWx)<br><br>Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |

1  On July 16, 2013, the Court consolidated *Siegel v. Warner/Chappell Music, Inc.*,
2  Case No. CV 13-4418-GHK (MRWx), and *Marya v. Warner/Chappell Music, Inc.*, Case
3  No. CV 13-4460-GHK (MRWx), under *Good Morning to You Productions Corp. et al. v.*
4  *Warner/Chappell Music, Inc.*, Lead Case No. CV 13-4460-GHK (MRWx).  The Parties
5  now seek to consolidate *Majar Productions, LLC v. Warner/Chappell Music, Inc., et al.*,
6  Case No. CV 13-5164-GHK(MRW), with *Good Morning to You Productions Corp., et*
7  *al. V. Warner/Chappell Music, Inc.*, Case No. CV 13-4460-GHK (MRWx).

8  Having found good cause appearing, and pursuant to the parties' stipulation, it is
9  hereby ordered:

10  1. Pursuant to Federal Rules of Civil Procedure 42(a), *Majar Productions, LLC v.*
11  *Warner/Chappell Music, Inc., et al.*, Case No. CV 13-5164-GHK (MRWx), and *Good*
12  *Morning to You Productions Corp., et al. v. Warner/Chappell Music, Inc.*, Case No. CV
13  13-4460-GHK (MRWx), are consolidated for all purposes.

14  2. The cases are consolidated to Lead Case No. 13-4460-GHK (MRWx), and the
15  high-numbered case, CV 13-5164-GHK (MRWx) is hereby dismissed without prejudice.

16  3. The docket and caption for all further filings shall be:

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; ROBERT SIEGEL; RUPA MARYA; MAJAR PRODUCTIONS, LLC; On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., and SUMMY-BIRCHARD, INC.<br><br>　　　　　　　Defendants.<br>_____ | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>[Document Title]<br><br>Room: 650 (Roybal)<br>Judge: Hon. George H. King, Chief Judge |

4. Plaintiffs shall, within two (2) days of the filing of this stipulation, hand-serve or electronically deliver to Defendants' counsel a Consolidated Second Amended Class Action Complaint, solely to conform the allegations and claims in the Consolidated First Amended Class Acton Complaint and the complaint in the *Majar* Action to each other, as provided by this stipulation; and Plaintiffs shall, within two (2) days of the entry of the Order on this stipulation, file the Consolidated Second Amended Class Action Complaint, unless otherwise ordered by the Court.

5. Provided that Plaintiffs have filed the Consolidated Second Amended Class Action Complaint in accordance with this Order, Defendants will respond to the Consolidated Second Amended Class Action Complaint on or before August 30, 2013.

6. The Parties shall follow the briefing schedule on any motion in response to the Consolidated Second Amended Class Action Complaint in accordance with the Local Rules and the Court's Consolidation Order [ECF No. 17].

7. Nothing in Defendant's agreement to consolidation under Fed. R. Civ. P. 42(a) shall be construed to indicate Defendant's agreement that class certification is appropriate for either of the Related Actions, for the proposed consolidated action, or for any other related action.

8. Order shall be filed *nunc pro tunc* as of August 30, 2013.

**IT IS SO ORDERED.**

DATED: September 3, 2013

_____
GEORGE H. KING
Chief United States District Judge