FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Interim Lead Class Counsel for Plaintiffs and Proposed Class

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **PLAINITFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date:  September 30, 2013 <br> Time:  9:30 a.m. <br> Room: 650 (Roybal) <br> Judge: Hon. George H. King, Chief Judge |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Plaintiffs Good Morning To You Productions Corp., Robert Siegel, Rupa Marya, and Majar Productions LLC (collectively "Plaintiffs") respectfully request the Court take judicial notice of the documents described below in connection with, and in support of, Plaintiffs' Opposition To Defendants' Motion To Dismiss Second Amended Consolidated Class Action Complaint ("SAC"), ECF No. 59 (filed Sept. 4, 2013). The Court may take judicial notice of matters of public record to the extent permitted by Rule 201 of the Federal Rules of Evidence ("Rule 201"). *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-689 (9th Cir. 2001). Moreover, Rule 201(b) provides that courts may take judicial notice of documents that are "not subject to reasonable dispute" because they are "(1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to resources whose accuracy cannot reasonably be questioned."

## I. DOCUMENTS

Plaintiffs respectfully request that the Court take judicial notice of the documents attached to the concurrently filed Declaration of Betsy C. Manifold In Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss SAC ("Manifold Declaration"). Specifically, these documents are as follows:

| Ex. No. | Description of Document |
|---|---|
| 1. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 25, 2008), at 11-16 (identifying *Happy Birthday To You* as revenue generating asset of nearly $2 million per annum) |
| 2. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 24, 2009) at 11-15 (identifying *Happy Birthday To You* as revenue generating asset of nearly $2 million per annum) |

| | |
|---|---|
| **3.** | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 17, 2010) at 11-15 (identifying *Happy Birthday To You* as revenue generating asset) |
| **4.** | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Dec. 18, 2011) at 12-16 (identifying *Happy Birthday To You* as revenue generating asset) |
| **5.** | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 13, 2012) at 12-16 (identifying *Happy Birthday To You* as revenue generating asset) |

## II. ARGUMENT

When deciding a motion to dismiss under Fed. R. Civ. P. Rule 12(b)(6) ("Rule 12(b)(6)"), a court may only judicially notice documents relevant to the matter at hand. *See Wietschner v. Monterey Pasta Co.*, 294 F. Supp. 2d 1102, 1109 (N.D. Cal. 2003) (judicial notice of facts allowed if "sufficiently relevant" to the allegations of the complaint). However, "[a] court may take judicial notice of facts outside the pleadings . . .[and] look beyond the complaint to matters of public record and doing so does not convert a Rule 12(b)(6) motion to one for summary judgment." *Mack v. South Bay Beer Distribs.*, 798 F.2d 1279 (9th Cir. Cal. 1986) *abrogated on other grounds by Astoria Federal Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104, 111 S. Ct. 2166 (1991).

As recently noted by this Court, judicial notice is appropriate in "situations in which [a] plaintiff's claim depends on the contents of a document…even though [a] plaintiff [did] not explicitly allege the contents of the document in the complaint." Order re Defs. Mot. To Dismiss, *Hill v. US Bank, N.A., et al.*, No. CV 12-6586-GHK (JCx) (C.D. Cal. Nov. 26, 2012) at 1-2, para. 3 (*quoting Knievel v. ESPN*, 393 F.3d

1068, 1076 (9th Cir. 2005)) (a true and correct copy of the Court's Order is attached to the Manifold Declaration as Exhibit 6.)  Here, the Defendants cannot dispute the authenticity of the documents filed with the Securities and Exchange Commission ("SEC") by Warner Music Group Corp., the parent company of defendant Warner/Chappell Music, Inc.  Furthermore, the content is relevant to Plaintiffs' allegations in the SAC.

Furthermore, courts in this District routinely take judicial notice of SEC filings, especially when such filings contain admissions by defendants that are relevant to allegations contained in a complaint. *See, e.g., Benhabib v. Hughes Elecs. Corp.*, No. CV 04-0095-CAS (VBKx), 2007 U.S. Dist. LEXIS 87500, at *21-22, n.1l (C.D. Cal. Mar. 30, 2007) (overruling defendants' objections, "[T]he Court may take judicial notice of the SEC 10-K statements, as they are readily available and verifiable to the Court through the SEC's website, and . . . the statements are party admissions, and are therefore an exception to the hearsay rule").

### III. CONCLUSION

Under Rule 201(b), Plaintiffs respectfully request that this Court take judicial notice of Exhibits 1-5 (Warner Music Group Corp. Annual Reports, SEC Form 10-K) attached to the Manifold Declaration.

Dated:  September 9, 2013

WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP

By:  */s/Betsy C. Manifold*
BETSY C. MANIFOLD

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com

| | |
|---|---|
| 1 | 750 B Street, Suite 2770 |
| 2 | San Diego, CA 92101 |
|   | Telephone:  619/239-4599 |
| 3 | Facsimile:  619/234-4599 |
| 4 | |
| 5 | WOLF HALDENSTEIN ADLER |
|   |   FREEMAN & HERZ LLP |
| 6 | MARK C. RIFKIN (*pro hac vice*) |
| 7 | rifkin@whafh.com |
|   | JANINE POLLACK (*pro hac vice*) |
| 8 | pollack@whafh.com |
| 9 | BETH A. LANDES (*pro hac vice*) |
| 10 | landes@whafh.com |
|    | GITI BAGHBAN (284037) |
| 11 | baghban@whafh.com |
| 12 | 270 Madison Avenue |
|    | New York, NY  10016 |
| 13 | Telephone:  212/545-4600 |
| 14 | Facsimile:   212-545-4753 |
| 15 | |
|    | Interim Lead Class Counsel for Plaintiffs and |
| 16 | the Proposed Class |
| 17 | |
| 18 | RANDALL S. NEWMAN PC |
|    | RANDALL S. NEWMAN (190547) |
| 19 | rsn@randallnewman.net |
| 20 | 37 Wall Street, Penthouse D |
|    | New York, NY 10005 |
| 21 | Telephone:  212/797-3737 |
| 22 | Facsimile:  212/797-3172 |
| 23 | |
|    | HUNT ORTMANN PALFFY NIEVES |
| 24 |   DARLING & MAH, INC. |
| 25 | KATHERINE J. ODENBREIT (184619) |
|    | odenbreit@huntortmann.com |
| 26 | TINA B. NIEVES (134384) |
| 27 | tina@nieves-law.com |
|    | 301 North Lake Avenue, 7th Floor |
| 28 | Pasadena, CA 91101 |

```
 1                              Telephone 626/440-5200
                                Facsimile 626/796-0107
 2
 3                              DONAHUE GALLAGHER WOODS LLP
 4                              DANIEL J. SCHACHT
                                WILLIAM R. HILL (114954)
 5                              rock@donahue.com
 6                              ANDREW S. MACKAY (197074)
                                andrew@donahue.com
 7                              DANIEL J. SCHACHT (259717)
 8                              daniel@donahue.com
                                1999 Harrison Street, 25th Floor
 9                              Oakland, CA 94612-3520
                                Telephone:  510/451-0544
10                              Facsimile:  510/832-1486
11
12
                                GLANCY BINKOW & GOLDBERG, LLP
13                              LIONEL Z. GLANCY
14                              1925 Century Park East, Suite 2100
                                Los Angeles, CA 90067
15                              Telephone:  310/201-9150
16                              Facsimile:  310/201-9160
                                info@glancylaw.com
17
18
                                Attorneys for Plaintiffs
19
20
21
22
23
24
25
26
27
28  WARNER/CHAPPELL:20199
```