FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Interim Lead Class Counsel for Plaintiffs and Proposed Class

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **DECLARATION OF BETSY C. MANIFOLD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Date: September 30, 2013 <br> Time: 9:30 a.m. <br> Room: 650 (Roybal) <br> Judge: Hon. George H. King, Chief Judge |

1  I, Betsy C. Manifold, hereby declare as follows:

2  1.  I am an attorney duly licensed to practice law in the States of California, New York, and Wisconsin, and before this Court. I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP, interim lead class counsel for plaintiffs and the class. I have personal knowledge of the following facts, and if called upon to do so, I could and would competently testify as to them. I submit this declaration in support of Plaintiffs' Opposition To Defendants' Motion To Dismiss Second Amended Complaint ("Plaintiffs' Opposition") and concurrently filed Request For Judicial Notice In Support of Plaintiffs' Opposition.

2.  A true and correct copy of the relevant portions of defendant Waner/Chappell Music, Inc.'s parent company, Warner Music Group Corp.'s, Annual Report filed with Securities Exchange Commission, commonly referred to as an "SEC Form 10-K," for the years 2008 to 2012, are attached hereto as follows:

| EX. NO. | DESCRIPTION OF DOCUMENT |
|---|---|
| 1. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 25, 2008), at 11-16 (identifying *Happy Birthday To You* as revenue generating asset of nearly $2 million per annum) |
| 2. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 24, 2009) at 11-15 (identifying *Happy Birthday To You* as revenue generating asset of nearly $2 million per annum) |
| 3. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 17, 2010) at 11-15 (identifying *Happy Birthday To You* as revenue generating asset) |
| 4. | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Dec. 18, 2011) at 12-16 (identifying *Happy Birthday To You* as revenue generating asset) |

| | |
|---|---|
| **5.** | Warner Music Group Corp., Annual Report (SEC Form 10-K) (Nov. 13, 2012) at 12-16 (identifying *Happy Birthday To You* as revenue generating asset) |

3. A true and correct copy of the "Order re Defendants' Motion to Dismiss Complaint (Dkt. No. 5)," *Hill v. US Bank, N.A., et al.*, Case No. CV 12-6586-GHK (JCx) (Dkt No. 13) (C.D. Cal. Nov. 26, 2012) is attached hereto as **Exhibit 6**.

4. Plaintiffs separately request the Court take judicial notice of the foregoing exhibits 1 to 5 in their concurrently filed Request for Judicial Notice In Support of Plaintiffs' Opposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of September 2013, in the City of San Diego, State of California.

By:*/s/Betsy C. Manifold*
BETSY C. MANIFOLD

WARNER/CHAPPELL:20203.decl.bcm