UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx) | Date | September 25, 2013 |
|---|---|---|---|
| Title | Rupa Marya v. Warner Chappell Music Inc | | |

**Presiding: The Honorable**   GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE

| Irene Ramirez | None Present |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorneys Present for Petitioner(s): | Attorneys Present for Respondent(s): |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   (In Chambers) CONTINUING DEFENDANTS' MOTION TO DISMISS (E-FILED 8/30/13, Doc. #52)

On the Court's own motion, Defendants' motion to dismiss Second Amended Consolidated Class action complaint and or motion to strike Plaintiffs' Proposed Class Definition set for hearing on September 30, 2013 is hereby **CONTINUED** to October 7, 2013, at 9:30 a.m.

**IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| Initials of Preparer | IR | |