FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Interim Lead Class Counsel for Plaintiffs and Proposed Class

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **NOTICE OF PLAINTIFFS' SUBMISSION IN RESPONSE TO THE COURT'S REQUEST AT OCTOBER 7, 2013 HEARING ON DEFENDANTS' MOTION TO DISMISS** <br><br> Date: October 7, 2013 <br> Time: 9:30 a.m. <br> Room: 650 (Roybal) <br> Judge: Hon. George H. King, Chief Judge |

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

At the October 7, 2013-hearing on defendants' motion to dismiss (the "October 7 Hearing"), the Court directed plaintiffs to make a supplemental submission identifying the specific paragraphs in the Second Amended Class Action Complaint ("SAC") [ECF No. 59] which set forth their two-step analysis related to the scope and validity of defendants' claim of copyright to the song "Happy Birthday to You." Pursuant to the Court's direction, plaintiffs identify the following SAC paragraphs:

7, 58, 59, 60, 62-66, 75-114, and 163-165 (with emphasis on ¶¶ 77, 78, 81, 82, 85, 86, 89, 90, 92-95, 98-100, 108, and 109).

Although plaintiffs believe that the aforementioned paragraphs adequately support the two-step analysis discussed at the October 7 Hearing, should the Court require further clarification, plaintiffs respectfully request leave to file an amended complaint within two court days following entry of an Order granting same.

Respectfully submitted.

Dated: October 8, 2013

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP

By:  */s/Betsy C. Manifold*
BETSY C. MANIFOLD

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101

Telephone: 619/239-4599
Facsimile: 619/234-4599

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
GITI BAGHBAN (284037)
baghban@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212-545-4753

Interim Lead Class Counsel for Plaintiffs and the Proposed Class

RANDALL S. NEWMAN PC
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172

HUNT ORTMANN PALFFY NIEVES
  DARLING & MAH, INC.
KATHERINE J. ODENBREIT (184619)
odenbreit@huntortmann.com
TINA B. NIEVES (134384)
tina@nieves-law.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone: 626/440-5200
Facsimile: 626/796-0107

DONAHUE GALLAGHER WOODS LLP
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone:  510/451-0544
Facsimile:   510/832-1486

GLANCY BINKOW & GOLDBERG, LLP
LIONEL Z. GLANCY (134180)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310/201-9150
Facsimile:   310/201-9160
info@glancylaw.com


Attorneys for Plaintiffs

WARNER/CHAPPELL:20265

- 3 -