UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx)<br>**(CONSOLIDATED)** | Date | October 7, 2013 |
|---|---|---|---|
| Title | RUPA MARYA, et al   v.  WARNER/CHAPPELL MUSIC, INC. | | |

**Presiding: The Honorable**       **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Mary Riordan Rickey |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Petitioner(s): | Attorneys Present for Respondent(s): |
|---|---|
| Mark Rifkin<br>Betsy Manifold<br>Randall Newman<br>Katherine Odenbreit | Adam I Kaplan<br>Kelly M.  Klaus |

PROCEEDINGS:       **MOTION BY DEFENDANT TO DISMISS SECOND AMENDED
CONSOLIDATED CLASS ACTION COMPLAINT;
MOTION TO STRIKE PROPOSED CLASS DEFINITION [52]**

     Matter called.  Counsel of record for the parties are present.  Court hears oral argument.  Having heard from counsel, the Court directs supplemental submission as stated on the record within the next **two (2) days.**  Matter will stand submitted.

     **IT IS SO ORDERED.**

|  | **1** | : | **20** |
|---|---|---|---|
| Initials of Preparer | | Bea | |