# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARYA RUPA, et al. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 13-4460-GHK (MRWx) |
| v. | |
| WARNER/CHAPPELL MUSIC, INC., et al. | **APPLICATION FOR REFUND OF FEES; ORDER THEREON** |
| DEFENDANT(S) | |

Please complete all fields in Section I. If you are requesting a refund of fees paid online using pay.gov, also complete Section II. Then electronically file the completed form using the Application for Refund of Fees event in CM/ECF.

## SECTION I

| | |
|---|---|
| Name of Applicant: | Mark C. Rifkin |
| Amount Paid: | $ 325 |
| Requested Refund Amount | $ 325 |
| Document Title and Docket #: | Pro Hac Vice Admission Application; ECF No. 18 |
| Transaction Date: | July 25, 2013 |
| Receipt Number:<br>(If paid by cash/check only) | |

**Reason for refund request:**

☐ Duplicate or unnecessary payment submitted

☐ Overpayment of a required filing fee

☒ Pro hac vice application denied

☐ Other:

## SECTION II  (Complete only if you are requesting a refund of fees paid online using pay.gov. This information can be found in the pay.gov screen receipt or confirmation email.)

| | |
|---|---|
| Account Holder Name: | Wolf Haldenstein Adler Freeman & Herz LLP |
| Pay.gov Tracking ID: | 25BN6CU1 |
| Agency Tracking ID: | 0973-12457377 |

### *For Court Use Only*

**Fiscal Department**

☐ Refund issued

☐ Application referred to United States District/Magistrate Judge for ruling; it is recommended that the Application be:

☐ GRANTED

☐ DENIED pursuant to the policy of the Judicial Conference of the United States (*Guide to Judiciary Policy*, Vol. 4, Chap. 6, § 650)

IT IS ORDERED that the application for refund of fees is:

☐ GRANTED    ☐ DENIED

_____
United States District/Magistrate Judge

G-124 (01/14)         APPLICATION FOR REFUND OF FEES; ORDER THEREON