UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-4460 GHK (MRWx) | Date | March 5, 2014 |
|---|---|---|---|
| Title | GOOD MORNING TO YOU PRODUCTIONS CORPORATION, et al v. WARNER/CHAPPELL MUSIC, INC., et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|
| Beatrice Herrera | N/R |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Petitioner(s): | Attorneys Present for Respondent(s): |
| NONE | NONE |

**PROCEEDINGS:**     **IN CHAMBERS — ORDER**

On February 20, 2014, the above scheduling conference was taken off calendar by the Court. Counsel of record are hereby notified that the above matter is **RESET** for hearing on the *Scheduling Conference* for **March 24, 2014 at 1:30 p.m.** Counsel responsible for the conduct and trial of the above action shall appear on date and time specified herein.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Preparer | | Bea |