1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>            Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER FOR DISCOVERY** |

**HAVING FOUND GOOD CAUSE APPEARING** in the parties' [proposed] stipulated protective order for discovery, the Court hereby orders that the protective order is deemed filed as of the date of entry of this order.

**IT IS SO ORDERED.**

Dated:

_____
MICHAEL R. WILNER
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

WARNER/CHAPPELL:20775

- 1 -