FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al*.<br><br>Defendants. | Case No. CV 13-04460-GHK (MRWx)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER: (i) COMPELLING DEFENDANTS TO PRODUCE WITHHELD DOCUMENTS; OR (ii) RELIEF FROM DISCOVERY CUTOFF TO CONDUCT COURT REVIEW *IN CAMERA* OF WITHHELD DOCUMENTS**<br><br>Date:         June 25, 2014<br>Time:         9:30 A.M.<br>Judge:        Mag. Michael R. Wilner<br>Room:        H-9th Floor<br>Disc. Cutoff: June 27, 2014<br>Pretrial Conf.:   N/A<br>Trial Date:       N/A<br>L/D File Jt. MSJ: 11/14/14 |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 25, 2014, at 9:30 a.m., or as soon thereafter as this matter may be heard before the Honorable Magistrate Michael R. Wilner in Courtroom H-9th Floor of this Court, located at 111 N. Spring Street, Los Angeles, California, plaintiffs Good Morning To You Productions Corp., Robert Siegel, Rupa Marya d/b/a Rupa & The April Fishes, and Majar Productions, LLC ("Plaintiffs"), will, and hereby do, move this Court pursuant to Federal Rule of Civil Procedure 37 for an order: (i) compelling defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc. ("Defendants") to produce all documents improperly withheld and identified in its deficient privilege log either on the basis of attorney-client privilege or attorney work product doctrine; or in the alternative (ii) for relief from the discovery cutoff deadline of June 27, 2014 so this Court may conduct an *in camera* review and inspection of purportedly privileged documents (the "Motion").

This Motion is based upon this notice of motion, the parties' Local Rule 37-2 Joint Stipulation, the declaration of Betsy C. Manifold in Support of Plaintiffs' Motion, all pleadings, discovery, memorandum of points and authorities, supplemental memoranda of law, oral or documentary evidence proffered in support thereof, arguments of counsel, and any other matters as the Court deems proper.

This Motion is made following the conference of counsel pursuant to Local Rule 37-1 which took place on May 22, 2014.

Respectfully submitted,

Dated:

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:  /s/*Betsy C. Manifold*
      BETSTY C. MANIFOLD

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com

| | |
|---|---|
| 1 | MARISA C. LIVESAY |
|   | livesay@whafh.com |
| 2 | 750 B Street, Suite 2770 |
|   | San Diego, CA 92101 |
| 3 | Telephone: 619/239-4599 |
|   | Facsimile:  619/234-4599 |
| 4 | |
|   | **WOLF HALDENSTEIN ADLER** |
| 5 | **  FREEMAN & HERZ LLP** |
|   | MARK C. RIFKIN (pro hac vice) |
| 6 | rifkin@whafh.com |
|   | JANINE POLLACK (pro hac vice) |
| 7 | pollack@whafh.com |
|   | BETH A. LANDES (pro hac vice) |
| 8 | landes@whafh.com |
|   | GITI BAGHBAN (284037) |
| 9 | baghban@whafh.com |
| 10 | 270 Madison Avenue |
|   | New York, NY  10016 |
| 11 | Telephone:  212/545-4600 |
|   | Facsimile:   212-545-4753 |
| 12 | |
|   | *Interim Lead Counsel for Plaintiffs* |
| 13 | |
|   | **RANDALL S. NEWMAN PC** |
| 14 | RANDALL S. NEWMAN (190547) |
|   | rsn@randallnewman.net |
| 15 | 37 Wall Street, Penthouse D |
|   | New York, NY 10005 |
| 16 | Telephone:  212/797-3737 |
| 17 | **HUNT ORTMANN PALFFY** |
|   | **NIEVES DARLING & MAH, INC.** |
| 18 | ALISON C. GIBBS (257526) |
|   | gibbs@huntortmann.com |
| 19 | OMEL A. NIEVES (134444) |
|   | nieves@nieves-law.com |
| 20 | KATHLYNN E. SMITH (234541) |
|   | smith@huntortmann.com |
| 21 | 301 North Lake Avenue, 7th Floor |
|   | Pasadena, CA 91101 |
| 22 | Telephone: 626/440-5200 |
|   | Facsimile:  626/796-0107 |
| 23 | |
|   | **DONAHUE GALLAGHER** |
| 24 | **  WOODS LLP** |
|   |   WILLIAM R. HILL (114954) |
| 25 | rock@donahue.com |
|   | ANDREW S. MACKAY (197074) |
| 26 | andrew@donahue.com |
|   | DANIEL J. SCHACHT (259717) |
| 27 | daniel@donahue.com |
|   | 1999 Harrison Street, 25th Floor |
| 28 | Oakland. CA 94612-3520 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: 510/451-0544
Facsimile:  510/832-1486

**GLANCY BINKOW &
 GOLDBERG LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone: 310/201-9150
Facsimile:   310/201-9160

*Attorneys for Plaintiffs*

- 4 -

CV 13-04460-GHK (MRWx)
PLS.' NOTICE OF MOTION AND
MOTION TO COMPEL