UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx) | Date | June 9, 2014 |
|---|---|---|---|
| Title | Good Morning You Prod. v. Warner/Chappell Music | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISCOVERY CUTOFF

The Court conducted a telephonic conference with the parties regarding the pending discovery motion. After discussing the motion, the parties agreed to meet to resolve or narrow the issues in dispute. To facilitate those discussions, and after consulting with Chief Judge King, the parties' joint request to extend the discovery deadline for the first phase of the action is GRANTED. That discovery must now be completed by or before July 11, 2014. No other litigation deadlines are modified.


cc:    Chief Judge King