# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx) | Date | June 26, 2014 |
|---|---|---|---|
| Title | Good Morning to You Productions Corp. v. Warren Chappell Music Inc. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | None | None |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys for Plaintiff (s): | Attorneys for Defendant (s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE: DISCOVERY MOTION**

      Based on Plaintiff's filing, the notice of withdrawal of motion and the Court's previous comments, the discovery dispute is resolved. (Docket #114). The motion is therefore WITHDRAWN without prejudice.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | vm |