FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Class Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*<br><br>Defendants. | Case No. CV 13-04460-GHK (MRWx)<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER: (i) OVERRULING DEFENDANTS' CLAIM OF PRIVILEGE IN DOCUMENTS PRODUCED BY A NON-PARTY, OR PERMITTING A SECOND RULE 30(B)(6) DEPOSITION TO DETERMINE THE FACTUAL BASIS FOR THAT CLAIM; (ii) GRANTING RELIEF FROM THE DISCOVERY CUT-OFF TO CONDUCT THAT DEPOSITION; (iii); AND [PROPOSED] ORDER THEREON**<br><br>Date: July 25, 2014<br>Time: 9:30 A.M.<br>Judge: Hon. Michael R. Wilner<br>Room: H-9th Floor<br>Disc. Cutoff: July 11, 2014<br>Pretrial Conf.: N/A<br>Trial Date: N/A<br>L/D File Jt. MSJ: 11/14/14 |

TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on July 25, 2014, at 9:30 a.m., or as soon thereafter as this matter may be heard before the Honorable Michael R. Wilner in Courtroom H-9th Floor of this Court, located at 111 N. Spring Street, Los Angeles, California, plaintiffs Good Morning To You Productions Corp., Robert Siegel, Rupa Marya d/b/a Rupa & The April Fishes, and Majar Productions, LLC ("Plaintiffs"), will, and hereby do, move this Court pursuant to Federal Rule of Civil Procedure 26(b)(5)(B) for an order overruling the claim of privilege by defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc. ("Defendants"), to certain documents produced by non-party American Society of Composers, Authors and Publishers, or permitting a Rule 30(b)(6) deposition to determine the factual basis for that claim of privilege. On July 9, 2014, the Court granted Plaintiffs' *Ex Parte* Application to permit the relief sought by this Motion to be heard (Dkt. 119) and also granted the parties' request to file the Local Rule 37-2 Joint Stipulation, accompanying declarations and evidentiary exhibits under seal without a separate application.

This Motion is based upon this notice of motion, the parties' Local Rule 37-2 Joint Stipulation, the declarations of Mark C. Rifkin and Betsy C. Manifold in Support of Plaintiffs' Motion, all pleadings, discovery, memorandum of points and authorities, supplemental memoranda of law, oral or documentary evidence proffered in support thereof, arguments of counsel, and any other matters as the Court deems proper.

- 1 -

This Motion is made following the conference of counsel pursuant to Local Rule 37-1, which took place on June 16, 2014.

Dated: July 15, 2014

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:  */s/ Betsy C. Manifold*
BETSY C. MANIFOLD

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (pro hac vice)
rifkin@whafh.com
JANINE POLLACK (pro hac vice)
pollack@whafh.com
BETH A. LANDES (pro hac vice)
landes@whafh.com
GITI BAGHBAN (284037)
baghban@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737

**HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@nieves-law.com

- 2 -

| | |
|---|---|
| 1 | KATHLYNN E. SMITH (234541) |
| | smith@huntortmann.com |
| 2 | 301 North Lake Avenue, 7th Floor |
| | Pasadena, CA 91101 |
| 3 | Telephone: 626/440-5200 |
| | Facsimile: 626/796-0107 |
| 4 | |
| | **DONAHUE GALLAGHER** |
| | **WOODS LLP** |
| 5 | WILLIAM R. HILL (114954) |
| | rock@donahue.com |
| 6 | ANDREW S. MACKAY (197074) |
| | andrew@donahue.com |
| 7 | DANIEL J. SCHACHT (259717) |
| | daniel@donahue.com |
| 8 | 1999 Harrison Street, 25th Floor |
| | Oakland, CA 94612-3520 |
| 9 | Telephone: 510/451-0544 |
| | Facsimile: 510/832-1486 |
| 10 | |
| | **GLANCY BINKOW &** |
| 11 | **GOLDBERG LLP** |
| | LIONEL Z. GLANCY (134180) |
| 12 | lglancy@glancylaw.com |
| | MARC L. GODINO (188669) |
| 13 | mgodino@glancylaw.com |
| | 1925 Century Park East, Suite 2100 |
| 14 | Los Angeles, CA 90067 |
| | Telephone: 310/201-9150 |
| 15 | Facsimile: 310/201-9160 |
| 16 | *Attorneys for Plaintiffs* |

WARNERCHAPPELL:21008.notofmot

- 3 -