**FILED:  8/20/14**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br>　　　　　Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br>**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND SCHEDULING DEADLINES** |

**HAVING FOUND GOOD CAUSE** appearing in the parties' joint stipulation extending scheduling deadlines, the Court GRANTS the relief sough therein and hereby enters the following order extending the scheduling order deadlines:

| | |
|---|---|
| Rebuttal Expert Disclosures: | September 15, 2014 |
| Expert Discovery Motions Deadline: | October 3, 2014 |
| Expert Discovery Cut-Off: | October 13, 2014 |
| File Joint Status Report: | October 13, 2014 |
| File Joint Motion for Summary Judgment: | November 21, 2014. |

**IT IS SO ORDERED.**

DATED: 8/20/14

        HON. GEORGE H. KING, CHIEF JUDGE
        UNITED STATES DISTRICT COURT JUDGE

W ARNER/CHAPPELL:21092.ORDER