FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*<br><br>                    Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**JOINT STATUS REPORT PURSUANT TO AMENDED SCHEDULING ORDER (DKT. # 152)**<br><br><br><br><br><br>Room:   650<br>Judge:  Hon. George H. King, Chief Judge |

24853957.1

Pursuant to the Court's August 20, 2014 Amended Scheduling Order (Dkt. 152), the parties meet and conferred to determine whether a settlement conference would be fruitful at this juncture. Both parties expressed a willingness to consider a mediated resolution of this matter. However, after discussing the issues involved in a class action settlement, the parties agreed that a settlement conference would not be fruitful at this juncture.

Respectfully Submitted,

Dated: October 13, 2014

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/*Betsy C. Manifold*
BETSY C. MANIFOLD
FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737

**HUNT ORTMANN PALFFY NIEVES
   DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)
smith@ huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone 626/440-5200
Facsimile 626/796-0107
Facsimile:  212/797-3172

**DONAHUE GALLAGHER WOODS LLP**
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone:  510/451-0544
Facsimile:  510/832-1486

|  |  |
|---|---|
|  | **GLANCY BINKOW & GOLDBERG LLP**<br>LIONEL Z. GLANCY (134180)<br>lglancy@glancylaw.com<br>MARC L. GODINO (188669)<br>mgodino@glancylaw.com<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone:  310/201-9150<br>Facsimile:    310/201-9160<br><br>*Attorneys for Plaintiffs* |
| Dated:  October 13, 2014 | **MUNGER TOLLES & OLSON LLP**<br><br>By:     /s/*Kelly M. Klaus*        <br>         KELLY M.KLAUS<br><br>KELLY M. KLAUS (161091)<br>kelly.klaus@mto.com<br>ADAM I. KAPLAN (268182)<br>adam.kaplan@mto.com<br>560 Mission St., 27th Floor<br>San Francisco, CA  94105<br>Telephone:  415/512-4000<br><br>**MUNGER TOLLES & OLSON LLP**<br>GLENN D. POMERANTZ (112503)<br>glenn.pomerantz@mto.com<br>MELINDA E. LEMOINE<br>melinda.lemoine@mto.com<br>355 South Grand Ave., 35th Floor<br>Los Angeles, CA 90071<br>Telephone:  213/683-9100<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| 1 | **DECLARATION REGARDING CONCURRENCE** |
| 2 | I, **BETSY C. MANIFOLD**, am the ECF/CM User whose identification login |
| 3 | and password are being used to file this **JOINT STATUS REPORT PURSUANT** |
| 4 | **TO AMENDED SCHEDULING ORDER (DKT. 152)**.  In compliance with L.R. |
| 5 | 5-4.3.4(2)(i), I hereby attest that **Kelly M. Klaus** has concurred in this filing's |
| 6 | content and has authorized its filing. |
| 7 | DATED:  October 13, 2014           By:       */s/Betsy C. Manifold* |
| 8 | BETSY C. MANIFOLD |

28  WARNER/CHAPPELL:21210v2.jsr

- 4 -