BETSY C. MANIFOLD (182450)
manifold@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -**

**WESTERN DIVISION**

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**[REDACTED] JOINT EVIDENTIARY APPENDIX IN SUPPORT OF NOTICE OF MOTION AND CROSS-MOTION AND MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT (VOLUMES 1 THROUGH 8)**<br>Date:   January 26, 2015<br>Time:   9:30 a.m.<br>Room:  650<br>Judge:  Hon. George H. King,<br>            Chief Judge |

TABLE OF CONTENTS

|  |  | VOL. | PAGES |
|---|---|---|---|
| | PLAINTIFFS' EXHIBITS | | |
| Exhibit 1 | Plaintiffs' Fourth Amended Consolidated Complaint ("FAC") filed on April 29, 2014 (Dkt. 95) | 1 | 1 |
| Exhibit 2 | Defendants' Answer to Plaintiffs' FAC filed on May 6, 2014 (Dkt. 99) | 1 | 45 |
| Exhibit 3 | [REDACTED] Declaration of Mark C. Rifkin in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment [*Unredacted version provisionally filed under seal*] | 1 | 77 |
| Exhibit 4 | Declaration of Beth A. Landes in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment | 1 | 81 |
| Exhibit 5 | Excerpts from *Song Stories for the Kindergarten* published in 1893 by Clayton F. Summy Co. (WC0000406-412) | 1 | 86 |
| Exhibit 6 | Articles of Incorporation for the Clayton F. Summy Company filed with the State of Illinois on or about January 14, 1895 (P003572-3586) | 1 | 94 |
| Exhibit 7 | Digital copy of *Song Stories for the Kindergarten*, published in 1896 by Clayton F. Summy Co. (P002057-2156) | 1 | 110 |
| Exhibit 8 | Article entitled "First Grade Opening Exercises" printed in the January 1901 edition of *Inland Educator and Indiana School Journal* (P003608-3609) | 1 | 211 |
| Exhibit 9 | Excerpt from the book *Tell Me a True Story,* published by Fleming H. Revell Co., arranged by Mary Stewart, in 1909 (P003729-3732) | 1 | 214 |
| Exhibit 10 | Excerpt from 1909 Catalog of Copyright Entries for Books, Entry for Reg. No. A239690 (*Tell Me a True Story*) (P006323) | 1 | 219 |
| Exhibit 11 | Digital copy of *The Elementary Worker and His Work* published by the Board of Sunday Schools of the Methodist Episcopal Church, written by Alice Jacobs and Ermina Chester Lincoln, (P002299-2563) | 2 | 221 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 12 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *The Elementary Worker and His Work* (P006331-6333) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 3 | 487 |
| Exhibit 13 | Excerpt of sheet music from the *Beginners' Book of Songs with Instructions* published by the Cable Company Chicago in 1912 (P003423-3424) | 3 | 491 |
| Exhibit 14 | Excerpt of the sheet music published in *The Golden Book of Favorite Songs, A Treasury of the Best Songs of our People* (P003425-3427) | 3 | 494 |
| Exhibit 15 | Compilation video of *Happy Birthday* performance scenes from *Bosko's Party* (Ex. 25), *Girls About Town* (Ex. 35), *Strange Interlude* (Ex. 26), *Baby Take A Bow* (Ex. 30), *'Way Down East* (Ex. 41), *and The Old Homestead* (Ex. 39) [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 498 |
| Exhibit 16 | Photograph of the "Application for the RENEWAL of a Copyright Subsisting in Any Work" submitted by Jessica Hill, as next of kin for Mildred J. Hill, *Song Stories for the Kindergarten* (Reg. No. 45997) on September 3, 1921 (Renewal Reg. No. 19043) (P003297-3298) | 3 | 499 |
| Exhibit 17 | Certificate of Incorporation for Educational Music Bureau ("EMB") filed with the Illinois Secretary of State on or about August 11, 1923, (WC0002034-2038) | 3 | 502 |
| Exhibit 18 | Excerpt of sheet music published in *Harvest Hymns* in 1924 (P003590-3593) | 3 | 508 |
| Exhibit 19 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *Harvest Hymns* (Reg. No. A777856) (P006325-6327) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 3 | 513 |
| Exhibit 20 | Articles of Incorporation of Clayton F. Summy Co. filed with the Illinois Secretary of State on or about April 15, 1925 (P003537-3542) | 3 | 517 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 21 | Excerpt of sheet music from *Children's Praise and Worship* published in 1928 (P003431-3434) | 3 | 524 |
| Exhibit 22 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *Children's Praise and Worship* (A1068883) (P006328-6330) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 3 | 529 |
| Exhibit 23 | [REDACTED] Declaration of Randall S. Newman in Support of Plaintiffs' Motion for Summary Judgment [*Unredacted version provisionally lodged & filed under seal*] | 3 | 533 |
| Exhibit 24 | Excerpt from the Catalog of Copyright Entries (*Cumulative Series*) for Motion Pictures from 1912 to 1939 (P006351, P006353, P006357-6359) | 3 | 545 |
| Exhibit 25 | Animated Short "*Bosko's Party*"(manually lodged with the Court) [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 551 |
| Exhibit 26 | Motion picture "*Strange Interlude*"(manually lodged with the Court) [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 552 |
| Exhibit 27 | Warner/Chappell Music, Inc.'s "New Song Information Sheet," printed from its electronic database (WC0001983-1984) [*provisionally lodged under seal*] | 3 | 553 |
| Exhibit 28 | C.F.S. Musical Co. was dissolved by a decree entered by the Superior Court of Cook County, Illinois on or about May 17, 1933 (P003547-3548) | 3 | 556 |
| Exhibit 29 | Copy of Sam H. Harris Theatrical Enterprises, Inc.'s Interrogatory Responses dated March 25, 1935, filed in the captioned action *Jessica M. Hill v. Sam H. Harris, et al.* Eq. No. 78-350  (P003116-3131) | 3 | 558 |
| Exhibit 30 | Motion picture "*Baby Take A Bow*" [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 575 |
| Exhibit 31 | Photograph of Application for Copyright for Republished Musical Composition (Reg. No. E51988) dated December 6, 1935 (P003290-3291) | 3 | 576 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 32 | "Complaint" filed August 14, 1934, in the United States District Court, Southern District of New York, captioned *Jessica M. Hill v. Sam H. Harris*, Eq. No. 78-350 (P002800-2807) | 3 | 579 |
| Exhibit 33 | Excerpt from 1934 Catalog of Copyright Entries for Musical Compositions, Vols. 1 to 12 (P113096) | 3 | 588 |
| Exhibit 34 | *New York Times* article entitled "Shy Women Teachers Who Wrote Child's Ditty Figure in Plagarism Suit Over Broadway Hit" appearing in August 15, 1934, edition (P003598) | 3 | 590 |
| Exhibit 35 | Parts 1, 5, and 6 of Motion Picture "Girls About Town" as retrieved from YouTube available at http://www.youtube.com/watch?v=zbeni6pmJHk&feature=&share&list=PL8DEBB572FF5195FB&index=4 [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 592 |
| Exhibit 36 | "Amended Complaint" filed January 28, 1935, in the United States District Court, Southern District of New York, captioned *Jessica M. Hill v. Sam H. Harris, et al.*, Eq. No. 78-350 (P002825-2832) | 3 | 593 |
| Exhibit 37 | *New York Herald* article entitled "Sam H. Harris is Sued Over Melody of Song" appearing in the August 15, 1934, edition (P006322) | 3 | 602 |
| Exhibit 38 | Excerpts from 1935 Catalog of Copyright Entries for Musical Compositions, Vols. 1 to 12 (P114300, P114523, P114524, P114589, P114980, P114903, P114966, P115008) | 3 | 604 |
| Exhibit 39 | Motion picture "*The Old Homestead*"(manually lodged with the Court) [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 613 |
| Exhibit 40 | Photograph of Application for Copyright for Republished Musical Composition with New Copyright Material submitted December 6, 1935 and Registered as E51990 (P003295-3296) | 3 | 614 |
| Exhibit 41 | Motion picture "'*Way Down East*"(manually lodged with the Court) [*manually lodged & filed pursuant to L.R. 11-5.1*] | 3 | 617 |
| Exhibit 42 | Assignment of Copyrights, Patty S. Hill & Jessica M. Hill, Assignors, and The Hill Foundation, Inc., Assignors dated June 2, 1942, recorded with the U.S. Copyright Registrar's Office on June 8, 1942 (WC00001453-1455) | 3 | 618 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 43 | Copy of the sheet music deposited and registered as Reg. No. E51988 (WC0000413-414) | 3 | 622 |
| Exhibit 44 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for Reg. No. E51988 (P006334-6335) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 3 | 625 |
| Exhibit 45 | Letter from Adam Kaplan, Munger Tolles, to Betsy C. Manifold, Wolf Haldenstein dated November 6, 2014 | 3 | 628 |
| Exhibit 46 | Letter from the Copyright Office dated January 23, 1961 (WC000405) | 3 | 632 |
| Exhibit 47 | Excerpts of Confidential Deposition Transcript of Defendant Warner/Chappell Music, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6) deponent Thomas Marcotullio, taken June 3, 2014 [*provisionally lodged under seal*] | 3 | 634 |
| Exhibit 48 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for Reg. No. E51990 (P006336-6337) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 3 | 652 |
| Exhibit 49 | "Assignment of Copyrights," Patty S. Hill & Jessica M. Hill, Assignors, and Summy Co. III, Assignee, dated September 2, 1939, recorded with the U.S. Copyright Registrar's Office on September 21, 1939 (WC0001446-1449) | 3 | 655 |
| Exhibit 50 | "Amended Complaint" filed December 16, 1943, in the United States District Court for the Southern District of New York, captioned *The Hill Foundation, Inc. v. Clayton F. Summy Co.*, Civil No. 19-377 (P002647-2661) | 3 | 660 |
| Exhibit 51 | "Answer to Amended Complaint" filed December 29, 1942 in the United States District Court for the Southern District of New York, captioned *The Hill Foundation, Inc. v. Clayton F. Summy Co.*, Civil No. 19-377 (P002935-2947) | 3 | 676 |
| Exhibit 52 | "Complaint" filed March 2, 1943 in the United States District Court, Southern District of New York, *The Hill Foundation, Inc. v. Postal Telegraph-Cable Co.*, Civil No. 20-439 (P002590-2595) | 3 | 690 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 53 | "Assignment," Patty S Hill and Jessica M. Hill, as Assignees, The Hill Foundation, Inc., as Assignors, dated October 16, 1944, recorded November 10, 1944 in the U.S. Copyright Registrar's Office (WC00000106-107) |  | 697 |
| Exhibit 54 | "Assignment," The Hill Foundation, Inc., as Assignee, Clayton F. Summy Co., a Delaware corporation, Assignor, dated October 16, 1944, recorded November 10, 1944, in the U.S. Copyright Registrar's Office (WC0000957-962) | 3 | 700 |
| Exhibit 55 | National Archives and Records Administration Certified Copy of "Complaint" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. McLoughlin Brothers, Inc.*, Civil No. 30-284 (P006051-6058) | 4 | 707 |
| Exhibit 56 | National Archives and Records Administration Certified Copy of "Complaint" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Louis Marx & Company, Inc.*, Civil No. 30-285 (P006042-6050) | 4 | 719 |
| Exhibit 57 | National Archives and Records Administration Certified Copy of "Complaint" filed January 11, 1946, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Paul Feigay and Oliver Smith*, Civil No. 34-481 (P006034-6041) | 4 | 731 |
| Exhibit 58 | Article appearing in the *New York Herald* entitled "Happy Birthday Trouble" on December 16, 1947 (P004319) | 4 | 741 |
| Exhibit 59 | Articles of Amendment to EMB filed with the Illinois Secretary of State on or about June 2, 1948 (WC0002039-2043) | 4 | 743 |
| Exhibit 61 | Certified Copy of Additional Certificate to Claim of Copyright for renewal of *Harvest Hymns* (Renewal Reg. No. R90447) (P006344-6345) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 4 | 756 |

...

| | | VOL. | PAGES |
|---|---|---|---|
| Exhibit 62 | Certificate of Amendment and Certificate of Incorporation changing name of Clayton F. Summy Co., a Delaware corp., to Summy Publishing Company, filed January 23, 1956, with the Delaware Secretary of State (WC0002000-2002) | 4 | 759 |
| Exhibit 63 | Excerpt from *Twice 55 Community Songs, The Brown Book, Revised Ed.*, published 1957 by C.C. Birchard Co., of *Happy Birthday* sheet music (P005997-5998) | 4 | 763 |
| Exhibit 64 | Excerpts of Deposition Transcript of Plaintiffs' Expert Witness, Joel Sachs, Ph.D., taken on September 9, 2014 | 4 | 766 |
| Exhibit 65 | Certificate of Amendment and Certificate of Incorporation changing name of Summy Publishing Company, a Delaware corp., to Summy-Birchard Publishing Company, filed September 27, 1957 with the Delaware Secretary of State (WC0002003-2005) | 4 | 799 |
| Exhibit 66 | Certificate of Amendment and Certificate of Incorporation changing name of Summy-Birchard Publishing Company, a Delaware corp., to Summy-Birchard Company, filed December 22, 1961, with the Delaware Secretary of State (WC0002006-2008) | 4 | 803 |
| Exhibit 67 | Certified Copy of Additional Certificate of Registration of a Claim to Copyright for Renewal Reg. No. R306185 (Original Reg. No. E51988) (P006338-6340) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 4 | 807 |
| Exhibit 68 | Certified Copy of Additional Certificate of Registration of a Claim to Copyright for Renewal Reg. No. R306186 (Original Reg. No. E51990) (P006341-6343) [*original exhibit manually lodged and filed pursuant to L.R. 11-5.4; copy of original exhibit attached*] | 4 | 811 |
| Exhibit 69 | *New York Times* obituary article for John Sengstack, appearing on October 13, 1970 (P006354) | 4 | 815 |
| Exhibit 71 | Articles of Merger of Domestic and Foreign Corporation for EMB and Summy-Birchard Company filed with the Illinois Secretary of State on or about December 28, 1973 (WC0002064-2068) | 4 | 823 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 72 | Plan and Agreement of Merger entered into on or about December 21, 1973 between Summy-Birchard Company (Delaware) and EMB (WC002069-2075) | 4 | 829 |
| Exhibit 73 | National Archives and Records Administration Certified Copy of "Answer" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Louis Marx & Company, Inc.*, Civil No. 30-285 (P006360-6367) | 4 | 837 |
| Exhibit 74 | Articles of Merger filed with the Wyoming Secretary of State on or about January 8, 2010   (WC0002076-2080) | 4 | 847 |
| Exhibit 75 | Articles of Merger filed with the Wyoming Secretary of State on or about March 19, 1976 (WC0002019, 2018, 2032, 2031) | 4 | 853 |
| Exhibit 76 | Agreement and Plan of Merger between Summy-Birchard Company, an Illinois corporation, and New Summy-Birchard Company, a Wyoming corporation (WC0002029, 2028, 2027, 2026, 2025, 2024, 2030) | 4 | 858 |
| Exhibit 77 | Articles of Amendment filed with the Wyoming Secretary of State on or about November 9, 1978 (WC0002015-2017) | 4 | 866 |
| Exhibit 78 | Articles of Amendment dated May 1, 1979 that were filed with the Wyoming Secretary of State, (WC0002013-2014) | 4 | 870 |
| Exhibit 79 | Articles of Amendment filed with the Wyoming Secretary of State on or about August 3, 1979 (WC0002011-2012) | 4 | 873 |
| Exhibit 80 | Articles of Amendment filed with the Wyoming Secretary of State on or about October 12, 1979  (WC0002009-2010) | 4 | 876 |
| Exhibit 81 | Confidential Stock Purchase Agreement between Warner/Chappell Music, Inc. and David K. Sengstack dated December 1, 1988 (WC000760-827) [*provisionally lodged under seal*] | 4 | 879 |
| Exhibit 82 | Articles of Amendment of Birch Tree Group Limited filed with the Wyoming Secretary of State on or about December 27, 1988 (WC0001995-1997) | 5 | 948 |
| Exhibit 83 | Confidential Stock Certificate for Birch Tree Group Limited dated February 12, 1986 (WC0000574) [*provisionally lodged under seal*] | 5 | 952 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 84 | Confidential Stock Power Assignment from Sengstack to Warner/Chappell Music, Inc., dated January 3, 1989 (WC0000573) <br> [*provisionally lodged under seal*] | 5 | 954 |
| Exhibit 85 | Articles of Merger of Summy-Birchard, Inc., a Wyoming corp., and Summy-Birchard, Inc., a Wyoming corp. (WC0002076-2080) | 5 | 956 |
| Exhibit 86 | Affidavit of Joel Sachs in Support of Cross-Motions for Summary Judgment & Exhibits of Sheet Music for *Happy Birthday* | 5 | 962 |
|  | Exhibit A – *Happy Birthday to You!* (WC0000977-978) |  | 968 |
|  | Exhibit B – *Happy Birthday to You!* (Deposit Copy for E51988 -WC0000413-414) |  | 971 |
|  | Exhibit C – *Happy Birthday* (WC0000119-121) |  | 974 |
|  | Exhibit D – *Happy Birthday* (WC0000984-989) |  | 978 |
|  | Exhibit E – *Happy Birthday* (WC0000990-995) |  | 985 |
|  | Exhibit F – *Happy Birthday* (WC0000996-1001) |  | 992 |
| Exhibit 87 | Deposition Transcripts *de benne esse* of Patty S. Hill and Jessica Hill taken July 1, 1935, filed in the *Hill v. Harris*, Eq. No. 78-350 (P002756-2797) | 5 | 999 |
| Exhibit 89 | Metro-Goldwyn-Mayer's Notice of Intent to Use Musical Compositions in connect with the "photoplay" entitled "STRANGE INTERLUDE" dated July 14, 1932 (Production #608) identifying Happy Birthday as being in the public domain (WB042) | 5 | 1044 |
| Exhibit 90 | TIME Magazine article: "Music: Good Morning" appearing in the August 27, 1934, edition of TIME (P004318) | 5 | 1046 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 91 | "Answer" filed April 12, 1943, in the United States District Court, Southern District of New York, *The Hill Foundation, Inc. v. Postal Telegraph-Cable Co.*, Civil No. 20-439 (P002869-2877) | 5 | 1048 |
| Exhibit 92 | Confidential Purchase Agreement between Clayton F. Summy and John Sengstack dated August 7, 1931 (WC0002081-2090) [*provisionally lodged under seal*] | 5 | 1058 |
| Exhibit 93 | State of Illinois Death Index for Clayton F. Summy (P006368) | 5 | 1069 |
| Exhibit 94 | Plaintiffs' Requests for Production of Documents to Defendants – Set No. One dated February 12, 2014 | 5 | 1071 |
| Exhibit 95 | Excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents dated March 21, 2014 | 5 | 1083 |
| Exhibit 96 | Excerpts from Plaintiff Good Morning To You Corp.'s Interrogatories to Defendants – Set No. One dated February 12, 2014 | 5 | 1095 |
| Exhibit 97 | Excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories dated April 11, 2014 | 5 | 1103 |
| Exhibit 98 | Plaintiffs' Receipt for Additional Certificates of Registration of a Claim to Copyright for E 51988 & 7 Others from the Records Research and Certification Section, Office of Public Records and Repositories, U.S. Copyright Office dated June 12, 2014 (P006370) | 5 | 1117 |
| Exhibit 99 | Excerpts from Compendium of Copyright Office Practices II, Ch. 1900, Records, Indexes, And Deposits Of The Copyright Office; Inspection, Copying, Additional Certificates, And Other Certifications (1984) (P006371-6392) | 5 | 1119 |

DEFENDANTS' EXHIBITS

| Exhibit 100 | Declaration of Adam I. Kaplan in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment | 6 | 1200 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 101 | Copy of Registration E51990 (WC0000388-90, marked as Marcotullio Dep. Ex. 9) | 6 | 1204 |
| Exhibit 102 | Certificate of Registration of a Claim to Renewal Copyright R306186 (WC0000103-104) | 6 | 1208 |
| Exhibit 103 | Copy of Registration E51988 (WC0000385-87, marked as Marcotullio Dep. Ex. 4) | 6 | 1211 |
| Exhibit 104 | Certificate of Registration of a Claim to Renewal Copyright R306185(WC0000953-54) | 6 | 1215 |
| Exhibit 105 | Record of the Filing of Copyright Deposits under the Act of March 4, 1909 (P003299) | 6 | 1218 |
| Exhibit 106 | Copy of sheet music for *Happy Birthday to You!*, published in 1935 by Clayton F. Summy Co. as publication number 3075 (WC0000977-979) | 6 | 1220 |
| Exhibit 107 | Confidential Deposition Transcript of Defendant Warner/Chappell Music, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6) deponent Thomas Marcotullio, taken June 3, 2014 [*provisionally lodged under seal*] | 6 | 1224 |
| Exhibit 108 | Declaration of Thomas B. Marcotullio in Support of Defendants' Motion for Summary Judgment | 7 | 1541 |
| Exhibit 109 | Excerpts of Deposition Transcript of Jeremy Blietz, taken on July 10, 2014 | 7 | 1546 |
| Exhibit 110 | Excerpts of Deposition Transcript of Plaintiffs' Expert Witness, Joel Sachs, Ph.D., taken on September 9, 2014 | 7 | 1566 |
| Exhibit 111 | Excerpts of Exhibit 47 to the Deposition of Joel Sachs, Ph.D (Expert Report of Joel Sachs, Ph.D. and Exs. J and L thereto) | 7 | 1623 |
| Exhibit 112 | Recorded Assignment of Copyright from Patty S. Hill and Jessica S. Hill to The Hill Foundation, Inc., dated October 16, 1944 (WC0001450-52) (illegible copy) | 7 | 1647 |
| Exhibit 113 | Recorded Assignment of Copyright from Patty S. Hill and Jessica S. Hill to The Hill Foundation, Inc., dated October 16, 1944 (WC0000844-45) (legible copy) | 7 | 1651 |
| Exhibit 114 | Recorded Assignment of Copyright from The Hill Foundation, Inc., to Clayton F. Summy Co., dated October 16, 1944 (WC0001456-62) (illegible copy) | 7 | 1654 |

| | | VOL. | PAGES |
|---|---|---|---|
| Exhibit 115 | Recorded Assignment of Copyright from The Hill Foundation, Inc., to Clayton F. Summy Co., dated October 16, 1944 (WC0000838-45) (legible copy) | 7 | 1662 |
| Exhibit 116 | Declaration of David K. Sengstack, dated January 20, 1981, recorded in the Copyright Office on February 2, 1981 (WC0001998-2075) | | |
| | Exhibit 116 A | 7 | 1671 |
| | Exhibit 116 B | 7 | 1718 |
| Exhibit 117 | Confidential Minutes of a September 29, 1931, Meeting of the Board of Directors of C.F.S. Musical Co. (WC WC0002091-93) [*provisionally lodged under seal*] | 8 | 1751 |
| Exhibit 118 | Confidential Stock Certificate for Birch Tree Group Ltd. And Stock Power (WC0002094-97) [*provisionally lodged under seal*] | 8 | 1755 |
| Exhibit 119 | Excerpt of October 1988 "Confidential Information Memorandum" regarding Birch Tree Group Ltd. (WC0001137, WC0001142-43) | 8 | 1760 |
| Exhibit 120 | Plaintiffs' Complaint, filed on June 20, 2013 (Dkt. 9) | 8 | 1764 |
| Exhibit 121 | Plaintiffs' Consolidated First Amended Complaint, filed on July 26, 2013 (Dkt. 29) | 8 | 1799 |
| Exhibit 122 | Plaintiffs' Second Amended Consolidated Complaint, filed on September 4, 2013 (Dkt. 59) | 8 | 1834 |
| Exhibit 123 | Plaintiffs' Third Amended Consolidated Complaint, filed on November 5, 2013 (Dkt. 72) | 8 | 1875 |
| Exhibit 124 | Joint Report on Parties' Planning Meeting, filed February 10, 2014 (Dkt. No. 89) | 8 | 1917 |
| Exhibit 125 | Letter from United States Copyright Office to Lisa Minnerly (Warner/Chappell Music, Inc.), dated December 9, 2013 (WC0002098) | 8 | 1936 |

|  |  | VOL. | PAGES |
|---|---|---|---|
| Exhibit 126 | Agreement between The Hill Foundation, Inc., and Clayton F. Summy Co., dated October 16, 1944 (WC0000963-973) | 8 | 1938 |

                                          Respectfully Submitted,

Dated:  November 25, 2014       **WOLF HALDENSTEIN ADLER**
                                         **FREEMAN & HERZ LLP**

By: /s/*Betsy C. Manifold*
     BETSY C. MANIFOLD
     FRANCIS M. GREGOREK
     gregorek@whafh.com
     BETSY C. MANIFOLD
     manifold@whafh.com
     RACHELE R. RICKERT
     rickert@whafh.com
     MARISA C. LIVESAY
     livesay@whafh.com
     750 B Street, Suite 2770
     San Diego, CA 92101
     Telephone:  619/239-4599
     Facsimile:  619/234-4599

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY  10016
Telephone:  212/545-4600
Facsimile:  212-545-4753

*Interim Lead Counsel for Plaintiffs*

- 13 -

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737

**HUNT ORTMANN PALFFY**
**NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)
smith@ huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone 626/440-5200
Facsimile 626/796-0107
Facsimile: 212/797-3172

**DONAHUE FITZGERALD LLP**
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone: 510/451-0544
Facsimile: 510/832-1486

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160

*Attorneys for Plaintiffs*

Dated: November 25, 2014        **MUNGER TOLLES & OLSON LLP**

By: ___/s/*Kelly M. Klaus*___
    KELLY M. KLAUS

KELLY M. KLAUS (161091)
kelly.klaus@mto.com
ADAM I. KAPLAN (268182)
adam.kaplan@mto.com
560 Mission St., 27th Floor
San Francisco, CA 94105
Telephone: 415/512-4000

**MUNGER TOLLES & OLSON LLP**
GLENN D. POMERANTZ (112503)
glenn.pomerantz@mto.com
MELINDA E. LEMOINE
melinda.lemoine@mto.com
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: 213/683-9100

*Attorneys for Defendants*

## DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this [REDACTED] JOINT EVIDENTIARY APPENDIX IN SUPPORT OF NOTICE OF MOTION AND CROSS-MOTION AND MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT (VOLUMES 1 THROUGH 8). In compliance with Civil Local Rule 5-4.3.4(a)(2), I hereby attest that Kelly M. Klaus has concurred in this filing.

Executed this 25th day of November 2014, in the City of San Diego, State of California.

By: /s/*Betsy C. Manifold*
BETSY C. MANIFOLD

WARNER/CHAPPELL:21336v5.JA.TC