BETSY C. MANIFOLD (182450)
manifold@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -**

**WESTERN DIVISION**

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **NOTICE OF MOTION AND CROSS-MOTION AND MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT** <br><br> Date:    January 26, 2015 <br> Time:    9:30 a.m. <br> Room:    650 <br> Judge:   Hon. George H. King, Chief Judge |

1        Pursuant to Federal Rule of Civil Procedure 56, the Local Rules of this Court and this Court's March 24, 2014 Order Re: Summary Judgment Motions ("March 24th Order") (Dkt. 93), each side in this case respectfully moves for summary judgment on Claim One of Plaintiffs' Fourth Amended Consolidated Complaint (Dkt. 95).  The grounds for each side's motion are set forth in the attached Joint Brief Re: Motion and Cross Motion for Summary Judgment, and supported by the accompanying Statement of Uncontroverted Facts regarding the factual matters and the parties' positions, the Joint Evidentiary Appendix, all pleadings and records in this action, and such other argument or evidence as the Court may receive at or before the hearing and/or submission of these motions.

       The parties hereby certify that, pursuant to Local Rule 7-3 and the Court's March 24th Order, the parties participated in an in-person conference on October 30, 2014.

Dated:  November 25, 2014

Respectfully Submitted,

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/*Betsy C. Manifold*
    BETSY C. MANIFOLD
    FRANCIS M. GREGOREK
    gregorek@whafh.com
    BETSY C. MANIFOLD
    manifold@whafh.com
    RACHELE R. RICKERT
    rickert@whafh.com
    MARISA C. LIVESAY
    livesay@whafh.com
    750 B Street, Suite 2770
    San Diego, CA 92101
    Telephone:  619/239-4599
    Facsimile:  619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY  10016
Telephone:   212/545-4600
Facsimile:    212-545-4753

*Interim Lead Counsel for Plaintiffs*


**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737

**HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)
smith@ huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone 626/440-5200
Facsimile 626/796-0107
Facsimile:   212/797-3172

|   |   |   |
|---|---|---|
| 1 | | **DONAHUE FITZGERALD LLP** |
| 2 | | WILLIAM R. HILL (114954) |
| 3 | | rock@donahue.com |
|   | | ANDREW S. MACKAY (197074) |
| 4 | | andrew@donahue.com |
| 5 | | DANIEL J. SCHACHT (259717) |
| 6 | | daniel@donahue.com |
|   | | 1999 Harrison Street, 25th Floor |
| 7 | | Oakland, CA 94612-3520 |
| 8 | | Telephone:  510/451-0544 |
|   | | Facsimile:   510/832-1486 |

**GLANCY BINKOW & GOLDBERG LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:   310/201-9150
Facsimile:    310/201-9160

*Attorneys for Plaintiffs*

Dated:  November 25, 2014          **MUNGER  TOLLES  &  OLSON LLP**


By:      /s/*Kelly M. Klaus*
    KELLY M. KLAUS

KELLY M. KLAUS (161091)
kelly.klaus@mto.com
ADAM I. KAPLAN (268182)
adam.kaplan@mto.com
560 Mission St., 27th Floor
San Francisco, CA  94105
Telephone:   415/512-4000

- 4 -

| | |
|---|---|
| 1 | |
| 2 | **MUNGER TOLLES & OLSON LLP** |
| 3 | GLENN D. POMERANTZ (112503) |
| 4 | glenn.pomerantz@mto.com |
|   | MELINDA E. LEMOINE |
| 5 | melinda.lemoine@mto.com |
| 6 | 355 South Grand Ave., 35th Floor |
|   | Los Angeles, CA 90071 |
| 7 | Telephone:   213/683-9100 |
| 8 | *Attorneys for Defendants* |

## DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this **NOTICE OF MOTION AND CROSS-MOTION AND MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT**. In compliance with Civil Local Rule 5-4.3.4(a)(2), I hereby attest that Kelly M. Klaus has concurred in this filing.

Executed this 25th day of November 2014, in the City of San Diego, State of California.

By:   /s/*Betsy C. Manifold*
      BETSY C. MANIFOLD

WARNER/CHAPPELL:21377.CAPTION