GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendants
Warner/Chappell Music, Inc. and
Summy-Birchard, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**[PROPOSED] ORDER GRANTING DENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing<br>Date:          January 26, 2015<br>Time:          9:30 a.m.<br>Judge:        Hon. George H. King, Chief Judge<br>Courtroom:  650 |

[PROPOSED] ORDER GRAINTING DEFS.' MOTION FOR
SUMMARY JUDGMENT
CASE NO. CV 13-04460-GHK (MRWx)

After considering all of the arguments and briefing presented by the parties in connection with the Parties' Cross-Motions for Summary Judgment, the Court hereby GRANTS Defendants' Motion for Summary Judgment, DENIES Plaintiffs' Cross-Motion for Summary Judgment, and dismisses Claim One of Plaintiffs' Fourth Amended Consolidated Complaint (Dkt. No. 95).

**IT IS SO ORDERED**.

DATED: _____   _____
       THE HONORABLE GEORGE H. KING
       CHIEF JUDGE, UNITED STATES DISTRICT COURT

Respectfully submitted by:

MUNGER, TOLLES & OLSON LLP

By:   */s/ Kelly M. Klaus*
      KELLY M. KLAUS

Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.