GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; DECLARATION OF KELLY M. KLAUS IN SUPPORT THEREOF; AND [PROPOSED] ORDER GRANTING STIPULATION** <br><br> Judge:         Hon. George H. King, <br>                     Chief Judge <br> Courtroom:   650 |

WHEREAS, on November 25, 2014, the parties filed cross-motions for summary judgment and noticed the hearing date on those motions for January 26, 2015 (Dkt. No. 179 (notice of motion and cross-motion and motion and cross-motion for summary judgment));

WHEREAS, the parties met and conferred in good faith, pursuant to Local Rule 7-3, and each intends to file a motion to strike evidence relied upon by the opposing parties' motion for summary judgment;

WHEREAS, for the Court's and the parties' convenience, the parties would like to notice their anticipated motions to strike for the same hearing date as the parties' cross-motions for summary judgment;

WHEREAS, the briefing schedule on the parties' anticipated motions to exclude, pursuant to Local Rules 7-9 and 7-10, would conflict with previously scheduled holiday travel plans if these motions were noticed for January 26, 2015, the date currently set for the hearing on the parties' cross-motions for summary judgment;

WHEREAS, the parties have met and conferred in good faith and agreed that a one-week continuance of the hearing date on the parties' cross-motions for summary judgment—from January 26, 2015, to February 2, 2015—would enable the parties to notice their anticipated motions to exclude for the same date as the hearing on the parties' cross-motions for summary judgment and follow a briefing schedule on the parties' anticipated motions to exclude that would accommodate previously scheduled holiday travel plans;

WHEREAS, a one-week continuance of the hearing date on the parties' cross-motions for summary judgment would not change the date that any opposition or reply papers, with respect to the parties' cross-motions for summary judgment, are due to be filed with the Court;

1

2

3

4
    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through the undersigned counsel, as follows:   Upon the Court's approval, the hearing date on the parties' cross-motions for summary judgment shall be continued to February 2, 2015.

5
    **IT IS SO STIPULATED.**

6

7
Respectfully submitted,

8

9
Dated:  December 16, 2014        **MUNGER TOLLES & OLSON LLP**

10

11
By:    /s/ *Kelly M. Klaus*
                   KELLY M. KLAUS

12

13
KELLY M. KLAUS

14
kelly.klaus@mto.com
ADAM I. KAPLAN

15
adam.kaplan@mto.com
560 Mission St., 27th Floor

16
San Francisco, CA  94105

17
Telephone:  415/512-4000

18

19
GLEN POMERANTZ
glenn.pomerantz@mto.com

20
MELINDA E. LeMOINE
melinda.lemoine@mto.com

21
**MUNGER TOLLES & OLSON LLP**

22
355 South Grand Ave., 35th Floor

23
Los Angeles, CA  90071
Telephone:  213/683-9100

24
Facsimile:   213/687-3702

25

26
*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

27

28

Dated:  December 16, 2014

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: /s/ *Betsy C. Manifold*
      BETSY C. MANIFOLD

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY  10016
Telephone:   212/545-4600
Facsimile:    212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737

**HUNT ORTMANN PALFFY NIEVES
    DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@nieves-law.com
KATHLYNN E. SMITH (234541)
smith@huntortmann.com

301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone: 626/440-5200
Facsimile:  626/796-0107

**DONAHUE FITZGERALD LLP**
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone:  510/451-0544
Facsimile:   510/832-1486

**GLANCY BINKOW &
    GOLDBERG LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310/201-9150
Facsimile:   310/201-9160

*Attorneys for Plaintiffs*

- 4 -

## DECLARATION REGARDING CONCURRENCE

I, Kelly M. Klaus, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION TO CONTINUE THE HEARING DATE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT; DECLARATION OF KELLY M. KLAUS IN SUPPORT THEREOF; AND [PROPOSED] ORDER GRANTING STIPULATION**.   In compliance with L.R. 5-4.3.4, I hereby attest that I hereby attest that Betsy C. Manifold has  concurred in this filing's content and has authorized its filing.

Dated: December 16, 2014          By:     /s/ *Kelly M. Klaus*
                                                        KELLY M. KLAUS

## DECLARATION OF KELLY M. KLAUS

1.      I, Kelly M. Klaus, hereby declare as follows:

2.      I am a member of the firm Munger, Tolles & Olson LLP, counsel for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc. (jointly, "Warner/Chappell") in the above-captioned action. I am admitted to practice law in the State of California and before this Court. I submit this declaration in support of the parties' joint stipulation to continue the hearing date for the parties' cross-motions for summary judgment and have personal knowledge of the facts stated herein. If called upon to testify as to them, I could, and would, competently do so.

3.      On November 25, 2014, the parties filed cross-motions for summary judgment and noticed the hearing date on those motions for January 26, 2015 (Dkt. No. 179 (notice of motion and cross-motion and motion and cross-motion for summary judgment)).

4.      After meeting and conferring in good faith, pursuant to Local Rule 7-3, on December 12, 2014, each party intends to file a motion to exclude evidence relied upon by the opposing parties' motion for summary judgment.

5.      For the Court's and the parties' convenience, the parties would like to notice their anticipated motions to exclude for the same hearing date as the parties' cross-motions for summary judgment.

6.      The briefing schedule on the parties' anticipated motions to exclude, pursuant to Local Rules 7-9 and 7-10, would conflict with previously scheduled holiday travel plans if these motions were noticed for January 26, 2015, the date currently set for the hearing on the parties' cross-motions for summary judgment.

///
///
///
///
///

- 6 -

7.      The parties have met and conferred in good faith and agreed that a one-week continuance of the hearing date on the parties' cross-motions for summary judgment—from January 26, 2015, to February 2, 2015—would be enable the parties to notice their anticipated motions to exclude for the same date as the hearing on the parties' cross-motions for summary judgment and follow a briefing schedule on the parties' anticipated motions to exclude that would accommodate previously scheduled holiday travel plans.

8.      A one-week continuance of the hearing date on the parties' cross-motions for summary judgment would not change the date that any opposition or reply papers, with respect to the parties' cross-motions for summary judgment, are due to be filed with the Court.

9.      For the foregoing reasons, the parties have shown good cause for the brief continuance of the hearing date on the parties' cross-motions for summary judgment.  The parties respectfully request the Court enter an order continuing the hearing date on the parties' cross-motions for summary judgment one week.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of December 2014, in New York, NY.

/s/ *Kelly M. Klaus*
KELLY M. KLAUS