Ex. 5

93

WC0000412



## GOOD - MORNING TO ALL.

To be sung standing.

*Brightly.*

Good - morn - ing to you. Good - morn - ing to you. Good - morn - ing dear chil - dren, Good - morn - ing to all.

## GOOD-BYE SONG.

Air from MOZART

All our work is o - ver; Bu - sy hands are thro'.
Tho' we part we meet a - gain. The mor - rows work to do. So

Have they been thro' all the day,— Lov - ing kind and true?
good - bye lit - tle chil - dren And low - ing teachers too.

**ALPHABETICAL INDEX.**

xvi

**T**

The eyelids close, . . . . . . . . 8
The flowerets all sleep soundly, . . . 78
The north wind blow, . . . . . . . 21
The north wind doth blow, . . . . . 24
The seeds and flowers are sleeping sound, . 37
The sleepy flowers now are waking, . . . 38
This is the way that we form our ring, . . 11
This is the way the rain comes down, . . 57
'Tis God our Heavenly Father, . . . . 26
To the sleeping seeds, . . . . . . 30
"Turn," said the little stream, . . . . 67
Throwing, whirling, . . . . . . . 64
Twinkle, twinkle, little star, . . . . . 53

**W**

Way down in the field, . . . . . . 60
What does little birdie say, . . . . . 51
When morning comes, . . . . . . 45
When the golden sun has set, . . . . 52
When the light of day is fading, . . . . 63
When the summer comes each year, . . . 44
Woolly sheep please tell us why, . . . 72

# EXHIBIT 6

**State of Illinois,** } ss.

COOK County.

## To William H. Hinrichsen, Secretary of State:

We, the Undersigned, Clayton F. Summy, Abram M. Pence and George A. Carpenter —————————————————————

propose to form a corporation under an act of the General Assembly of the State of Illinois, entitled "An Act Concerning Corporations," approved April 18, 1872, and all acts amendatory thereof; and that for the purposes of such organization we hereby state as follows, to wit:

1. The name of such corporation is The Clayton F. Summy Company ————

2. The object for which it is formed is general dealing in and publishing of music, manufacturing and dealing in musical instruments and all the incidents thereto. ——————————————————————

3. The Capital Stock shall be Seventy-five Thousand ($75,000) Dollars.

4. The amount of each share is One Hundred ($100.00) Dollars. ——— -

5. The number of shares Seven hundred and fifty (750). ————

6. The location of the principal office is in the City of Chicago, in the County of Cook State of Illinois.

7. The duration of the Corporation shall be twenty-five (25) years. years.

*Clayton F. Summy*

*A. M. Pence*

*George A. Carpenter*

Ex. 6

P003572   95

**State of Illinois,**  } ss.

COOK _____ COUNTY. }

I, _____ Margaret V. Suddard, _____ a Notary Public in and for the _____ County and State aforesaid, do hereby certify that on this ____ 12th _____ day of ____ January, _____ A. D. 1895 , personally appeared before me Clayton P. Summy, Abram M. Pence and George A. Carpenter, _____

to me personally known to be the same persons who executed the foregoing statement, and severally acknowledged that they had executed the same for the purposes therein set forth.

**In Witness Whereof,** I have hereunto set my hand and Notarial ----- seal, the day and year above written.

*Margaret V. Suddard*
Notarial Public.



Statement of Incorporation.



Ex. 6

# STATE OF ILLINOIS,



**Department** of State.

## WILLIAM H. HINRICHSEN, Secretary of State.

*To All to Whom these Presents Shall Come--Greeting:*

*Whereas, It being proposed by the persons hereinafter named to form a corporation, under an Act of the General Assembly of the State of Illinois, entitled "An Act Concerning Corporations," approved April 18th, 1872, in force July 1st, 1872, and the amendments thereto, the objects and purposes of which Corporation are set forth in a statement duly signed and acknowledged according to law, and this day filed in the office of the Secretary of State;*

*Now, therefore, I, WILLIAM H. HINRICHSEN, Secretary of State of the State of Illinois, by virtue of the power vested in and the duties imposed upon me by law, do hereby authorize, empower and license* Clayton F. Summy, A. M. Pence and George A. Carpenter

*the persons whose names are signed to the before mentioned statement, as Commissioners to open books for subscription to the capital stock of* Clayton F. Summy Company

*such being the name of the proposed Corporation as contained in the statement, at such times and places as the said Commissioners may determine.*

*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of State.*

*Done at the city of Springfield this* 14th *day of* ............... *in the year of our Lord one thousand eight hundred and* 9_ *and of the Independence of the United States the one hundred and* 19th

*[L.S.]*

W. H. Hinrichsen

Secretary of State.

(002)

Ex. 6

P003574   97

003

# To William H. Hinrichsen,

### SECRETARY OF STATE OF THE STATE OF ILLINOIS:

THE COMMISSIONERS, duly authorized to open Books of Subscription to the Capital Stock of *The Clayton F. Summy Company* pursuant to license heretofore issued, bearing date the *fourteenth* day of *January* A. D. 189 *5*, do hereby report that they opened books of subscription to the Capital Stock of said Company, and that the said stock was fully subscribed; that the following is a true copy of such subscription, viz.:

We, the undersigned, hereby severally subscribe for the number of shares set opposite our respective names, to the Capital Stock of *The Clayton F. Summy Company*

and we severally agree to pay the said Company, for each share, the sum of *one hundred* Dollars,

| NAMES. | SHARES. | AMOUNT. |
|---|---|---|
| Clayton F. Summy | 374 | $ 37,400. |
| N. W. Foster | 374 | 37,400. |
| Geo. A. Carpenter | 2 | 200. |

Ex. 6

That on the *first (1st)* day of *February* A. D. 189*5*, at the office of *Peris Carpenter* *109 Dearborn St Chicago Illinois* at the hour of *eleven* o'clock A. M., they convened a meeting of the subscribers aforesaid pursuant to notice required by law, which said notice was deposited in the post office, properly addressed to each subscriber, ten days before the time fixed therein, a copy of which said notice is as follows, to-wit:

To *Clayton F. Summy, C. H. W. Foster & Geo. A. Carpenter*

You are hereby notified that the Capital Stock of ~~the~~ *The Clayton F. Summy Company* has been fully subscribed, and that a meeting of the subscribers of such stock will be held at *The office of Peris Carpenter from 28- 109 Dearborn St. Chicago Illinois* on the *first (1st)* day of *February* A. D. 189*5* at *eleven* o'clock *A.* M., for the purpose of electing a Board of Directors for said Company, and for the transaction of such other business as may be deemed necessary.

Signed,

*Clayton F. Summy*
*G. M. Pence*
*Geo. A. Carpenter*
} Commissioners.

That said subscribers met at the time and place in said notice specified, and proceeded to elect Directors and that the following persons were duly elected for the term of *one* year, viz.:

*Clayton F. Summy* (Sec'y and Treas.)
*C. H. W. Foster* (President)
*Geo. A. Carpenter*

*Clayton F. Summy*
*G. M. Pence*
*Geo. A. Carpenter*
} Commissioners.

Ex. 6

# State of Illinois,

COUNTY OF *Cook*

On this *first* day of *February* A. D. 189*5*, personally appeared

Before me, a *Notary Public* in and for said County, in said

State, *Abram M. Pence* and *Geo A. Carpenter*

*each*

and made oath that the foregoing report by them subscribed is true in substance and in fact.

*Margaret V Studdard,*
*Notary Public*

Ex. 6

# STATE OF ILLINOIS,



## Department of State.

WILLIAM H. HINRICHSEN, Secretary of State.

### To All to Whom these Presents Shall Come--Greeting:

WHEREAS, a **STATEMENT**, duly signed and acknowledged, has been filed in the office of the Secretary of State, on the _____ day of _____ A. D. 189_, for the organization of the _____

*Clayton & Summy Company*

under and in accordance with the provisions of "AN ACT CONCERNING CORPORATIONS," approved April 18, 1872, and in force July 1, 1872, and all acts amendatory thereof, a copy of which statement is hereunto attached;

AND, WHEREAS, a **LICENSE** having been issued to *Clayton & Summy* *A. M. Pence* and *George B. Carpenter*

as Commissioners to open books of subscription to the Capital Stock of said Company;

AND, WHEREAS, the said Commissioners have, on the _____ day of *February* A. D. 189_, filed in the office of the Secretary of State a report of their proceedings under the said License, a copy of which report is hereunto attached;

**Now**, Therefore, I, WILLIAM H. HINRICHSEN, Secretary of State of the State of Illinois, by virtue of the powers vested in me by law, do hereby certify that the said _____

*Clayton & Summy Company*

is a legally organized Corporation under the laws of this State.

**In Testimony Whereof,** I hereto set my hand, and cause to be affixed the Great Seal of State.

Done at the city of Springfield this _____ day of _____ in the year of our Lord one thousand eight hundred and _____ and of the Independence of the United States the one hundred and _____

*WH Hinrichsen*

Secretary of State.

(004)

Ex. 6

P003578   101

# Report of Commissioners

OF

*Clayton & Summit Company*

Location _Chicago_

Capital Stock, $ _75,000_

Object _Mfrs,_

Duration _25_ Years.

Statement filed _June 14th, 1892_

Box _697_ No. _32539_

Ex. 6

Case 2:13-cv-04460-CHK-MRW Document 187-1 Filed 12/17/14 Page 11 of 34 Page ID #:4838

**It is Hereby Certified,** That at a special meeting of the stockholders of

Clayton F. Summy Company Ds—

held at the

office of said corporation, in _Chicago_ County of _Cook_

State of Illinois, on the _9th_ day of _April_ A. D. 189_7_

pursuant to notice duly given, it was voted, two-thirds of all the votes represented by

the whole stock of said corporation voting in favor thereof, to increase the capital stock

of said corporation from the sum of _Seventy-Five Thousand_

_($75000)_ —Dollars to the sum of _One Hundred Thousand_

_($100000)_ —Dollars, and the capital stock of said corporation is hereby de-

clared increased according to said vote.

**Witness** The hand of the President of said corpora-

tion and its corporate seal this _Twelfth_

day of _April_ A. D. 1897

_Chas N. W. Foster_ President.

Attest: _Clayton F. S._ Secretary.

**State of** _Massachusetts_
_Suffolk_ County. ss.

_Chas N. W. Foster_ being duly

sworn, on oath says that he is the President of _Clayton F. Summy_

_Company_ the above named corporation, and that the foregoing

certificate of increase of capital stock of said corporation by him subscribed, is true.

_Chas N. W. Foster,_ President.

**Subscribed and Sworn to**

this _twelfth_ day of _April_

A. D. 189_7_, before me.

_Chas Dale Adams_

_Commissioner of the State of Illinois &c._ Notary Public

\* See Hurd's Revised Statutes, Chapter 32, Section 53.

Ex. 6

P003580    103

Clayton F. Summey
Company.

Certificate of Increase
of Capital Stock.

FILED
APR 3
1917

No 32239

Ex. 6

P003581   104

It is Hereby Certified, That at a special meeting of the stockholders of the Clayton F. Summy Co. was

held at the office of said corporation, in the City of Chicago County of Cook State of Illinois, on the 26th day of March A. D. 1898 pursuant to notice duly given, it was voted, two-thirds of all the votes represented by the whole stock of said corporation voting in favor thereof, to increase the capital stock of said corporation from the sum of One hundred thousand (100,000) Dollars to the sum of One hundred and ten thousand (110,000) Dollars, and the capital stock of said corporation is hereby declared increased according to said vote.

Witness The hand of the President of said corporation and its corporate seal this 26th day of March A. D. 1898.

_C. H. W. Foster_ President.

Attest: _Clayton F. Summy_ Secretary.

State of Illinois ⎫
Cook County. ⎬ ss.

C. H. W. Foster being duly sworn, on oath says that he is the President of the Clayton F. Summy Co. the above named corporation, and that the foregoing certificate of increase of capital stock of said corporation, by him subscribed, is true.

_C. H. W. Foster_ President.

Subscribed and Sworn to this 26th day of March A. D. 1898, before me.

_____
Notary Public.

* See Hurd's Revised Statutes, Chapter 22, Section 53.

Ex. 6

Ex. 6

P003583   106

It is hereby certified that at the regular annual meeting of the stockholders of Clayton F. Summy Company, held at the office of said company in Chicago, Cook County, Illinois, on Tuesday, April 1, 1919, pursuant to the by-laws, it was voted, by the unanimous vote of the whole stock of said corporation, to decrease the capital stock of said corporation from the sum of $110,000 to the sum of $60,000, and the capital stock of said corporation is hereby declared decreased according to said vote.

WITNESS the hand of the president of said corporation and its corporate seal this ___ day of April, 1919.

_Clayton F. Summy_
President.

_M. M. Hyland_
Secretary.

State of Illinois )
                 ) ss
County of Cook   )

Clayton F. Summy, being duly sworn, on oath says that he is president of Clayton F. Summy Company, the above named corporation, and that the foregoing certificate of decrease of capital stock of said corporation by him subscribed is true.

_Clayton F. Summy_

Subscribed and sworn to before me this ___ day of April, 1919.

_Florence Ischan_
Notary Public.

Ex. 6



Decrease of
Capital Stock.

CLAYTON F. SUMMY CO.

*Ex. 6*

P003585   **108**

File Number        0697-539-9



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

THE FOREGOING AND HERETO ATTACHED IS A TRUE AND CORRECT COPY, CONSISTING OF 14 PAGES, AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR CLAYTON F SUMMY CO.******



## In Testimony Whereof, *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 7TH *day of* JUNE *A.D.* 2013 .

*Jesse White*

SECRETARY OF STATE

Authentication #: 1315801881
Authenticate at: http://www.cyberdriveillinois.com

Ex. 6

P003586   109

# EXHIBIT 7



# SONG ⁂ STORIES

New Edition, Revised, Illustrated and Enlarged

## For the Kindergarten.

372
H647

Music Composed and Arranged by

## Mildred J. Hill.

Words Written and Adapted by

## Patty S. Hill.

Illustrations by MARGARET BYERS

With an Introduction by

## ANNA E. BRYAN.

BOARDS, $1.00.
CLOTH. 1.50.

### CHICAGO:

## CLAYTON F. SUMMY CO.

220 Wabash Avenue.

Copyright, 1896, by CLAYTON F. SUMMY.

Ex. 7

P002057   111
87

KG1695

HARVARD
UNIVERSITY
LIBRARY
30 Mar 1945

Pratt · Institute Free Library, Brooklyn

372
H647

THIS LITTLE VOLUME

.IS

RESPECTFULLY DEDICATED

TO

THE LOUISVILLE FREE KINDERGARTEN ASSOCIATION.

---

I am much indebted to Mr. Calvin B. Cady for his careful revision of these songs which gives me confidence to place them before the public.

MILDRED J. HILL.

(iii)

114984

Ex. 7

**Ex. 7**

# PREFACE.

"A musical thought is one spoken by a mind that has penetrated into the inmost heart of a thing; detected the inmost mystery of it; namely, the *melody* which lies hidden in it; the inward harmony of coherence which is its soul, whereby it exists and has a right to be, here in this world."
—*Carlyle.*

" By giving thought some outward shape, we try
To lead a child from matter dull and dry,
To matter's deeper meaning by-and-by."—*Froebel.*

"'For in Nature's every word
God's own Father-voice is heard.
A child's sense we must early rouse to trace
The inner meaning in the outward face.
Once let a baby this connection seize,
He'll find his own way to his goal with ease.
He to whom Nature law and God reveals,
Finds that about him God's own peace he feels."—*Froebel.*

A CONSCIENTIOUS, intelligent study of child-nature, its laws and needs, leads to that simplicity of wisdom which is a necessary condition for understanding the child.

Through his simplicity, although it is inexperienced, the child lives in the heart of things; and the circle of his life, though limited, contains all truths reduced to their simplest primal forms.

Feeling the encircling love of the family, he believes the whole world to be akin; every one, he thinks, knows him and he is surprised to find all are not acquainted with his uncle and grandmother.

Nature reflects his relations, and lo! he sees unity everywhere; little things are children of big things—in the sky live families of stars, and all about are the mother flowers and their children buds.

"What unity is to the mind, love is to the heart,"* hence, through affection, the child realizes harmony, goodness, the oneness of life. Beauty and goodness are to him inseparable—those he loves are always beautiful, only the unkind are ugly.

Thus it is the simplicity of inexperience feels the fundamental truth, a conscious realization of which an entire lifetime is not sufficient to give.

The child's perception, his loving human interpretation of things, makes of him a poet. " Do you not know," says Richter, " that there is a time when fancy is more creative than even in youth, namely, in childhood, in which nations create their gods and only speak in poetry? For children there are only living things; life meets them on every side.

*Miss Blow.

(v)

vi                                        PREFACE.

They cannot comprehend death or anything dead, therefore the happy beings, animating everything, surround themselves only with life, and hence it is they say, for instance, 'The lights have covered themselves up and gone to bed.'"  Instinctively to the child,

> " Every clod feels a stir of might,
>     An instinct within it which reaches and towers,
> And groping blindly above it for light,
>     Climbs to a soul in grass and flowers."

So to both child and poet the wind " dances," the flowers " nod, sleep and wake."

> " The smallest child a magnet in him bears
> That shows him how life binds together all;
> But this great truth must also dwell in you,
> And it must be the soul of all you do."

Froebel thus presents the only possible attitude that enables one to lead from instinct to conscious knowledge of unity.  The child perceives things as a whole; therefore, in all helpful association with him one must needs adopt his view, and like the artist (who voluntarily shuts off half the scene, banishes minor points, in order to receive the large impression, the main characteristics), must subordinate details—must see with the single eye of a little child that the whole body may be full of light.

This singleness of mind and heart is the childlikeness which is the open sesame to all beauty and truth.

When the mind in any degree grasps the great central truth—that God is harmony, the holding power, unity, love—we have scientific and intellectual results; when it is received into the heart the outcome is music, poetry, tender, sympathetic feeling and action, brotherly love.  In childhood the heart feels the truth; in maturity, when together the heart feels and the intellect sees it, we have wisdom, true simplicity.  It is with this true simplicity—the artist's and the poet's view of nature—that one must meet the child and lead him easily and gradually through processes and appearances to unity back of variety, to insight through sight.

Such is the aim of Friedrich Froebel—to recognize and sympathetically foster the child's faith in an all pervading harmony; to lead through feeling to mental perception; to the tracing of relations by the seeing eye, the hearing ear, by both sense and sensibility.

The feeling of unity, harmony, goodness, is so vital, the heart in response to its rhythm, peace and gladness involuntarily bursts into song.  According to Carlyle, " All deep things are song.  It seems, somehow, the very central essence of us—Song; as if all the rest were but wrappages and hulls!  The primal element of us; of us and of all things.  See deep enough and you see musically; the heart of Nature *being* everywhere music, if you can only reach it."  Song then ought to be a perfect instrument in the hands of the educator for ministering to the inner life of childhood.  But in order to do its most effective work each song should be an embodiment of harmony, all its elements combining to serve the same purpose.  The impression of the words should be strengthened and confirmed by the music, each conveying the same thought, so that were there no words the music alone would suggest the idea.

The song which has for its end either aimless jingle or the giving of direct information is not a perfect instrument; but the one which is an artistic story, where facts are subordi-

Ex. 7

P002062     116

nated to relationships and inner meanings suggested to the feelings, not told to the intellect —the truth indirectly given, like a golden thread woven through a fabric.

The manner of presenting a song determines how vital a meaning it shall have to the child. It may be only a memory drill, in which case the mind and heart will be little touched; or it may be the giving of definite, verbal expression to thought and feeling roused by some previous intelligent experiences. As example: the Carpenter Song tells of life and action. Children led, by means of pictures and talks, to a sympathetic appreciation of the work and life of the carpenter will give spontaneous expression in action to their vivid conceptions. After the gradual developing of the play for several days, the words of the song may then be given as a story of what has been acted; or during the pantomime the action may be described in verse, leaving to another day the introduction of the music; finally giving the words and music together.

All the children are encouraged to help in the singing of the story, which they can now quickly and easily do, since the action and the meaning is their own.

The same spirit should characterize the manner of presenting those songs which admit of little or no dramatic action. The sentiment must first be made real. A hymn has the fullest beauty and power only when it follows awakened reverence. Under such conditions children pour out their souls in song, which is as different from merely singing a song as prayer is from *saying* a prayer.

In consecutive work with little children, songs selected with reference to a leading thought and to its gradually developed details, are more educative than it is possible for them to be when made an end in themselves. For instance, the idea of service rendered by the rain, treated, perhaps, under the two heads—the earth's need calling down the raindrops—their ready departure when the work is ended.

The varied service of the raindrops being considered through conversation, pantomime, manual work and drawings illustrating rain stories, various songs are selected with reference to the demand for them. One would be Rain Clouds (in this collection).

When the thought of the raindrops leaving is being considered, instead of having any verbal explanation of this scientific fact, the children are led to the verge of the mystery by some little experience, as wetting, or "filling with raindrops," a napkin; then wringing out as many as possible; finally leaving the napkin in the window awhile to see if any more will "go away." Later still, when the napkin is found to be dry, the teacher remarks, "I wonder where they have gone?" On one such occasion a child replied, "I bet the sunbeams just tooked them right up there." The song, Earth and Clouds (Songs, Games and Rhymes), is then presented to give the mysterious relation poetically to the feelings.

> The thirsty earth, one summer day,
> Looked to the clouds so far away
> And said, "The rain and drops of dew
> Have left me now and gone with you."

It must be evident that in the selection of songs for different phases in the development of a truth, there frequently will be the need of one to convey a certain impression, a shade different in meaning from any that can be found in the song books at hand; this will lead to the necessity of creating a song, since for conscious, definite work, not every song on the general subject will answer. Thus, Snow Clouds and Merry Snow-Flakes both tell of winter and the action of snow-flakes, yet they express two distinct impressions.

Every song in this collection was directly inspired by a need for some special expression, and the result in each case was original work or the adaptation of the verses of others.

viii                                    PREFACE.

At the time there was no thought of publication, but since it has seemed wise to publish the collection, the nine modified songs have been placed along with the original ones in the hope they may prove serviceable, inasmuch as they express a different phase of thought and are set to new and fitting music.  That songs should sometimes be altered seems inevitable, so long as a slight change will frequently render available one, which otherwise is useless; just as a story, by a certain inflexion of voice or the change of a few words, may be made to serve a new purpose.  In dealing with the subject, unity—showing that union gives strength, many can accomplish great things; the word "many" when introduced will color a whole song.  In the Rainbow Song (Songs and Games for Little Ones) the lines,

> Seven little fairies came
>   When the storm was ended,
> Seven little fairies came
>   Dressed up very splendid,
> Hand in hand they tripped along
>   Keeping time together,
> Driving gloomy clouds away
>   Bringing much clear weather.

With a very slight change becomes:

> Many little sunbeams came
>   When the storm was ended,
> Many little sunbeams came
>   Dressed up very splendid,
> Hand in hand they tripped along
>   Shining all together,
> Driving gloomy clouds away
>   Bringing back clear weather.

The latter form gives the idea of sunshine as the result of many sunbeams, and accents the point of unity as the song originally did not aim to do.

Again in the spring thought—Message and Messengers—the sunbeams, raindrops and south wind are the messengers to every thing in nature, the trees, flowers and moths to change their dress and come into another world of light and life.  For this final thought, when once it had been reached, there was found no song which fitly expressed it and the following one was adapted:

> Snow drop lift your timid head,
>   All the earth is waking,
> Field and forest brown and dead
>   Into life are breaking.
> Snow drop rise and tell the story
> How He rose—the Lord of Glory.

> Snow drop lift your timid head,
>   The messengers are singing,
> Sleepers in the great brown bed
>   Into life are springing;
> Lift your head and tell the story
> How we too shall rise in glory.

Ex. 7

These adaptations are in no sense meant to show disrespect toward the productions of others, nor as a plea for the ruthless cutting or mutilating of songs, but for the encouragement of an intelligent selection and use of songs.   A spontaneous creation is always to be desired, but every one is not gifted in this form of expression.

The additional fact, that alterations are made wherever thoughtful work is done, shows the need of a much larger collection of good, simple songs, that all may have a wider range to choose from—a range of varied views of one subject which will tend to foster discrimination and creativeness.

One or two of the modifications given in this book, consist in the simplifying of words, even to the extent of sacrificing something of artistic finish, in order to arouse a clear, poetic conception in the child's mind—as, the words of Alice's Supper changed to those of the Bread Story.  This is not to say that finish should always be sacrificed, nor that every word in a child's song should come strictly from his limited vocabulary.  But let it be remembered these songs are written for children from three to six years of age, and the words must be very simple; while those which are beyond the child's comprehension must be so skillfully placed as that their meaning shall be evident from the context.

The word "glory" in the spring song given elsewhere simply stands for an unknown happy state, and because of its indefiniteness all the better conveys the mystery of the other life.  Many of the original songs have been written to be used with those from other books for the elaboration of a subject, such as—Sunshine Message to be used in conjunction with the Rain Song (Songs for Little Children); Song of the Mill Stream, with Give, Said the Little Stream (Merry Songs and Games); Washing and Ironing, with Earth and Clouds (Songs, Games and Rhymes).

All that has been said concerning the choice and modification of words applies equally to the music.  That which is adapted has been taken from folk-songs of all nations, some having stood the test of a century of use.  The selections have been made not only with reference to their adaptability to the idea, but also for the reason that the intervals are easy and the music childlike.  In no instance has the choice been the result of the music happening to "fit" the words.  On the contrary, frequently when music was found which embodied the sentiment of a desired song, the words were written for or changed to suit the music—and sometimes a change made in both.  Liberties have been taken with the music only when thereby a better expression could be secured.

Altogether these songs are the result of an earnest endeavor to produce harmonious conditions for growth in the child garden.  In Froebel's own way to confirm the sense of the ideal in the hearts of children, by revealing its presence through every day living, so preparing the way finally for the deepest knowledge of the unity of life.

ANNA E. BRYAN.

*Louisville, Ky., June, 1893.*

Ex. 7

**Ex. 7**

# SUBJECT INDEX.

## OPENING AND CLOSING SONGS.

| | |
|---|---|
| Farewell, | 10 |
| Good-bye Song, | 3 |
| Good Morning Song, | 5 |
| Good Morning to All, | 3 |
| Good Morning to the Playroom, | 6 |
| Lullaby and Good Morning, | 8 |
| Morning Greeting, | 4 |
| Rainy Day Good Morning, | 7 |

## RING SONGS.

| | |
|---|---|
| Ring Song (number 1), | 11 |
| Ring Song (number 2), | 12 |
| Ring Song (number 3), | 13 |
| Skipping Song, | 15 |

## PRAYERS.

| | |
|---|---|
| God's Blessing on Work, | 18 |
| God's Care of All Things, | 16 |
| Thanks for Constant Care, | 19 |
| Thanks for Daily Blessings, | 17 |

## SONGS OF THE SEASONS.

| | |
|---|---|
| Song of Summer and Winter, | 20 |

## FALL SONGS.

| | |
|---|---|
| Flowers' Lullaby, | 23 |
| Migration Song, | 24 |
| Nature's Good-Night, | 22 |
| The Fall Leaves, | 25 |
| The North Wind, | 21 |

## THANKSGIVING SONGS.

| | |
|---|---|
| Blessings on Effort, | 26 |
| Thanksgiving Song, | 27 |

(xi)

Ex. 7

xii

SUBJECT INDEX.

## WINTER SONGS.

| | |
|---|---|
| Earth's Winter Dress, | 31 |
| Jack Frost, | 30 |
| Merry Little Snow-flakes, | 28 |
| Snow Clouds, | 29 |

## CHRISTMAS SONGS.

| | |
|---|---|
| Christmas Lullaby, | 35 |
| Christmas Night, | 33 |
| Christmas Star, | 34 |
| Presentation Song, | 36 |
| The Story of the Christ, | 32 |

## EASTER SONGS.

| | |
|---|---|
| Dandelion, | 41 |
| Nature's Easter Story, | 37 |
| The Caterpillar and Moth, | 40 |
| The Sunshine's Message, | 39 |
| The Waking Flowers, | 38 |

## SUMMER SONGS.

| | |
|---|---|
| Summer Song, | 44 |
| The Bees' Market, | 42 |

## SONGS OF NIGHT AND DAY.

| | |
|---|---|
| Awakening Song, | 48 |
| Baby's Waking Song, | 51 |
| Cradle Song, | 50 |
| Lullaby, | 55 |
| Moon Song, | 54 |
| Story of the Day, | 45 |
| The Story of the Night, | 52 |
| Twilight and Dawn, | 46 |
| Twinkle, Twinkle, | 53 |

## WEATHER SONGS.

| | |
|---|---|
| Rain Clouds, | 56 |
| Rain Song, | 57 |
| Rainy Day Good Morning, | 7 |
| The Rain on the Roof, | 58 |
| Weather Song, | 57 |

Ex. 7

P002068   122
98

## INDUSTRIAL SONGS.

| | |
|---|---:|
| Busy Carpenters, | 66 |
| Song of the Sewing Machine, | 64 |
| The Blacksmith's Song, | 65 |
| The Lamplighter, | 63 |
| The Story of the Bread, | 60 |
| The Story of the Butter, | 61 |
| The Story of the Clothes, | 62 |
| Washing and Ironing, | 59 |

## MISCELLANEOUS SONGS.

| | |
|---|---:|
| Bye, Baby, Bye, | 78 |
| Church Bells, | 70 |
| Each Mother Loves Best, | 75 |
| Father's and Mother's Care, | 74 |
| Flying Song, | 77 |
| God's Love, | 72 |
| God's Work, | 71 |
| Lullaby, | 79 |
| The Children and the Sheep, | 73 |
| The Song of the Mill Stream, | 67 |
| Wind Song, | 68 |

## NEW SONGS.

| | |
|---|---:|
| Skipping Song, | 81 |
| The Story of the Apple, | 82 |
| Winter Forethought, | 84 |
| The Certainty of Law, | 86 |
| Butterfly and Moth, | 87 |
| The Signals of Time, | 88 |
| Light and Shadow, | 89 |
| The Stages of Life, | 90 |

Ex. 7

# ALPHABETICAL INDEX

### OF FIRST LINES.

**A**

| | |
|---|---|
| After resting all night, | 4 |
| All our work is over, | 3 |
| All the busy work is done, | 10 |
| All the children's clothes are worn, | 62 |
| All things bright and beautiful, | 71 |
| As I walked over the hills one day, | 75 |

**B**

| | |
|---|---|
| Beautiful rain clouds, | 56 |
| Beautiful snow clouds, | 29 |
| Blowing, blowing, everywhere, | 68 |
| Busy were our fingers, | 36 |
| Bye, baby! night is come, | 78 |
| Butterfly and Moth, | 87 |

**C**

| | |
|---|---|
| Children! children! winter is here, | 30 |
| Clouds of gray are in the sky, | 22 |
| Come! Come! People come, | 70 |
| Come, little leaves, | 25 |
| Crawling, spinning, | 40 |

**D**

| | |
|---|---|
| Do you hear the song of rain? | 58 |
| Down in the fields where the wild flowers, | 41 |

**E**

| | |
|---|---|
| Every night, every night, | 34 |

**F**

| | |
|---|---|
| Father of all in Heaven above, | 17 |
| Father, Thou, who carest, | 16 |
| Father, we thank Thee for the light, | 19 |
| Fly little birdies, | 77 |

(xiv)

Ex. 7

P002070   124
100

ALPHABETICAL INDEX.                                                      XV

**G**

God our Father made the night, . . . . . . . . , . 72
God sends his bright, warm summer sun, . . . . . . . 20
Good morning, brave children, . . . . . . . . . 7
Good morning, lovely play room, . . . . . . . . 6
Good morning to you, . . . . . . . . . . . 3

**H**

Happy Monday morning, . . . . . . . . . . 5
Heavenly Father, Thee we love, . . . . . . . . 18
How are the little children awakened, . . . . . . 48

**I**

I wish, dear little playmate, . . . . . . . . . 15
If you'll listen, little children, . . . . . . . . 32

**L**

Little children come, . . . . . . . . . . 13
Little children, little children, . . . . . . . . 55
Lovely moon, lovely moon, . . . . . . . . . 54
Loving mother, kind and true, . . . . . . . . 74
Light and Shadow, . . . . . . . . . . . 89

**M**

Many fields of grass and clover, . . . . . . . . 61
Merrily, merrily, the anvil rings, . . . . . . . 65
Merry little snow flakes, . . . . . . . . . 28

**O**

O come, dear little children, . . . . . . . . 27
Once within a lowly stable, . . . . . . . . 33
One winter night, . . . . . . . . . . 35
Out in the fragrant clover fields, . . . . . . . 42

**P**

Pit! pat! pit! pat! . . . . . . . . . . 57

**R**

Rub, scrub, rub-a-dub-dub, . . . . . . . . 59

**S**

Saw, saw, saw, . . . . . . . . . . . 66
Say, can you tell what the sweet birds, . . . . . . 46
See the children on our ring, . . . . . . . . 12
Sleep, my darling little one, . . . . . . . . 50
Softly now the snow flakes fall, . . . . . . . 31
Summer flowers are sleepy, . . . . . . . . 23
Skipping Song, . . . . . . . . . . . 81

Ex. 7

xvi                                         ALPHABETICAL INDEX.

## T

The Stages of Life, . . . . . . . . . . . . 90
The eyelids close, . . . . . . . . . . . 8
The flowerets all sleep soundly, . . . . . . . . 79
The north wind blew, . . . . . . . . . . . 21
The north wind doth blow, . . . . . . . . . . 24
The seeds and flowers are sleeping sound, . . . . . 37
The sleepy flowers now are waking, . . . . . . . 38
This is the way that we form our ring, . . . . . . 11
This is the way the rain comes down, . . . . . . 57
'Tis God our Heavenly Father, . . . . . . . . 26
To the sleeping seeds, . . . . . . . . . . 39
" Turn." said the little stream, . . . . . . . . 67
Turning, whirling, . . . . . . . . . . . 64
Twinkle, twinkle, little star, . . . . . . . . . 53
The Story of the Apple, . . . . . . . . . . 82
The Certainty of Law, . . . . . . . . . . 86
The Signals of Time, . . . . . . . . . . 88

## W

Way down in the field, . . . . . . . . . . 60
What does little birdie say, . . . . . . . . . 51
When morning comes, . . . . . . . . . . 45
When the golden sun has set, . . . . . . . . 52
When the light of day is fading, . . . . . . . . 63
When the summer comes each year, . . . . . . . 44
Woolly sheep please tell us why, . . . . . . . 73
Winter Forethought, . . . . . . . . . . 84

Ex. 7