BETSY C. MANIFOLD (182450)
manifold@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA -
## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>   Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**AMENDED JOINT EVIDENTIARY APPENDIX IN SUPPORT OF NOTICE OF CROSS-MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT FILED PURSUANT TO COURT'S DEC. 5, 2014 ORDER [Dkt. 185] (VOLUME 5, EXS. 82-99, PAGES 948-1141)**<br><br>Date:     January 26, 2015<br>Time:    9:30 a.m.<br>Room:   650<br>Judge:   Hon. George H. King,<br>             Chief Judge |

TABLE OF CONTENTS

TABLE OF CONTENTS

## PLAINTIFFS' EXHIBITS

### VOLUME 1

| | | PAGES | |
|---|---|---|---|
| Exhibit 1 | Plaintiffs' Fourth Amended Consolidated Complaint ("FAC") filed on April 29, 2014 (Dkt. 95) | 1 | 44 |
| Exhibit 2 | Defendants' Answer to Plaintiffs' FAC filed on May 6, 2014 (Dkt. 99) | 45 | 76 |
| Exhibit 3 | Declaration of Mark C. Rifkin in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment | 77 | 80 |
| Exhibit 4 | Declaration of Beth A. Landes in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment | 81 | 85 |
| Exhibit 5 | Excerpts from *Song Stories for the Kindergarten* published in 1893 by Clayton F. Summy Co. (WC0000406-412) | 86 | 93 |
| Exhibit 6 | Articles of Incorporation for the Clayton F. Summy Company filed with the State of Illinois on or about January 14, 1895 (P003572-3586) | 94 | 109 |
| Exhibit 7 | Digital copy of *Song Stories for the Kindergarten*, published in 1896 by Clayton F. Summy Co. (P002057-2156) | 110 | 210 |
| Exhibit 8 | Article entitled "First Grade Opening Exercises" printed in the January 1901 edition of *Inland Educator and Indiana School Journal* (P003608-3609) | 211 | 213 |
| Exhibit 9 | Excerpt from the book *Tell Me a True Story,* published by Fleming H. Revell Co., arranged by Mary Stewart, in 1909 (P003729-3732) | 214 | 218 |
| Exhibit 10 | Excerpt from 1909 Catalog of Copyright Entries for Books, Entry for Reg. No. A239690 (*Tell Me a True Story*) (P006323) | 219 | 220 |

### VOLUME 2

| | | | |
|---|---|---|---|
| Exhibit 11 | Digital copy of *The Elementary Worker and His Work* published by the Board of Sunday Schools of the Methodist Episcopal Church, written by Alice Jacobs and Ermina Chester Lincoln, (P002299-2563) | 221 | 486 |

### VOLUME 3

| | | | |
|---|---|---|---|
| Exhibit 12 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *The Elementary Worker and His Work* (P006331-6333) | 487 | 490 |

## VOLUME 3 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 13 | Excerpt of sheet music from the *Beginners' Book of Songs with Instructions* published by the Cable Company Chicago in 1912 (P003423-3424) | 491 | 493 |
| Exhibit 14 | Excerpt of the sheet music published in *The Golden Book of Favorite Songs, A Treasury of the Best Songs of our People* (P003425-3427) | 494 | 497 |
| Exhibit 15 | CD containing a of video compiled performances of the song *Happy Birthday* from the animated short *Bosko's Party* (Ex. 25) and from the motion pictures *Girls About Town* (Ex. 35), *Strange Interlude* (Ex. 26), *Baby Take A Bow* (Ex. 30), *Way Down East* (Ex. 41), and *The Old Homestead* (Ex. 39) **[*manually lodged & filed pursuant to L.R. 11-5.1*]** | 498 | |
| Exhibit 16 | Photograph of the "Application for the RENEWAL of a Copyright Subsisting in Any Work" submitted by Jessica Hill, as next of kin for Mildred J. Hill, *Song Stories for the Kindergarten* (Reg. No. 45997) on September 3, 1921 (Renewal Reg. No. 19043) (P003297-3298) | 499 | 501 |
| Exhibit 17 | Certificate of Incorporation for Educational Music Bureau ("EMB") filed with the Illinois Secretary of State on or about August 11, 1923, (WC0002034-2038) | 502 | 507 |
| Exhibit 18 | Excerpt of sheet music published in *Harvest Hymns* in 1924 (P003590-3593) | 508 | 512 |
| Exhibit 19 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *Harvest Hymns* (Reg. No. A777856) (P006325-6327) | 513 | 516 |
| Exhibit 20 | Articles of Incorporation of Clayton F. Summy Co. filed with the Illinois Secretary of State on or about April 15, 1925 (P003537-3542) | 517 | 523 |
| Exhibit 21 | Excerpt of sheet music from *Children's Praise and Worship* published in 1928 (P003431-3434) | 524 | 528 |
| Exhibit 22 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for *Children's Praise and Worship* (A1068883) (P006328-6330) | 529 | 532 |
| Exhibit 23 | Declaration of Randall S. Newman in Support of Plaintiffs' Motion for Summary Judgment | 533 | 544 |

## VOLUME 3 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 24 | Excerpt from the Catalog of Copyright Entries (*Cumulative Series*) for Motion Pictures from 1912 to 1939 (P006351, P006353, P006357-6359) | 545 | 550 |
| Exhibit 25 | CD containing the animated short entitled *Bosko's Party* [*manually lodged & filed pursuant to L.R. 11-5.1*] | 551 | |
| Exhibit 26 | DVD containing the motion picture *Strange Interlude* [*manually lodged & filed pursuant to L.R. 11-5.1*] | 552 | |
| Exhibit 27 | Warner/Chappell Music, Inc.'s "New Song Information Sheet," printed from its electronic database (WC0001983-1984) | 553 | 555 |
| Exhibit 28 | C.F.S. Musical Co. was dissolved by a decree entered by the Superior Court of Cook County, Illinois on or about May 17, 1933 (P003547-3548) | 556 | 557 |
| Exhibit 29 | Copy of Sam H. Harris Theatrical Enterprises, Inc.'s Interrogatory Responses dated March 25, 1935, filed in the captioned action *Jessica M. Hill v. Sam H. Harris*, *et al.* Eq. No. 78-350 (P003116-3131) | 558 | 574 |
| Exhibit 30 | DVD containing the motion picture *Baby Take A Bow* [*manually lodged & filed pursuant to L.R. 11-5.1*] | 575 | |
| Exhibit 31 | Photograph of Application for Copyright for Republished Musical Composition (Reg. No. E51988) dated December 6, 1935 (P003290-3291) | 576 | 578 |
| Exhibit 32 | "Complaint" filed August 14, 1934, in the United States District Court, Southern District of New York, captioned *Jessica M. Hill v. Sam H. Harris*, Eq. No. 78-350 (P002800-2807) | 579 | 587 |
| Exhibit 33 | Excerpt from 1934 Catalog of Copyright Entries for Musical Compositions, Vols. 1 to 12 (P113096) | 588 | 598 |
| Exhibit 34 | *New York Times* article entitled "Shy Women Teachers Who Wrote Child's Ditty Figure in Plagarism Suit Over Broadway Hit" appearing in August 15, 1934, edition (P003598) | 590 | 591 |
| Exhibit 35 | Parts 1, 5, and 6 of Motion Picture "Girls About Town" as retrieved from YouTube available at http://www.youtube.com/watch?v=zbeni6pmJHk&feature&share&list=PL8DEBB572FF5195FB&index=4 [*manually lodged & filed pursuant to L.R. 11-5.1*] | 592 | |

VOLUME 3 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 36 | "Amended Complaint" filed January 28, 1935, in the United States District Court, Southern District of New York, captioned *Jessica M. Hill v. Sam H. Harris, et al.*, Eq. No. 78-350 (P002825-2832) | 593 | 601 |
| Exhibit 37 | *New York Herald* article entitled "Sam H. Harris is Sued Over Melody of Song" appearing in the August 15, 1934, edition (P006322) | 602 | 603 |
| Exhibit 38 | Excerpts from 1935 Catalog of Copyright Entries for Musical Compositions, Vols. 1 to 12 (P114300, P114523, P114524, P114589, P114980, P114903, P114966, P115008) | 604 | 612 |
| Exhibit 39 | DVD containing the motion picture *The Old Homestead* [*manually lodged & filed pursuant to L.R. 11-5.1*] | 613 | |
| Exhibit 40 | Photograph of Application for Copyright for Republished Musical Composition with New Copyright Material submitted December 6, 1935 and Registered as E51990 (P003295-3296) | 614 | 616 |
| Exhibit 41 | CD containing the motion picture *Way Down East* [*manually lodged & filed pursuant to L.R. 11-5.1*] | 617 | |
| Exhibit 42 | Assignment of Copyrights, Patty S. Hill & Jessica M. Hill, Assignors, and The Hill Foundation, Inc., Assignors dated June 2, 1942, recorded with the U.S. Copyright Registrar's Office on June 8, 1942 (WC00001453-1455) | 618 | 621 |
| Exhibit 43 | Copy of the sheet music deposited and registered as Reg. No. E51988 (WC0000413-414) | 622 | 624 |
| Exhibit 44 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for Reg. No. E51988 (P006334-6335) | 625 | 627 |
| Exhibit 45 | Letter from Adam Kaplan, Munger Tolles, to Betsy C. Manifold, Wolf Haldenstein dated November 6, 2014 | 628 | 631 |
| Exhibit 46 | Letter from the Copyright Office dated January 23, 1961 (WC000405) | 632 | 633 |
| Exhibit 47 | Excerpts of Deposition Transcript of Defendant Warner/Chappell Music, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6) deponent Thomas Marcotullio, taken June 3, 2014 | 634 | 651 |
| Exhibit 48 | Certified Copy of Additional Certificate of Registration to Claim of Copyright for Reg. No. E51990 (P006336-6337) | 652 | 654 |

## VOLUME 3 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 49 | "Assignment of Copyrights," Patty S. Hill & Jessica M. Hill, Assignors, and Summy Co. III, Assignee, dated September 2, 1939, recorded with the U.S. Copyright Registrar's Office on September 21, 1939 (WC0001446-1449) | 655 | 659 |
| Exhibit 50 | "Amended Complaint" filed December 16, 1943, in the United States District Court for the Southern District of New York, captioned *The Hill Foundation, Inc. v. Clayton F. Summy Co.*, Civil No. 19-377 (P002647-2661) | 660 | 675 |
| Exhibit 51 | "Answer to Amended Complaint" filed December 29, 1942 in the United States District Court for the Southern District of New York, captioned *The Hill Foundation, Inc. v. Clayton F. Summy Co.*, Civil No. 19-377 (P002935-2947) | 676 | 689 |
| Exhibit 52 | "Complaint" filed March 2, 1943 in the United States District Court, Southern District of New York, *The Hill Foundation, Inc. v. Postal Telegraph-Cable Co.*, Civil No. 20-439 (P002590-2595) | 690 | 696 |
| Exhibit 53 | "Assignment," Patty S Hill and Jessica M. Hill, as Assignees, The Hill Foundation, Inc., as Assignors, dated October 16, 1944, recorded November 10, 1944 in the U.S. Copyright Registrar's Office (WC00000106-107) | 697 | 699 |
| Exhibit 54 | "Assignment," The Hill Foundation, Inc., as Assignee, Clayton F. Summy Co., a Delaware corporation, Assignor, dated October 16, 1944, recorded November 10, 1944, in the U.S. Copyright Registrar's Office (WC0000957-962) | 700 | 706 |

## VOLUME 4

| | | | |
|---|---|---|---|
| Exhibit 55 | National Archives and Records Administration Certified Copy of "Complaint" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. McLoughlin Brothers, Inc.*, Civil No. 30-284 (P006051-6058) | 707 | 718 |
| Exhibit 56 | National Archives and Records Administration Certified Copy of "Complaint" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Louis Marx & Company, Inc.*, Civil No. 30-285 (P006042-6050) | 719 | 730 |

VOLUME 4 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 57 | National Archives and Records Administration Certified Copy of "Complaint" filed January 11, 1946, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Paul Feigay and Oliver Smith*, Civil No. 34-481 (P006034-6041) | 731 | 740 |
| Exhibit 58 | Article appearing in the *New York Herald* entitled "Happy Birthday Trouble" on December 16, 1947 (P004319) | 741 | 742 |
| Exhibit 59 | Articles of Amendment to EMB filed with the Illinois Secretary of State on or about June 2, 1948 (WC0002039-2043) | 743 | 748 |
| Exhibit 60 | Article appearing in the *The American Family* entitled "The Birthday Song" in January 1950 (P004319) | 749 | 755 |
| Exhibit 61 | Certified Copy of Additional Certificate to Claim of Copyright for renewal of *Harvest Hymns* (Renewal Reg. No. R90447) (P006344-6345) | 756 | 758 |
| Exhibit 62 | Certificate of Amendment and Certificate of Incorporation changing name of Clayton F. Summy Co., a Delaware corp., to Summy Publishing Company, filed January 23, 1956, with the Delaware Secretary of State (WC0002000-2002) | 759 | 762 |
| Exhibit 63 | Excerpt from Twice 55 Community Songs, The Brown Book, Revised Ed., published 1957 by C.C. Birchard Co., of *Happy Birthday* sheet music (P005997-5998) | 763 | 765 |
| Exhibit 64 | Excerpts of Deposition Transcript of Plaintiffs' Expert Witness, Joel Sachs, Ph.D., taken on September 9, 2014 | 766 | 798 |
| Exhibit 65 | Certificate of Amendment and Certificate of Incorporation changing name of Summy Publishing Company, a Delaware corp., to Summy-Birchard Publishing Company, filed September 27, 1957 with the Delaware Secretary of State (WC0002003-2005) | 799 | 802 |
| Exhibit 66 | Certificate of Amendment and Certificate of Incorporation changing name of Summy-Birchard Publishing Company, a Delaware corp., to Summy-Birchard Company, filed December 22, 1961, with the Delaware Secretary of State (WC0002006-2008) | 803 | 806 |
| Exhibit 67 | Certified Copy of Additional Certificate of Registration of a Claim to Copyright for Renewal Reg. No. R306185 (Original Reg. No. E51988) (P006338-6340) | 807 | 810 |

## VOLUME 4 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 68 | Certified Copy of Additional Certificate of Registration of a Claim to Copyright for Renewal Reg. No. R306186 (Original Reg. No. E51990) (P006341-6343) | 811 | 814 |
| Exhibit 69 | *New York Times* obituary article for John Sengstack, appearing on October 13, 1970 (P006354) | 815 | 816 |
| Exhibit 70 | Articles of Amendment to Articles of Incorporation for Educational Music Bureau dated July 31, 1973 (WC0002044-2048) | 817 | 822 |
| Exhibit 71 | Articles of Merger of Domestic and Foreign Corporation for EMB and Summy-Birchard Company filed with the Illinois Secretary of State on or about December 28, 1973 (WC0002064-2068) | 823 | 828 |
| Exhibit 72 | Plan and Agreement of Merger entered into on or about December 21, 1973 between Summy-Birchard Company (Delaware) and EMB (WC002069-2075) | 829 | 836 |
| Exhibit 73 | National Archives and Records Administration Certified Copy of "Answer" filed March 28, 1945, in the United States District Court, Southern District of New York, captioned *Clayton F. Summy Co. v. Louis Marx & Company, Inc.*, Civil No. 30-285 (P006360-6367) | 837 | 846 |
| Exhibit 74 | Articles of Merger filed with the Wyoming Secretary of State on or about January 8, 2010 (WC0002076-2080) | 847 | 852 |
| Exhibit 75 | Articles of Merger filed with the Wyoming Secretary of State on or about March 19, 1976 (WC0002019, 2018, 2032, 2031) | 853 | 857 |
| Exhibit 76 | Agreement and Plan of Merger between Summy-Birchard Company, an Illinois corporation, and New Summy-Birchard Company, a Wyoming corporation (WC0002029, 2028, 2027, 2026, 2025, 2024, 2030) | 858 | 865 |
| Exhibit 77 | Articles of Amendment filed with the Wyoming Secretary of State on or about November 9, 1978 (WC0002015-2017) | 866 | 869 |
| Exhibit 78 | Articles of Amendment dated May 1, 1979 that were filed with the Wyoming Secretary of State, (WC0002013-2014) | 870 | 872 |
| Exhibit 79 | Articles of Amendment filed with the Wyoming Secretary of State on or about August 3, 1979 (WC0002011-2012) | 873 | 875 |

| | VOLUME 4 (Continued) | | |
|---|---|---|---|
| Exhibit 80 | Articles of Amendment filed with the Wyoming Secretary of State on or about October 12, 1979 (WC0002009-2010) | 876 | 878 |
| Exhibit 81 | Stock Purchase Agreement between Warner/Chappell Music, Inc. and David K. Sengstack dated December 1, 1988 (WC000760-827) | 879 | 947 |
| | VOLUME 5 | | |
| Exhibit 82 | Articles of Amendment of Birch Tree Group Limited filed with the Wyoming Secretary of State on or about December 27, 1988 (WC0001995-1997) | 948 | 951 |
| Exhibit 83 | Stock Certificate for Birch Tree Group Limited dated February 12, 1986 (WC0000574) | 952 | 953 |
| Exhibit 84 | Stock Power Assignment from Sengstack to Warner/Chappell Music, Inc., dated January 3, 1989 (WC0000573) | 954 | 955 |
| Exhibit 85 | Articles of Merger of Summy-Birchard, Inc., a Wyoming corp., and Summy-Birchard, Inc., a Wyoming corp. (WC0002076-2080) | 956 | 961 |
| Exhibit 86 | Affidavit of Joel Sachs in Support of Cross-Motions for Summary Judgment & Exhibits of Sheet Music for *Happy Birthday* | 962 | 967 |
| | Exhibit A – *Happy Birthday to You!* (WC0000977-978) | 968 | 970 |
| | Exhibit B – *Happy Birthday to You!* (Deposit Copy for E51988-WC0000413-414) | 971 | 973 |
| | Exhibit C – *Happy Birthday* (WC0000119-121) | 974 | 977 |
| | Exhibit D – *Happy Birthday* (WC0000984-989) | 978 | 984 |
| | Exhibit E – *Happy Birthday* (WC0000990-995) | 985 | 991 |
| | Exhibit F – *Happy Birthday* (WC0000996-1001) | 992 | 998 |
| Exhibit 87 | Deposition Transcripts *de benne esse* of Patty S. Hill and Jessica Hill taken July 1, 1935, filed in the *Hill v. Harris*, Eq. No. 78-350 (P002756-2797) | 999 | 1043 |

| | VOLUME 5 (Continued) | | |
|---|---|---|---|
| Exhibit 89 | Metro-Goldwyn-Mayer's Notice of Intent to use Musical Compositions in Connection with the "Photoplay" Entitled "*Strange Interlude*" dated July 14, 1932 (production #608) identifying *Happy Birthday* as being in the public domain (WB042) | 1044 | 1045 |
| Exhibit 90 | TIME Magazine article: "Music: Good Morning" appearing in the August 27, 1934, edition of TIME (P004318) | 1046 | 1047 |
| Exhibit 91 | "Answer" filed April 12, 1943, in the United States District Court, Southern District of New York, *The Hill Foundation, Inc. v. Postal Telegraph-Cable Co.*, Civil No. 20-439 (P002869-2877) | 1048 | 1057 |
| Exhibit 92 | Confidential Purchase Agreement between Clayton F. Summy and John Sengstack dated August 7, 1931 (WC0002081-2090) | 1058 | 1068 |
| Exhibit 93 | State of Illinois Death Index for Clayton F. Summy (P006368) | 1069 | 1070 |
| Exhibit 94 | Plaintiffs' Requests for Production of Documents to Defendants – Set No. One dated February 12, 2014 | 1071 | 1082 |
| Exhibit 95 | Excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Requests for Production of Documents dated March 21, 2014 | 1083 | 1094 |
| Exhibit 96 | Excerpts from Plaintiff Good Morning To You Corp.'s Interrogatories to Defendants – Set No. One dated February 12, 2014 | 1095 | 1102 |
| Exhibit 97 | Excerpts from Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories dated April 11, 2014 | 1103 | 1116 |
| Exhibit 98 | Plaintiffs' Receipt for Additional Certificates of Registration of a Claim to Copyright for E 51988 & 7 Others from the Records Research and Certification Section, Office of Public Records and Repositories, U.S. Copyright Office dated June 12, 2014  (P006370) | 1117 | 1118 |
| Exhibit 99 | Excerpts from Compendium of Copyright Office Practices II, Ch. 1900, Records, Indexes, And Deposits Of The Copyright Office; Inspection, Copying, Additional Certificates, And Other Certifications (1984) (P006371-6392) | 1119 | |

## DEFENDANTS' EXHIBITS
## VOLUME 6

| | | | |
|---|---|---|---|
| Exhibit 100 | Declaration of Adam I. Kaplan in Support of Notice of Motion and Cross-Motion and Motion and Cross-Motion for Summary Judgment | 1200 | 1203 |
| Exhibit 101 | Copy of Registration E51990 (WC0000388-90, marked as Marcotullio Dep. Ex. 9) | 1204 | 1207 |
| Exhibit 102 | Certificate of Registration of a Claim to Renewal Copyright R306186 (WC0000103-104) | 1208 | 1210 |
| Exhibit 103 | Copy of Registration E51988 (WC0000385-87, marked as Marcotullio Dep. Ex. 4) | 1211 | 1214 |
| Exhibit 104 | Certificate of Registration of a Claim to Renewal Copyright R306185(WC0000953-54) | 1215 | 1217 |
| Exhibit 105 | Record of the Filing of Copyright Deposits under the Act of March 4, 1909 (P003299) | 1218 | 1219 |
| Exhibit 106 | Copy of sheet music for *Happy Birthday to You!*, published in 1935 by Clayton F. Summy Co. as publication number 3075 (WC0000977-979) | 1220 | 1223 |
| Exhibit 107 | Excerpts of Deposition Transcript of Defendant Warner/Chappell Music, Inc., Pursuant to Fed. R. Civ. P. 30(b)(6) deponent Thomas Marcotullio, taken June 3, 2014 | 1224 | 1540 |

## VOLUME 7

| | | | |
|---|---|---|---|
| Exhibit 108 | Declaration of Thomas B. Marcotullio in Support of Defendants' Motion for Summary Judgment | 1541 | 1545 |
| Exhibit 109 | Excerpts of Deposition Transcript of Jeremy Blietz, taken on July 10, 2014 | 1546 | 1565 |
| Exhibit 110 | Excerpts of Deposition Transcript of Plaintiffs' Expert Witness, Joel Sachs, Ph.D., taken on September 9, 2014 | 1566 | 1622 |
| Exhibit 111 | Excerpts of Exhibit 47 to the Deposition of Joel Sachs, Ph.D (Expert Report of Joel Sachs, Ph.D. and Exs. J and L thereto) | 1623 | 1646 |
| Exhibit 112 | Recorded Assignment of Copyright from Patty S. Hill and Jessica S. Hill to The Hill Foundation, Inc., dated October 16, 1944 (WC0001450-52) (illegible copy) | 1647 | 1650 |
| Exhibit 113 | Recorded Assignment of Copyright from Patty S. Hill and Jessica S. Hill to The Hill Foundation, Inc., dated October 16, 1944 (WC0000844-45) (legible copy) | 1651 | 1653 |

## VOLUME 7 (Continued)

| | | | |
|---|---|---|---|
| Exhibit 114 | Recorded Assignment of Copyright from The Hill Foundation, Inc., to Clayton F. Summy Co., dated October 16, 1944 (WC0001456-62) (illegible copy) | 1654 | 1661 |
| Exhibit 115 | Recorded Assignment of Copyright from The Hill Foundation, Inc., to Clayton F. Summy Co., dated October 16, 1944 (WC0000838-45) (legible copy) | 1662 | 1670 |
| Exhibit 116 | Declaration of David K. Sengstack, dated January 20, 1981, recorded in the Copyright Office on February 2, 1981 (WC0001998-2075) | | |
| | Exhibit 116 A | 1671 | 1717 |
| | Exhibit 116 B | 1718 | 1750 |

## VOLUME 8

| | | | |
|---|---|---|---|
| Exhibit 117 | Minutes of a September 29, 1931, Meeting of the Board of Directors of C.F.S. Musical Co. (WC WC0002091-93) | 1751 | 1754 |
| Exhibit 118 | Stock Certificate for Birch Tree Group Ltd. and Stock Power (WC0002094-2097) | 1755 | 1759 |
| Exhibit 119 | Excerpt of October 1988 "Confidential Information Memorandum" regarding Birch Tree Group Ltd. (WC0001137, WC0001142-43) | 1760 | 1763 |
| Exhibit 120 | Plaintiffs' Complaint, filed on June 20, 2013 (Dkt. 9) | 1764 | 1798 |
| Exhibit 121 | Plaintiffs' Consolidated First Amended Complaint, filed on July 26, 2013 (Dkt. 29) | 1799 | 1833 |
| Exhibit 122 | Plaintiffs' Second Amended Consolidated Complaint, filed on September 4, 2013 (Dkt. 59) | 1834 | 1874 |
| Exhibit 123 | Plaintiffs' Third Amended Consolidated Complaint, filed on November 5, 2013 (Dkt. 72) | 1875 | 1916 |
| Exhibit 124 | Joint Report on Parties' Planning Meeting, filed February 10, 2014 (Dkt. No. 89) | 1917 | 1935 |
| Exhibit 125 | Letter from United States Copyright Office to Lisa Minnerly (Warner/Chappell Music, Inc.) dated December 9, 2013 (WC0002098) | 1936 | 1937 |
| Exhibit 126 | Agreement between The Hill Foundation, Inc., and Clayton F. Summy Co., dated October 16, 1944 (WC0000963-973) | 1938 | 1947 |

                                   Respectfully Submitted,

Dated:  December 17, 2014         **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

                               By: /s/*Betsy C. Manifold*
                                   BETSY C. MANIFOLD

                                   FRANCIS M. GREGOREK
                                   gregorek@whafh.com
                                   BETSY C. MANIFOLD
                                   manifold@whafh.com
                                   RACHELE R. RICKERT
                                   rickert@whafh.com
                                   MARISA C. LIVESAY
                                   livesay@whafh.com
                                   750 B Street, Suite 2770
                                   San Diego, CA 92101
                                   Telephone:  619/239-4599
                                   Facsimile:  619/234-4599

                                   **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
                                   MARK C. RIFKIN (*pro hac vice*)
                                   rifkin@whafh.com
                                   JANINE POLLACK (*pro hac vice*)
                                   pollack@whafh.com
                                   BETH A. LANDES (*pro hac vice*)
                                   landes@whafh.com
                                   270 Madison Avenue
                                   New York, NY  10016
                                   Telephone:  212/545-4600
                                   Facsimile:  212-545-4753

                                   *Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737

**HUNT ORTMANN PALFFY
NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)
smith@ huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone 626/440-5200
Facsimile 626/796-0107
Facsimile:   212/797-3172

**DONAHUE FITZGERALD LLP**
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone:  510/451-0544
Facsimile:   510/832-1486

          **GLANCY BINKOW &**
           **GOLDBERG LLP**
          LIONEL Z. GLANCY (134180)
          lglancy@glancylaw.com
          MARC L. GODINO (188669)
          mgodino@glancylaw.com
          1925 Century Park East, Suite 2100
          Los Angeles, CA 90067
          Telephone: 310/201-9150
          Facsimile: 310/201-9160

          *Attorneys for Plaintiffs*

Dated: December 17, 2014        **MUNGER TOLLES & OLSON LLP**

          By:    /s/*Kelly M. Klaus*
              KELLY M. KLAUS

          KELLY M. KLAUS (161091)
          kelly.klaus@mto.com
          ADAM I. KAPLAN (268182)
          adam.kaplan@mto.com
          560 Mission St., 27th Floor
          San Francisco, CA 94105
          Telephone: 415/512-4000

          **MUNGER TOLLES & OLSON LLP**
          GLENN D. POMERANTZ (112503)
          glenn.pomerantz@mto.com
          MELINDA E. LEMOINE
          melinda.lemoine@mto.com
          355 South Grand Ave., 35th Floor
          Los Angeles, CA 90071
          Telephone: 213/683-9100

          *Attorneys for Defendants*

## **DECLARATION REGARDING CONCURRENCE**

I, Betsy C. Manifold, am the ECF User whose identification and password are being used to file this AMENDED JOINT EVIDENTIARY APPENDIX IN SUPPORT OF NOTICE OF CROSS-MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT FILED PURSUANT TO COURT'S DEC. 5, 2014 ORDER [Dkt. 185] (VOLUME 5, EXS. 82-99, PAGES 948-1141). In compliance with Civil Local Rule 5-4.3.4(a)(2), I hereby attest that Kelly M. Klaus has concurred in this filing.

Executed this 17th day of December 2014, in the City of San Diego, State of California.

By: /s/*Betsy C. Manifold*
BETSY C. MANIFOLD

WARNER/CHAPPELL:21420.VOL.8