# EXHIBIT C

# [ORIGINAL EXHIBIT MANUALLY LODGED & FILED PURSUANT TO L.R. 11-5.4]

# [Copy of Original Exhibit Attached]

LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached photocopies are a true representation of the title page, frontispiece page and notice of prima facie evidence contained within the **Catalog of Copyright Entries Part 3 Musical Compositions, New Series, Vol. 30, for the year 1935 (Nos. 1-12).**

**THIS IS TO CERTIFY FURTHER**, that the attached photocopy is a true representation of the entry for the work identified as **HAPPY BIRTHDAY TO YOU** under number **E pub 51990** contained within the **Catalog of Copyright Entries Part 3 Musical Compositions, New Series, Vol. 30, for the year 1935 (Nos. 1-12).**

**IN WITNESS WHEREOF**, the seal of this office is affixed hereto on January 6, 2015.

Maria A. Pallante
Register of Copyrights

By: Jarletta Walls
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Public Records and Repositories

Use of this material is governed by the U.S. Copyright law 17 U.S.C. 101 seq.

LIBRARY OF CONGRESS
U.S. COPYRIGHT OFFICE

# CATALOG

OF

# COPYRIGHT ENTRIES

PART 3

MUSICAL COMPOSITIONS

NEW SERIES, VOLUME 30,

FOR THE YEAR 1935

Nos. 1-12



Published by authority of the Acts of Congress of March 3, 1891, of June 30, 1906, and of March 4, 1909

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1936

1-2448

LIBRARY OF CONGRESS

COPYRIGHT OFFICE

# CATALOG

OF

# COPYRIGHT ENTRIES

PUBLISHED BY AUTHORITY OF THE ACTS OF CONGRESS OF MARCH 3, 1891, OF JUNE 30, 1906, AND OF MARCH 4, 1909

PART 3

MUSICAL COMPOSITIONS

INCLUDING

LIST OF COPYRIGHT RENEWALS

1935

NEW SERIES, VOLUME 30

No. 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1935

The act of March 4, 1909, going into effect July 1, 1909, provides that the Catalog of Copyright Entries "shall be admitted in any court as prima facie evidence of the facts stated therein as regards any copyright registration."

### Explanations to be Noted by Users of This Catalog

THE Catalog of Copyright Entries is published in four parts. Part 3, containing the entries for musical compositions and dramatico-musical compositions, is issued at monthly intervals in twelve numbers each year, and is followed by a complete index for the year. The general arrangement is an alphabet of the titles of the musical works with certain exceptions explained hereafter. The arrangement is alphabetical under the first word of the title (except "a", "an", or "the", or the corresponding foreign articles), and a grouping at the end of the title alphabet of such titles as will not conveniently alphabetize (e. g., titles beginning with numerals, dates, etc.).

EXCEPTIONS.—(1) In the case of editions of classical music, instead of distributing them under the titles, each author's works are brought together by an entry under the original composer's name, and for such works search should be made in this number under the following names: Bach (Johann Sebastian); Beethoven (Ludwig van); Brahms (Johannes); Chopin (Frédéric François); Donizetti (Gaetano); Gluck (Christoph Willibald von); Godard (Benjamin Louis Paul); Gounod (Charles François); Grieg (Edvard Hagerup); Händel (Georg Friedrich); Haydn (Franz Josef); Lachner (Franz); Leschetizky (Theodor); Liszt (Franz); MacDowell (Edward Alexander); Mendelssohn-Bartholdy (Jacob Ludwig Felix); Mozart (Wolfgang Amadeus); Raff (Joseph Joachim); Rossini (Gioacchino Antonio); Rubinstein (Anton Gregorovitch); Schubert (Franz Peter); Schumann (Robert Alexander); Thomas (Charles Louis Ambroise); Tschaikowsky (Peter Iljitch); Verdi (Giuseppe); Wagner (Richard).

(2) COLLECTIONS having general titles, such as "Fünf studien", "12 études élémentaires", etc., and pieces published without individual identifying titles, but designating the class of musical work (e. g., "waltz", "dance", "march", "allegro", "praeludium", "nocturne", "impromptu", "sonata", "étude", "study", "fantasia", etc., without differentiating words and only indentifiable by the name of the composer) are entered under the composer's name without cross reference from the titles, and search should only be made under the names of the composers.

Ex. C
20 (II)

Case 2:13-cv-04460-GHK-MRW Document 200-5 Filed 01/16/15 Page 6 of 7 Page ID #:6768

Gris; letra Ricardo López Méndez, m José Sabre Marroquín. © Oct. 31, 1935; E for. 41854; Asociación mexicana de autores y compositores, s. a., Mexico, D. F.　　27947

Guapa (La); schotisch, letra y m Maria Teresa Lara, supervision Agustin Lara. © Oct. 9, 1935; E for 41860; Asociación mexicana de autores y compositores, s. a., Mexico, D. F.　　27948

Guess again; from picture Collegiate. w and m Mack Gordon and Harry Revel; with ukulele arr. © Nov. 26, 1935; E pub. 51838; Paramount productions music corp., New York.　　27949

Guiding (The) light; w Frederick H. Martens, m Adolphe Adam, adapted and ed. Carl Deis; high voice. © Dec. 10, 1935; E pub. 52173; G. Schirmer, inc., New York.　　27950

Gypsy; pf. treble, with w. © 1 c. Dec. 13, 1935; E unp. 114780; Lourie Estrin, Detroit.　　27951

Gypsy dance; sop. 1, 2 and alto, unacc. © 1 c. Dec. 13, 1935; E unp. 114760; Margaret Bronson, Cincinnati.　　27952

Gypsy echoes; song. © 1 c. Dec. 2, 1935; E unp. 114183; Mary Theresa Gruber, Los Angeles.　　27953

Gypsy in the red rose; w and melody. © 1 c. Nov. 9, 1935; E unp. 114260; Polly Berman, Los Angeles.　　27954

Gypsy serenade; waltz, melody. © 1 c. Dec. 28, 1935; E unp. 115414; Henry C. Sievers, Hillsdale, N. J.　　27955

Gypsy strings; song, w M. Boyle and Maude Holden Edgar. © 1 c. Dec. 11, 1935; E unp. 114625; Marian Boyle, Spokane.　　27956

Gypsy vagabond; song, m Homer McDonual. © 1 c. Oct. 7, 1935; E unp. 111831; Lettia McInnis, Spokane.　　27957

Gypsy's (A) old refrain; song. © 1 c. Dec. 19, 1935; E unp. 115043; Caspar Fradel, Detroit.　　27958

Händel (Georg Friedrich) Fugue; arr. for violin and pf. or organ, James Brown, pf. acc. ed. Nancy Gilford, with 2d violin and cello ad lib. © Nov. 4, 1935; E for. 41914; Stainer & Bell, ltd., London.　　27959

——Gavotte; arr. for violin and pf. James Brown, pf. acc. ed. Nancy Gilford; with 2d violin and cello ad lib. © Nov. 4, 1935; E for. 41915; Stainer & Bell, ltd., London.　　27960

——The harmonious blacksmith; arr. for violin and pf. James Brown, pf. acc. ed. Nancy Gilford, with 2d violin and cello ad lib. © Nov. 4, 1935; E for. 41916; Stainer & Bell, ltd., London.　　27961

——Largo from Xerxes; arr. R. Spaulding Stoughton; pf. and organ duet. © Nov. 20, 1935; E pub. 51925; Oliver Ditson co., Inc., Boston.　　27962

Hail to Broadway; song. © 1 c. Dec. 4, 1935; E unp. 114297; David Charles Botting, jr., Seattle.　　27963

Half of me wants to be good; w Sam M. Lewis, m Peter De Rose; with arr. for guit., etc. © Dec. 4, 1935; E pub. 51937; Remick music corp., New York.　　27964

Hand in hand; song. © 1 c. Dec. 14, 1935; E unp. 114845; John D. Marks, New York.　　27965

Hand (The) that rocks the cradle rules the world; song. © 1 c. Dec. 13, 1935; E unp. 114773; Clara Farr Achor, Brownwood, Tex.　　27966

Handcart (The) song; song. © Oct. 16, 1935; E pub. 49794; Brigham Clegg, Salt Lake City.　　27967

Hang up my saddle; from Rhythm on the range, w and m Richard A. Whiting and Walter Bullock. © 1 c. Nov. 29, 1935; E unp. 114137; Paramount productions music corp., New York.　　27968

Happy birthday to you; by Mildred J. Hill, arr. Preston Ware Orem; pf., with w. © Dec. 6, 1935; E pub. 51990; Clayton F. Summy co., Chicago.　　27969

——unison song, Mildred J. Hill, rev. text and arr. of m Mrs. R. R. Forman. © Dec. 6, 1935; E pub. 51988; Clayton F. Summy co., Chicago.　　27970

Happy (A) fool in love; song. © 1 c. Dec. 5, 1935; E unp. 114863; Milton and Charlotte Cassel, New York.　　27971

Happy mood; caprice, Harry Volpe and Frank Victor; plectrum guit. duet. © Nov. 19, 1935; E pub. 51888; Carl Fischer, Inc., New York.　　27972