GLENN D. POMERANTZ (State Bar No. 112503)
glenn.pomerantz@mto.com
KELLY M. KLAUS (State Bar No. 161091)
kelly.klaus@mto.com
MELINDA E. LeMOINE (State Bar No. 235670)
melinda.lemoine@mto.com
ADAM I. KAPLAN (State Bar No. 268182)
adam.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendants
Warner/Chappell Music, Inc. and
Summy-Birchard, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **DEFENDANTS' NOTICE OF LODGING OF UNUSUAL EXHIBITS [A, B, C, & D] TO THE DECLARATION OF KELLY M. KLAUS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EVIDENCE** <br><br> Hearing <br> Date:          February 9, 2015 <br> Time:         9:30 a.m. <br> Judge:        Hon. George H. King, Chief Judge <br> Courtroom: 650 |

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Defendants hereby file this Notice of Lodging of Unusual Exhibits [A, B, C, & D] to the Declaration of Kelly M. Klaus in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude Evidence.[1]

Local Rule 5-4.2(b)(1) exempts from the requirement for electronic filing "[n]on-paper physical exhibits, or paper exhibits the size of which makes it impracticable for them to be scanned into PDF format." Exhibits A, B, C, and D to the Declaration of Kelly M. Klaus in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude Evidence (Dkt. 200-2, "Klaus Declaration") are "unusual" paper exhibits because the size and nature of these exhibits makes it impracticable for them properly to scan into PDF format. These exhibits, which are described in greater detail in the Klaus Declaration, are over-sized "certified" copies issued by the United States Copyright Office. The certification for each of these exhibits includes (1) a unique binding, which is part of the Copyright Office certification process, that would be destroyed by electronic filing and (2) a unique embossed individual seal, which cannot be scanned into PDF format or otherwise duplicated for electronic filing. Accordingly, Defendants are lodging the original "certified" documents.

///
///
///
///
///
///

---

[1] This Notice supersedes and replaces the Notice of Manual Filing that Defendants filed on January 16, 2015 (Dkt. No 199).

Pursuant to Local Rule 11-5.4, Defendants also have included scanned PDF versions of Exhibits A, B, C, and D, described above, as attachments to the Klaus Declaration (*see* Dkts. 200-3 to 200-6).

| | |
|---|---|
| | **RESPECTFULLY SUBMITTED,** |
| Dated: January 16, 2015 | **MUNGER TOLLES & OLSON** |
| | By: */s/ Kelly M. Klaus* <br> KELLY M. KLAUS |
| | KELLY M. KLAUS (161091) <br> kelly.klaus@mto.com <br> ADAM I. KAPLAN (268182) <br> adam.kaplan@mto.com <br> 560 Mission St., 27th Floor <br> San Francisco, CA 94105 <br> Telephone: 415/512-4000 |
| | **MUNGER TOLLES & OLSON LLP** <br> GLENN D. POMERANTZ (112503) <br> glenn.pomerantz@mto.com <br> MELINDA E. LEMOINE <br> melinda.lemoine@mto.com <br> 355 South Grand Ave., 35th Floor <br> Los Angeles, CA 90071 <br> Telephone: 213/683-9100 <br> *Attorneys for Defendants* |