FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Class Counsel for Plaintiffs and Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **DECLARATION OF MARK C. RIFKIN IN SUPPORT OF REPLY IN FURTHER SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE EVIDENCE** <br><br> Date:  February 9, 2015 <br> Time:  9:30 A.M. <br> Room:  650 <br> Judge:  Hon. George H. King, <br>          Chief Judge |

1    I, Mark C. Rifkin, hereby declare as follows:

2    1.    I am an attorney duly licensed to practice law in the States of New York and Pennsylvania, and am admitted to this Court *pro hac vice* in the above-captioned action.  I am a partner with the law firm Wolf Haldenstein Adler Freeman & Herz LLP, interim lead class counsel for Plaintiffs and the proposed class.  I have personal knowledge of the following facts, and if called upon to do so, I could and would competently testify as to them.

3    2.    I submit this declaration in support of the Reply In Further Support of Plaintiffs' Motion to Exclude Evidence filed December 22, 2014 (Dkts. 197-198) proffered on behalf of plaintiffs Good Morning To You Productions Corp., Robert Siegel, Rupa Marya d/b/a Rupa & The April Fishes, and Majar Productions, LLC's ("Plaintiffs") and filed concurrently herewith.  Plaintiffs respectfully request an order regarding Defendants' Exhibits 101-104, 106, and 119 (collectively, "Defendants' Exhibits") of the Amended Joint Evidentiary Appendix in Support of Notice of Cross-Motions and Cross-Motions for Summary Judgment Filed Pursuant to Court's Dec. 5, 2014 Order, filed December 17, 2014 (Dkts. 187 (Vol. 1, Exs. 1-10, Pages 1-220); 188 (Vol. 2, Ex.11, Pages 221-486); 189 (Vol. 3, Exs. 12-54, Pages 487-706); 190 (Vol. 4, Exs. 55-81, Pages 707-974); 191 (Vol. 5, Exs. 82-99, Pages 975-1141); 192 (Vol. 6, Exs. 100-106, Pages 1200-1540); 193 (Vol. 7, Exs. 107-116, Pages 1541-1750); and 194 (Vol. 8, Exs. 117-126, Pages 1751-1947))  (collectively, the "Appendix"): (i) finding Defendants' Exhibits are inadmissible; (ii) excluding Defendants' Exhibits from the Appendix and (iii) striking all references to Defendants' Exhibits as well as the arguments based upon them from the Cross-Motions for Summary Judgment (Dkt. 182, as amended on Nov. 26, 2014) (the "Joint Brief") and the [Corrected] Joint Statement of Uncontroverted Facts (Dkt. 183, as amended on Dec. 1, 2014) (the "SOF").

///

## EXHIBITS

3. Attached hereto as **Exhibit 51** is a true and correct copy of the Answer to Amended Complaint, *The Hill Foundation Inc. v. Clayton F. Summy Co.*, Civil No. 19-377 (S.D.N.Y. Dec. 29, 1942) (App'x at 3:676-689) included in the Appendix (for ease of reference, each exhibit is identified by the same number as it appears in the Appendix):

4. Attached hereto as **Exhibit C** is a true and correct copy of *Happy Birthday to You* sheet music printed by Alfred Publishing Co., Inc., with the legend "© 1979 Summy-Birchard Music, Inc."

5. Attached hereto as **Exhibit D** is a true and correct copy of *Happy Birthday to You* sheet music printed by Summy-Birchard Music, a division of Birch Tree Group, Ltd., with the legend "© 1935 by Summy-Birchard Music" and the legend "This arrangement © 1979."

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 26th day of January 2015, in the City of New York, State of State of New York.

By: /s/ Mark C. Rifkin
MARK C. RIFKIN

WARNER/CHAPPELL:21520