FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile:  619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>                    Defendants. | ) Lead Case No. CV 13-04460-GHK (MRWx)<br>)<br>) **JOINT NOTICE RE: DEPOSITION**<br>) **TRANSCRIPT(S) PURSUANT TO L.R.**<br>) **32-1**<br>)<br>)<br>)<br>) Date:       February 9, 2015<br>) Time:       9:30 a.m.<br>) Room:      650<br>) Judge:     Hon. George H. King,<br>)                Chief Judge |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL, PLEASE TAKE NOTICE** that Plaintiffs Rupa Marya, Robert Siegel, and Good Morning To You Productions Corp. and Majar Productions, LLC ("Plaintiffs") and Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc. ("Defendants") in the above-captioned matter, by and through their counsel, notify the Court pursuant to L.R. 32-1 that the deposition transcripts to be relied upon at the hearing on the Cross-Motions for Summary Judgment and/or Plaintiffs' Motion to Exclude Evidence (Dkts. 182, 197) are attached to the following documents previously filed with the Court:

Amended Joint Evidentiary Appendix in Support of Notice of Cross-Motions and Cross-Motions for Summary Judgment Filed Pursuant to Court's Dec. 5, 2014 Order [Dkts. 187-194] ("Joint Appendix"):

- **Dkt. 189-3 at 33-50 (Ex. 47), Dkt. 192-1 at 27-56 (Ex. 107):** The relevant excerpts of the deposition transcript of Defendants' Warner/Chappell Music, Inc.'s designated Fed. R. Civ. P. 30(b)(6) deponent, Thomas B. Marcotullio, taken on June 9, 2014.

- **Dkt. 193-1 at 6-25 (Ex. 109):** The relevant excerpts of the deposition transcript of Jeremy Blietz, Vice President, Administration, Warner/Chappell Music, Inc., taken on July 10, 2014.

- **Dkt. 190-1 at 60-80 and Dkt. 190-2 at 1-12 (Ex. 64), Dkt. 193-1 at 26-83 (Ex. 110), Dkt. 193-2 (Ex. 111):** The relevant excerpts of the deposition transcript of Joel Sachs, Ph.D., taken on September 9, 2014.

- **Dkt. 191-1 at 52-94 (Ex. 87):** The relevant excerpts of the deposition transcript *de benne esse* of Patty S. Hill and Jessica Hill, taken July 1, 1935, filed in *Hill v. Harris*, Eq. No. 78-350 (P002756-2797).

Declaration of Betsy C. Manifold in Support of Plaintiffs' Notice of Motion and Motion to Exclude Evidence [Dkt. 198] ("Manifold Decl."):

- **Dkt. 198-1 at 2-19**: The relevant excerpts of the deposition transcript of Defendants' Warner/Chappell Music, Inc.'s designated Fed. R. Civ. P.

1    30(b)(6) deponent, Thomas B. Marcotullio, taken on June 9, 2014.

2    • **Dkt**. **198-1 at 21-36**: The relevant excerpts of the deposition transcript of

3    Jeremy Blietz, Vice President, Administration, Warner/Chappell Music,

4    Inc., taken on July 10, 2014.

5

6    Pursuant to L.R. 16-2.7, the questions and answers in Exhibits 109 and 110 to the

7    Joint Appendix and in Exhibits A and B to the Manifold Decl. on which the parties may

8    rely at the February 9, 2015, hearing on the Cross-Motions for Summary Judgment

9    and/or Plaintiffs' Motion To Exclude Evidence are marked by the parties.  The original

10   depositions not lodged at this time shall be brought to Court by the attorneys in custody

11   of the same on the day of the hearing.

12

13                              Respectfully submitted,

14   Dated:  January 30, 2015      **WOLF HALDENSTEIN ADLER**

15                                  **FREEMAN & HERZ LLP**

16                   By:   _/s/ Betsy C. Manifold_____

17                         BETSY C. MANIFOLD

18                         FRANCIS M. GREGOREK

19                         gregorek@whafh.com

20                         BETSY C. MANIFOLD
                           manifold@whafh.com

21                         RACHELE R. RICKERT

22                         rickert@whafh.com

23                         MARISA C. LIVESAY
                           livesay@whafh.com

24                         750 B Street, Suite 2770

25                         San Diego, CA 92101
                           Telephone:  619/239-4599

26                         Facsimile:  619/234-4599

27

28

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY  10016
Telephone:   212/545-4600
Facsimile:   212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737


**HUNT ORTMANN PALFFY NIEVES
   DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@nieves-law.com
KATHLYNN E. SMITH (234541)
smith@huntortmann.com

301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone: 626/440-5200
Facsimile:  626/796-0107

1  **DONAHUE FITZGERALD LLP**
2  WILLIAM R. HILL (114954)
   rock@donahue.com
3  ANDREW S. MACKAY (197074)
   andrew@donahue.com
4  DANIEL J. SCHACHT (259717)
5  daniel@donahue.com
   1999 Harrison Street, 25th Floor
6  Oakland, CA 94612-3520
7  Telephone:  510/451-0544
8  Facsimile:  510/832-1486

9  **GLANCY BINKOW &**
10   **GOLDBERG LLP**
   LIONEL Z. GLANCY (134180)
11  lglancy@glancylaw.com
12  MARC L. GODINO (188669)
   mgodino@glancylaw.com
13  1925 Century Park East, Suite 2100
14  Los Angeles, CA  90067
15  Telephone:  310/201-9150
   Facsimile:  310/201-9160
16
17  *Attorneys for Plaintiffs*

18

19  **MUNGER TOLLES & OLSON LLP**

20
21  Dated:  January 30, 2015      By:  ___/s/ Kelly M. Klaus_____
22              KELLY M. KLAUS

23              KELLY M. KLAUS
24              kelly.klaus@mto.com
   ADAM I. KAPLAN
25              adam.kaplan@mto.com
   560 Mission St., 27th Floor
26  San Francisco, CA  94105
27  Telephone:  415/512-4000

28

- 4 -

GLEN POMERANTZ
glenn.pomerantz@mto.com
MELINDA E. LeMOINE
melinda.lemoine@mto.com
**MUNGER TOLLES & OLSON LLP**
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone: 213/683-9100
Facsimile: 213/687-3702

*Attorneys for Defendants Warner/Chappell*
*Music, Inc. and Summy-Birchard, Inc.*

## DECLARATION REGARDING CONCURRENCE

I, Betsy C. Manifold, am the CM/ECF User whose identification and password are being used to file this **JOINT NOTICE RE: DEPOSITION TRANSCRIPT(S) PURSUANT TO L.R. 32-1**. In compliance with L.R. 5-4.3.4(2)(i), I hereby attest that Kelly M. Klaus has concurred in this filing's content and has authorized its filing.

DATED: January 30, 2015          By:     */s/ Betsy C. Manifold*
                                            BETSY C. MANIFOLD

WARNERCHAPPELL:21529.joint.notice.lodging