UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV13-4460 GHK ( AGRx) | Date | 03/23/2015 |
|---|---|---|---|
| Title | Good Morning to you Productions Corp., V. Warner/Chappell Music, Inc., et al | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| David Gonzalez | Khowoonsun (Koni) Chong |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Mark C. Rifkin | Kelly M. Klaus |
| Betsy C. Manifold | Adam I. Kaplan |
| Randall Scott Newman | Melinda E. LeMoine |
| Daniel J. Schacht | |

**PROCEEDINGS:** **Hearing re: Cross Motions for Summary Judgment; [e-filed, 11/25/14, doc. #179] & Motion by Plaintiff to Exclude Evidence; [e-filed; 2/22/14, doc. #197]**

The Court hears oral argument of counsel in the above motions and now takes them under submission.

**IT IS SO ORDERED.**

2 : 10

Initials of Preparer  DG