NOTE: CHANGES MADE BY THE COURT

FILED: 5/22/15

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FILING OF FURTHER BRIEFING ORDERED BY DKT. NO. 215 AND TO CONTINUE THE HEARING DATE SET BY DKT. NO. 215 |

1     **HAVING FOUND GOOD CAUSE** appearing in the parties' Joint Stipulation
2 to Extend Time for Filing of Further Briefing Ordered by Dkt. No. 215 and to
3 Continue the Hearing Date Set by Dkt. No. 215, the Court GRANTS the relief sought
4 therein and hereby enters this order (1) continuing the deadline for the parties to file
5 the joint supplementary brief ordered by Dkt. No. 215 to Monday, June 15, 2015; and
6 (2) continuing the oral argument ordered by Dkt. No. 215 ~~to Tuesday, June 23, 2015~~
7 ~~at 9:30 A.M.~~ <mark>Date to be determined</mark>.

8
9     **IT IS SO ORDERED.**

10
11
12 DATED:   5/22/15                              _____
13                                         HON. GEORGE H. KING, CHIEF JUDGE
14                                         UNITED STATES DISTRICT COURT