E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-4460 GHK (MRWx) | Date | June 18, 2015 |
|---|---|---|---|
| Title | *Rupa Marya, et al. v. Warner/Chappell Music, Inc.* | | |

**Presiding: The Honorable**  GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**     **(In Chambers) Order Setting Hearing Re: Supplemental Briefing**

We previously continued oral argument on the Parties' Joint Supplemental Brief to a date to be determined. (Dkt. 217.) The Parties are now **ORDERED** to attend oral argument on **Tuesday, July 7, 2015 at 9:30 A.M.**

**IT IS SO ORDERED.**

-- : --

Initials of Deputy Clerk    Bea