1  GLENN D. POMERANTZ (State Bar No. 112503)
   glenn.pomerantz@mto.com
2  KELLY M. KLAUS (State Bar No. 161091)
   kelly.klaus@mto.com
3  MELINDA E. LeMOINE (State Bar No. 235670)
   melinda.lemoine@mto.com
4  ADAM I. KAPLAN (State Bar No. 268182)
   adam.kaplan@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
7  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
8
9  *Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*
10

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.*, <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING DATE SET BY DKT. NO. 220; AND [PROPOSED] ORDER GRANTING STIPULATION** <br><br> Judge:  Hon. George H. King, Chief Judge <br> Courtroom:  650 |

WHEREAS, on June 18, 2015, the Court ordered that the parties attend oral argument on the Parties' Joint Supplemental Brief on Tuesday, July 7, 2015 at 9:30 A.M. (Dkt. No. 220);

WHEREAS, on the morning of July 7, 2015, Defendants' lead counsel is scheduled to argue an appeal in *Stephanie Lenz v. Universal Music Corp.*, et al., 13-16106, before the Ninth Circuit in San Francisco;

WHEREAS, the parties met and conferred in good faith and agreed that a one-week continuance of the hearing date would be appropriate to accommodate Defendants' counsel's scheduling conflict;

WHEREAS, a one-week continuance of the hearing date would not alter any other deadlines set by the Court in this matter;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through the undersigned counsel, as follows:  Upon the Court's approval, the oral argument ordered by Dkt. No. 220 shall be held on Tuesday, July 14, 2015 at 9:30 A.M.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  June 24, 2015                **MUNGER TOLLES & OLSON LLP**

By:   */s/  KELLY M. KLAUS*
       KELLY M. KLAUS

KELLY M. KLAUS
kelly.klaus@mto.com
ADAM I. KAPLAN
adam.kaplan@mto.com
560 Mission St., 27th Floor
San Francisco, CA  94105

|   |   |   |
|---|---|---|
| 1 | | Telephone:  415/512-4000 |
| 2 | | GLEN POMERANTZ |
| 3 | | glenn.pomerantz@mto.com |
| 4 | | MELINDA E. LeMOINE<br>melinda.lemoine@mto.com |
| 5 | | **MUNGER TOLLES & OLSON LLP** |
| 6 | | 355 South Grand Ave., 35th Floor<br>Los Angeles, CA  90071 |
| 7 | | Telephone:  213/683-9100 |
| 8 | | Facsimile:   213/687-3702 |
| 9 | | |
| 10 | | *Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.* |
| 11 | | |
| 12 | Dated:  June 24, 2015 | **WOLF HALDENSTEIN ADLER** |
| 13 | | **  FREEMAN & HERZ LLP** |
| 14 | | By: */s/  BETSY C. MANIFOLD*          |
| 15 | | BETSY C. MANIFOLD |
| 16 | | FRANCIS M. GREGOREK |
| 17 | | gregorek@whafh.com |
| 18 | | BETSY C. MANIFOLD<br>manifold@whafh.com |
| 19 | | RACHELE R. RICKERT |
| 20 | | rickert@whafh.com<br>MARISA C. LIVESAY |
| 21 | | livesay@whafh.com |
| 22 | | 750 B Street, Suite 2770 |
| 23 | | San Diego, CA 92101<br>Telephone:  619/239-4599 |
| 24 | | Facsimile:   619/234-4599 |
| 25 | | |
| 26 | | **WOLF HALDENSTEIN ADLER**<br>**  FREEMAN & HERZ LLP** |
| 27 | | MARK C. RIFKIN (*pro hac vice*) |
| 28 | | rifkin@whafh.com<br>JANINE POLLACK (*pro hac vice*) |

pollack@whafh.com
BETH A. LANDES (*pro hac vice*)
landes@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737

**HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@nieves-law.com
KATHLYNN E. SMITH (234541)
smith@huntortmann.com

301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone: 626/440-5200
Facsimile: 626/796-0107

**DONAHUE FITZGERALD LLP**
WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520

Telephone: 510/451-0544
Facsimile: 510/832-1486

**GLANCY BINKOW &
 GOLDBERG LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160

*Attorneys for Plaintiffs*

## **DECLARATION REGARDING CONCURRENCE**

I, Kelly M. Klaus, am the ECF User whose identification and password are being used to file this **JOINT STIPULATION TO CONTINUE THE HEARING DATE SET BY DKT. NO. 220; AND [PROPOSED] ORDER GRANTING STIPULATION**. In compliance with L.R. 5-4.3.4, I hereby attest that I hereby attest that Betsy C. Manifold has concurred in this filing's content and has authorized its filing.

Dated: June 24, 2015                                    By: */s/ KELLY M. KLAUS*
                                                            KELLY M. KLAUS

**DECLARATION OF KELLY M. KLAUS**

1. I, Kelly M. Klaus, hereby declare as follows:

2. I am a member of the firm Munger, Tolles & Olson LLP, counsel for Defendants in the above-captioned action. I am admitted to practice law in the State of California and before this Court. I submit this declaration in support of the parties' Joint Stipulation to Continue the Hearing Date Set by Dkt. No. 220. I have personal knowledge of the facts stated herein. If called upon to testify to the facts as to which I have person knowledge, I could, and would, competently do so.

3. On June 18, 2015, the Court ordered that the parties attend oral argument on the Parties' Joint Supplemental Brief on Tuesday, July 7, 2015 at 9:30 A.M. (Dkt. No. 220).

4. On the morning of July 7, 2015, I am scheduled to argue an appeal in *Stephanie Lenz v. Universal Music Corp.*, et al., 13-16106, before the Ninth Circuit in San Francisco.

5. This hearing date was set by the Ninth Circuit on April 27, 2015.

6. I met and conferred with Plaintiffs' counsel regarding the hearing date set by the Court on June 18, 2015 (Dkt. No. 220), and that Plaintiffs' counsel agreed that a one-week continuance of the hearing date would be appropriate in light of my scheduling conflicts.

7. A one-week continuance of the briefing deadline and hearing date would not alter any other deadlines set by the Court in this matter

8. For the foregoing reasons, the parties have shown good cause for a one-week continuance of the hearing date set by the Court on June 18, 2015 (Dkt. No. 220).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of June 2015, San Francisco, C.A.

*/s/ KELLY M. KLAUS*
KELLY M. KLAUS