FILED
CLERK, U.S. DISTRICT COURT
6/26/15
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP.; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>    Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE HEARING DATE SET BY DKT. NO. 220** |

**HAVING FOUND GOOD CAUSE** appearing in the parties' Joint Stipulation to Continue the Hearing Date Set by Dkt. No. 220, the Court GRANTS the relief sought therein and hereby enters this order continuing the oral argument ordered by Dkt. No. 220 to Wednesday, July 29, 2015 at 9:30 A.M.

**IT IS SO ORDERED.**

DATED: 6/26/15  _____
HON. GEORGE H. KING, CHIEF JUDGE
UNITED STATES DISTRICT COURT

- 1 -