UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx) | Date | July 29, 2015 |
|---|---|---|---|
| Title | GOOD MORNING TO YOU PRODUCTIONS CORP., vs. WARNER/CHAPPELL MUSIC, INC., et al | | |

**Presiding: The Honorable**   **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE**

| Beatrice Herrera | Khowoonsun (Koni) Chong |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Betsy C. Manifold | Adam I. Kaplan |
| Mark C. Rifkin | Kelly Klaus |
| Randall Scott Newman | Melinda LeMoine |
| Daniel Schacht | |
| Kara Wolke | |

**PROCEEDINGS:**   **HEARING RE: SUPPLEMENTAL BRIEFING RE: MOTION FOR SUMMARY JUDGMENT**

Matter called.  Counsel for the parties are present.  Counsel for plaintiff shall file its reply to the defendant's opposition to the Ex Parte Application for Consideration of Newly Discovery Evidence, filed by Plaintiff on July 27, 2015 (Dkt. No. 224) within **seven (7) days hereof.**  Court hears oral argument of counsel on supplemental briefing.  Having heard from counsel, Court takes matter UNDER SUBMISSION.

**IT IS SO ORDERED.**

|  | **1** | : | **48** |
|---|---|---|---|
| | Initials of Preparer | | Bea |