1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER/CHAPPELL MUSIC, INC., *et al.*,<br><br>Defendants. | Lead Case No. CV 13-04460-GHK (MRWx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION SEEKING LEAVE TO FILE RESPONSE UNDER L.R. 7-10**<br><br>Judge:  Hon. George H. King, Chief Judge<br><br>Courtroom: 650<br><br>Fact Discovery Cutoff: July 11, 2014<br>MSJ Hearings: March 23, 2015 and July 29, 2015<br>Pretrial Conference: N/A<br>Trial: N/A |

**HAVING FOUND GOOD CAUSE APPEARING** in Plaintiffs', Good Morning To You Productions Corp., Robert Siegel, Rupa Marya, and Majar Productions, LLC ("Plaintiffs"), *Ex Parte* Application seeking leave to file a response to Defendants' Reply Memorandum ("the Reply") in Support of Motion for Leave to File Supplemental Evidence in Support of Motion for Summary Judgment ("Defendants' Motion") (Dkt. 237), the Court makes the following finding:

Plaintiffs meet the requirements both for *ex parte* relief and for the underlying request for leave to file a response to Defendants' Reply under L.R. 7-10.

## ORDER

**THEREFORE**, based upon the foregoing Findings, Plaintiffs' *Ex Parte* Application is hereby **GRANTED**, as follows:

1. Plaintiffs acted diligently in submitting this *ex parte* application.
2. The only prejudice to Defendants is created by their own conduct.
3. Plaintiffs are not at fault in the need for this *ex parte* relief, and good cause exists for consideration of the response to the new argument and law in Defendants' Reply.
4. Plaintiffs are granted leave to file the sur-reply as of the date of this order.

**IT IS SO ORDERED.**

Dated:_____    _____
HON. GEORGE H. KING, CHIEF JUDGE
UNITED STATES DISTRICT COURT JUDGE

WARNER/CHAPPELL:22078.prop.order

- 1 -