E-Filed

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-4460  GHK (MRWx) | Date | August 26, 2015 |
|---|---|---|---|
| Title | GOOD MORNING TO YOU PRODUCTIONS CORP.  v.  WARNER/CHAPPELL MUSIC, INC., et al | | |

**Presiding: The Honorable**      **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**      **(IN CHAMBERS)**    **ORDER**

On the court's own motion, Defendant's Motion for Leave to File Supplemental Evidence in Support of Motion for Summary Judgment **[223]**, noticed for hearing on AUGUST 31, 2015, is **TAKEN OFF CALENDAR** and will be taken UNDER SUBMISSION without oral argument on that date pursuant to Local Rule 7-15.  No appearance by counsel shall be necessary.  The hearing date is vacated. Further briefing, if any, shall be filed in accordance with Local Rules as if the noticed hearing date had not been vacated.

**IT IS SO ORDERED.**

                               --     :     --

Initials of Preparer       Bea