*E-FILED*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460 GHK (MRWx) | Date | September 22, 2015 |
|---|---|---|---|
| Title | *Rupa Marya, et al. v. Warner/Chappell Music, Inc.* | | |

**Presiding: The Honorable**  **GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE**

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None  None

**Proceedings:**   **(In Chambers) Order Re:** (1) Plaintiffs' Motion to Exclude Evidence (Dkt. 197) and (2) Plaintiffs' Ex Parte Application Seeking Leave to File Response Under L.R. 7-10 (Dkt. 239)

In light of our concurrently filed Order regarding the Parties' Cross-Motions for Summary Judgment, Plaintiffs' above-captioned motions are **DENIED as moot**.

Regarding Plaintiffs' Motion to Exclude Evidence, (Dkt. 197), we need not decide the admissibility of Exhibits 101 through 104 because Defendants have conceded that they are not registration and renewal certificates. We need not decide the admissibility of Exhibits 106 or 119 because we have resolved the Parties' Cross-Motions on other grounds.

Concerning Plaintiffs' Ex Parte Application Seeking Leave to File Response Under L.R. 7-10, (Dkt. 239), we need not consider any additional response by Plaintiffs, as any alleged new arguments in Defendants' Reply Memorandum in Support of Motion for Leave to File Supplemental Evidence in Support of Motion for Summary Judgment did not affect the outcome of our Summary Judgment Order.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Deputy Clerk | AB for Bea | |