Daniel M. Livingston, Bar No. 105981
dml@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Scott O. Luskin, State Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
801 South Figueroa Street, Suite 1150
Los Angeles, California 90017-2566
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Attorneys for Applicants, THE ASSOCIATION FOR CHILDHOOD EDUCATION INTERNATIONAL AND THE HILL FOUNDATION, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUPA MARYA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER / CHAPPELL MUSIC, INC., et al.,<br><br>Defendants. | Case No. 13-CV-04460 GHK (MRWx)<br>Assigned to Hon. George H. King<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION TO INTERVENE**<br><br>**Date:** December 7, 2015<br>**Time:** 9:30 a.m.<br>**Courtroom:** 650<br><br>**[Fed. R. Civ. P. 24]**<br><br>**[Filed concurrently with Memorandum of Points and Authorities; [Proposed] Order; Notice of Interested Parties]** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at 9:30 a.m. on December 7, 2015 in Courtroom 650 of the United States District Court for the Central District of California, located at 255 East Temple Street, Los Angeles, California 90012, Applicants, the Association for Childhood Education International ("ACEI") and the Hill Foundation, Inc. ("Hill Foundation"), will move the Court for an order, allowing them to intervene in the above caption action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that Applicants meet the Requirements under Fed.R.Civ. P. 24(a), or, in the alternative, Fed.R. Civ. P. 24(b), as set forth in the memorandum accompanying this Motion.

Pursuant to Local Rule 7-3, counsel for the Parties had a conference on November 5, 2015 regarding Applicant's proposed Motion. After such conference, and additional written and oral communications, counsel for each of the Parties advised the undersigned that their respective clients do not object to the Applicants' Motion. Accordingly, this Motion is unopposed.

DATED: November 9, 2015          PAYNE & FEARS LLP


By:   */s/Scott O. Luskin*
       SCOTT O. LUSKIN

Attorneys for Applicants, THE ASSOCIATION FOR CHILDHOOD EDUCATION INTERNATIONAL AND THE HILL FOUNDATION, INC.

4818-8495-4154.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100