Daniel M. Livingston, Bar No. 105981
dml@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Scott O. Luskin, State Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
801 South Figueroa Street, Suite 1150
Los Angeles, California 90017-2566
Telephone: (213) 439-9911
Facsimile: (213) 439-9922

Attorneys for Applicants, THE ASSOCIATION FOR CHILDHOOD EDUCATION INTERNATIONAL AND THE HILL FOUNDATION, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| RUPA MARYA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER / CHAPPELL MUSIC, INC., et al.,<br><br>　　　　Defendants. | Case No. 13-CV-04460 GHK (MRWx)<br>Assigned to Judge George H. King<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>**Date:**　　　December 7, 2015<br>**Time:**　　　9:30 a.m.<br>**Courtroom:**　650<br><br>**[Filed currently with Applicants' Notice of Unopposed Motion and Unopposed Motion to Intervene, Memorandum of Points and Authorities and [Proposed] Order]** |

To the United States District Court and All Parties Pursuant to Local Rule 7.1-1:

The undersigned, counsel of record for applicants Association for Childhood Education International and The Hill Foundation, Inc., certify that there are no other interested parties that have a pecuniary interest in the outcome of this case as required by Rule 7.1-1. This representation is made to enable the Court to evaluate possible disqualification or recusal.

DATED: November 9, 2015        PAYNE & FEARS LLP

By:  /s/*Scott O. Luskin*
        SCOTT O. LUSKIN

Attorneys for Applicants, THE ASSOCIATION FOR CHILDHOOD EDUCATION INTERNATIONAL AND THE HILL FOUNDATION, INC.

4822-4586-1162.1