E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4460-GHK (MRWx) | Date | December 8, 2015 |
|---|---|---|---|
| Title | *Good Morning to You Productions Corp., et al. v. Warner/Chappell Music, Inc., et al.* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order re:** Joint Status Report Regarding Settlement

   The Court has been advised that the Parties—Plaintiffs, Defendants, and the Intervenors—have agreed to settle this case. Based on this development, the Court orders as follows:

1. The Parties are relieved from filing trial briefs and the joint exhibit list.

2. The bench trial set for Tuesday, December 15, 2015 is hereby **VACATED** and **TAKEN OFF CALENDAR**. No appearance is required at that time.

3. Within ten days hereof, counsel **SHALL** file a joint status report setting forth the Parties' proposed steps, and timing of those steps, to effectuate the settlement.

 **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| | Initials of Deputy Clerk | | Bea |