FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al*. <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **JOINT STATUS REPORT PURSUANT TO DECEMBER 8, 2015 ORDER (DKT. 290)** <br><br><br> Room: 650 <br> Judge: Hon. George H. King, Chief Judge |

Pursuant to the Court's December 9, 2015 Order, Plaintiffs, Defendants and Intervenors (collectively, "Parties") submit this Joint Status Report "setting forth the Parties' proposed steps, and timing of those steps, to effectuate the settlement." Dkt. 290. As set forth herein, the Parties respectfully request a stay of all proceedings pending these steps to effectuate the settlement. The Parties therefore briefly summarize the history and current status of the litigation, including reference to prior stays.

**Prior Stay During Phase One of Litigation**

The Court's October 16, 2013 Order re: Defendants' Motion to Dismiss the then-operative complaint (Dkt. 52) granted in part and denied in part Defendants' motion. *See* Dkt. 71. The October 16, 2013 Order bifurcated Claim One from all other claims through Summary Judgment as Phase One and stayed all other claims "including discovery specific to such claims," deferring those matters to a second phase of the litigation. Dkt. 71 at 3. On September 22, 2015, the Court issued its Memorandum and Order deciding the Parties' summary judgment motions (Dkt. 244) ("Summary Judgment Order"), which granted in part Plaintiffs' motion for summary judgment and denied Defendants' cross-motion for summary judgment. *See* Dkt. 244.

**Current Status of the Litigation**

Defendants moved for reconsideration and, alternatively, sought permission for an interlocutory appeal from the Summary Judgment Order. Dkt. 247. At the October 19, 2015, Status Conference, the Court denied Defendants' request for a stay of providing substantive discovery responses and documents pending the Court's resolution of their motion for reconsideration. Dkt. 248. Defendants' motion for reconsideration was fully briefed. The Court took that motion under submission on November 12, 2015. Dkt. 274. At the October 19, 2015 Status Conference, the Court lifted the stay as to the remaining six claims, class certification, and the statute of limitations. Dkt. 248. The Court scheduled a bench

trial for December 15, 2015, to complete Phase One (Claim One) of the litigation. *Id.* The Court also set deadlines for Phase Two, including the dates for filing of Plaintiffs' class certification motion (January 18, 2016), expert designations (March 1, 2016), and a discovery cut-off of April 19, 2016. *Id.* The Court scheduled a bench trial with respect to liability issues for the remaining claims for May 31, 2016. *Id.*

At the October 19, 2015 Status Conference (Dkt. 248), the Court directed Plaintiffs to file their motion for leave to amend the operative Complaint by November 16, 2015. Dkt. 248. Plaintiffs did so on October 29, 2015. Plaintiffs and Defendants stipulated that, if the Court granted Plaintiffs' motion for leave to amend, the parties would agree to an expedited briefing schedule. The Court approved that stipulation with modifications on November 2, 2015. *See* Dkts. 258, 260, 262.

On December 7, 2015, the Court granted Plaintiffs' motion for leave to amend. The Court directed Plaintiffs to file their Fifth Amended Complaint within ten (10) days. In addition, the Court ordered that Defendants respond to the Fifth Amended Complaint within thirty (30) days of Plaintiffs' filing of that amended complaint, thereby overriding the expedited briefing schedule to which Plaintiffs and Defendants had stipulated in Dkts. 260 and 262. *See* Dkt. 289. Plaintiffs filed the Fifth Amended Complaint on December 9, 2015. Dkt. 291. Accordingly, Defendants' response to the Fifth Amended Complaint currently is due January 8, 2015.

On November 9, 2015, the Association for Childhood Education International ("ACEI") and The Hill Foundation, Inc. ("Foundation") (collectively, "Intervenors"), moved for leave to intervene, which was unopposed. The Court granted the motion to intervene on December 7, 2015. *See* Dkts. 266 & 288.

**Settlement Mediation**

At the October 19, 2015 Status Conference, the Court directed the parties to confer regarding a procedure for mediation. Plaintiffs, Defendants, and the Intervenors (collectively, the "Parties") agreed to participate in a confidential mediation with David Rotman, Esq. On November 13, 2015, the Parties reported their agreement to participate in a private mediation to the Court. Dkt. 276.

On December 1, 2015, counsel for all Parties participated in an all-day mediation with Mr. Rotman. On December 7, 2014, Mr. Rotman made a confidential mediator's proposal to settle the class action. On December 8, 2015, the Parties accepted the mediator's proposal.

The Parties immediately contacted the Court and requested that the Court relieve them of their filing obligation and vacate the December 15, 2015, trial date. The Court granted the Parties' request, relieved them from their immediate filing obligations, vacated the December 15 trial date, and directed the Parties to file this Status Report. Dkt. 290.

**Proposed Steps and Timing of Settlement**

The Parties are in the process of drafting, discussing and completing a Settlement Agreement. The Parties will work to complete that process through the coming holidays, and will execute the Settlement Agreement by January 15, 2016.

On or before January 29, 2016, Plaintiffs will notice and file a motion for preliminary approval of the proposed class action settlement. Plaintiffs' motion will request that the Court enter a Preliminary Order approving the proposed class action settlement following a hearing set under the Local Rules or at such other date and time as the Court may set. Plaintiffs' filing will include the fully executed Settlement Agreement, a proposed plan and schedule for notice to the class, and a proposed final approval hearing date. Consistent with experience in prior cases, counsel for the Parties anticipate that the time from Plaintiffs' filing of the motion

for preliminary approval of the proposed class action settlement to the proposed final approval hearing date will be approximately six months.

**Parties Request a Stay of all Proceedings**

In the interim, the Parties have stopped all litigation activity to concentrate their efforts on the class action settlement process. As of this date, however, the Court has not stayed proceedings in the case. Certain dates established by prior Orders are approaching. For example, Defendants' date for responding to Plaintiffs' Fifth Amended Consolidated Complaint (Dkt. 291) is January 8, 2016 (30 days after Plaintiffs' filing of the Fifth Amended Consolidated Complaint, per the schedule set forth in the Court's December 7, 2015 Order, Dkt. 289). Similarly, Plaintiffs' deadline for filing their motion for class certification currently is January 18, 2016, per the Court's October 19, 2015 Order, Dkt. 248.

Accordingly, the Parties respectfully request that the Court enter an Order staying all proceedings in this action through and including January 29, 2016. Provided that Plaintiffs have filed their motion for preliminary approval of class action settlement on or before January 29, 2016, the Parties respectfully request that the Court continue the stay of proceedings pending final approval or denial of the proposed settlement or such other date as the Court may order.

Respectfully submitted,

Dated: December 18, 2015    **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By:   */s/ Betsy C. Manifold*
   BETSY C. MANIFOLD

   FRANCIS M. GREGOREK
   gregorek@whafh.com
   BETSY C. MANIFOLD
   manifold@whafh.com
   RACHELE R. RICKERT
   rickert@whafh.com

MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile: 212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone: 212/797-3737
Facsimile: 212/797-3172

**HUNT ORTMANN PALFFY NIEVES
  DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)
smith@ huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101

| | |
|---|---|
| 1 | Telephone 626/440-5200 |
| 2 | Facsimile 626/796-0107 |
| 3 | **DONAHUE GALLAGHER WOODS LLP** |
| 4 | WILLIAM R. HILL (114954) |
| 5 | rock@donahue.com |
|   | ANDREW S. MACKAY (197074) |
| 6 | andrew@donahue.com |
| 7 | DANIEL J. SCHACHT (259717) |
| 8 | daniel@donahue.com |
|   | 1999 Harrison Street, 25th Floor |
| 9 | Oakland, CA 94612-3520 |
| 10 | Telephone:  510/451-0544 |
|    | Facsimile:  510/832-1486 |
| 11 | |
| 12 | **GLANCY BINKOW & GOLDBERG LLP** |
| 13 | LIONEL Z. GLANCY (134180) |
| 14 | lglancy@glancylaw.com |
|    | MARC L. GODINO (188669) |
| 15 | mgodino@glancylaw.com |
| 16 | 1925 Century Park East, Suite 2100 |
| 17 | Los Angeles, CA 90067 |
|    | Telephone:  310/201-9150 |
| 18 | Facsimile:  310/201-9160 |
| 19 | *Attorneys for Plaintiffs* |
| 20 | |
| 21 | Dated:  December 18, 2015     **MUNGER TOLLES & OLSON LLP** |
| 22 | |
| 23 | By:    */s/ Kelly M. Klaus*    |
|    |             KELLY M. KLAUS |
| 24 | KELLY M. KLAUS (161091) |
| 25 | kelly.klaus@mto.com |
|    | ADAM I. KAPLAN (268182) |
| 26 | adam.kaplan@mto.com |
| 27 | 560 Mission St., 27th Floor |
| 28 | San Francisco, CA  94105 |

|  |  |
|---|---|
|  | Telephone:  415/512-4000 |
|  | **MUNGER TOLLES & OLSON LLP** |
|  | GLENN D. POMERANTZ (112503) |
|  | glenn.pomerantz@mto.com |
|  | MELINDA E. LEMOINE |
|  | melinda.lemoine@mto.com |
|  | 355 South Grand Ave., 35th Floor |
|  | Los Angeles, CA 90071 |
|  | Telephone:  213/683-9100 |
|  | *Attorneys for Defendants* |
| Dated:  December 18, 2015 | **WHITEFORD, TAYLOR & PRESTON LLP** |
|  | By:  */s/ Steven Tiller* |
|  |         STEVEN TILLER |
|  | STEVEN TILLER (*pro hac vice*) |
|  | stiller@wtplaw.com |
|  | 7 St. Paul Street |
|  | Baltimore, MD 21202 |
|  | Telephone:  410/347-9425 |
|  | Facsimile:  410/223-4325 |
|  | SCOTT O. LUSKIN (238082) |
|  | sol@paynefears.com |
|  | PAYNE & FEARS LLP |
|  | 801 South Figueroa Street, Suite 1150 |
|  | Los Angeles, CA 90017-2566 |
|  | Telephone:  213/439-9911 |
|  | Facsimile:  213/439-9922 |
|  | *Attorneys for Intervenor* THE ASSOCIATION FOR CHILDHOOD EDUCATION INTERNATIONAL AND THE HILL FOUNDATION, INC. |

|   |   |
|---|---|
| 1 | **DECLARATION REGARDING CONCURRENCE** |

2  I, **BETSY C. MANIFOLD**, am the CM/ECF User whose identification login and password are being used to file this **JOINT STATUS REPORT PURSUANT TO DECEMBER 8, 2015 ORDER (DKT. 290)**.  In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that **Kelly M. Klaus** and **Steven Tiller** have concurred in this filing's content and have authorized its filing.

DATED:  December 18, 2015       By:      */s/ Betsy C. Manifold*
                                         BETSY C. MANIFOLD

WARNER/CHAPPELL:22543