E-FILED

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-4460-GHK (MRWx) | Date | December 22, 2015 |
|---|---|---|---|
| Title | *Good Morning to You Productions Corp., et al. v. Warner/Chappell Music, Inc., et al.* | | |

| Presiding: The Honorable | **GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers) Order re: Stay of Proceedings**

On December 8, 2015, we ordered the Parties to file a joint status report setting forth their proposed steps to effectuate the settlement of this action. (Dkt. 290.) On December 18, 2015, the Parties filed a status report in compliance with our Order. (Dkt. 294.) They request that we stay "all proceedings in this action through and including January 29, 2016," which is when they expect Plaintiffs to file a motion for preliminary approval of the proposed class action settlement. (*Id.* at 4.) Provided Plaintiffs file this motion, the Parties also request that we extend the stay "pending final approval or denial of the proposed settlement or such other date as the Court may order." (*Id.*) Having considered this request, we hereby **STAY** all proceedings in this matter until **February 1, 2016**. We will consider extending the stay upon receipt of the preliminary approval motion.

**IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
| Initials of Deputy Clerk | Bea | | |