FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
MARISA C. LIVESAY (223247)
livesay@whafh.com
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

*Interim Lead Counsel for Plaintiffs and the [Proposed] Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA -
# WESTERN DIVISION

| | |
|---|---|
| GOOD MORNING TO YOU PRODUCTIONS CORP., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER/CHAPPELL MUSIC, INC., *et al.* <br><br> Defendants. | Lead Case No. CV 13-04460-GHK (MRWx) <br><br> **STIPULATION EXTENDING STAY OF ALL PROCEEDINGS** <br><br><br><br><br> Room: 650 <br> Judge: Hon. George H. King, Chief Judge |

1  WHEREAS, on December 18, 2015 the parties filed a status report and jointly requested the Court stay all proceedings in this action through and including January 29, 2016, which is when the parties expected Plaintiffs to file a motion for preliminary approval of a proposed class action settlement;

WHEREAS, on December 22, 2015, the Court granted the parties' request and stayed all proceedings in this matter until February 1, 2016, and indicated that it would consider extending the stay upon receipt of the preliminary approval papers (ECF No. 295);

WHEREAS, the parties have been diligently negotiating the terms of a Class Action Settlement Agreement and the exhibits thereto, and Plaintiffs have been diligently preparing their motion for preliminary approval and supporting papers;

WHEREAS, the parties have been unable to finalize the Class Action Settlement Agreement and the exhibits thereto and therefore Plaintiffs have been unable to finalize and file their preliminary approval papers by January 29, 2016 as previously expected;

WHEREAS, the parties agree that it is in their respective best interests to continue the stay of all proceedings an additional week to allow sufficient time to finalize the settlement papers;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through the undersigned counsel, as follows:

Upon the Court's approval, the stay of all proceedings in this matter shall be extended until February 8, 2016.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 28, 2016   **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

By: _/s/ Rachele R. Rickert_
RACHELE R. RICKERT

- 1 -

| | |
|---|---|
| 1 | FRANCIS M. GREGOREK |
| 2 | gregorek@whafh.com |
| 3 | BETSY C. MANIFOLD |
|   | manifold@whafh.com |
| 4 | RACHELE R. RICKERT |
| 5 | rickert@whafh.com |
| 6 | MARISA C. LIVESAY |
|   | livesay@whafh.com |
| 7 | 750 B Street, Suite 2770 |
| 8 | San Diego, CA 92101 |
|   | Telephone:  619/239-4599 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FRANCIS M. GREGOREK
gregorek@whafh.com
BETSY C. MANIFOLD
manifold@whafh.com
RACHELE R. RICKERT
rickert@whafh.com
MARISA C. LIVESAY
livesay@whafh.com
750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
MARK C. RIFKIN (*pro hac vice*)
rifkin@whafh.com
JANINE POLLACK (*pro hac vice*)
pollack@whafh.com
270 Madison Avenue
New York, NY  10016
Telephone:   212/545-4600
Facsimile:    212-545-4753

*Interim Lead Counsel for Plaintiffs*

**RANDALL S. NEWMAN PC**
RANDALL S. NEWMAN (190547)
rsn@randallnewman.net
37 Wall Street, Penthouse D
New York, NY 10005
Telephone:  212/797-3737

**HUNT ORTMANN PALFFY NIEVES DARLING & MAH, INC.**
ALISON C. GIBBS (257526)
gibbs@huntortmann.com
OMEL A. NIEVES (134444)
nieves@huntortmann.com
KATHLYNN E. SMITH (234541)

smith@huntortmann.com
301 North Lake Avenue, 7th Floor
Pasadena, CA 91101
Telephone 626/440-5200
Facsimile 626/796-0107
Facsimile: 212/797-3172

**DONAHUE GALLAGHER WOODS LLP**

WILLIAM R. HILL (114954)
rock@donahue.com
ANDREW S. MACKAY (197074)
andrew@donahue.com
DANIEL J. SCHACHT (259717)
daniel@donahue.com
1999 Harrison Street, 25th Floor
Oakland, CA 94612-3520
Telephone: 510/451-0544
Facsimile: 510/832-1486

**GLANCY PRONGAY & MURRAY, LLP**
LIONEL Z. GLANCY (134180)
lglancy@glancylaw.com
MARC L. GODINO (188669)
mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310/201-9150
Facsimile: 310/201-9160

*Attorneys for Plaintiffs*

**MUNGER TOLLES & OLSON LLP**

Dated: January 28, 2016       By:   */s/ Kelly M. Klaus*
                                     KELLY M. KLAUS

KELLY M. KLAUS
kelly.klaus@mto.com
ADAM I. KAPLAN

adam.kaplan@mto.com
560 Mission St., 27th Floor
San Francisco, CA  94105
Telephone:  415/512-4000

GLENN D. POMERANTZ
glenn.pomerantz@mto.com
MELINDA E. LeMOINE
melinda.lemoine@mto.com
**MUNGER TOLLES & OLSON LLP**
355 South Grand Ave., 35th Floor
Los Angeles, CA  90071
Telephone:  213/683-9100
Facsimile:   213/687-3702

*Attorneys for Defendants Warner/Chappell Music, Inc. and Summy-Birchard, Inc.*

## DECLARATION REGARDING CONCURRENCE

I, RACHELE R. RICKERT, am the ECF/CM User whose identification and password are being used to file this STIPULATION EXTENDING STAY OF ALL PROCEEDINGS. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that Kelly M. Klaus has concurred in this filing's content and has authorized its filing.

DATED: January 28, 2016        By:   */s/ Rachele R. Rickert*
                                     RACHELE R. RICKERT

WARNER/CHAPPELL CONSOL:20513v2

- 4 -